# EXHIBIT 6

**In the Matter Of:**

EMERSON CREEK POTTERY

vs

COUNTRYVIEW POTTERY

**DAVID DEMIDUK**

*September 28, 2021*



Grove & Associates Reporting & Video Services
2100 Manchester Road, Suite 964
Wheaton, IL 60187
(630) 462-0060
www.groveandassoc.com

```
 1   emersoncreek.com or ecreekpottery.com e-mail
 2   addresses that you would use?
 3         A.   No, I have an e-mail address
 4   dave@demiduk.com, but I haven't looked at it for 10
 5   years, probably.
 6         Q.   And the first e-mail address that you
 7   referenced, the dave@ecreekpotteryandtearoom.com, you
 8   believe that you would have used that from whenever
 9   you first had an e-mail address through when you made
10   the change to dave@emersoncreek.com?
11         A.   Correct.  And I believe if you sent me an
12   e-mail today at dave@ecreekpotteryandtearoom.com, it
13   would get directed to dave@emersoncreek.com.
14         Q.   Okay.  And --
15         A.   That's that whole redirect thing which I
16   don't understand.
17         Q.   Okay.  So who -- who does do that?  Like
18   who set up your e-mail account?
19         A.   Jonathan.
20         Q.   Jonathan did?  Okay.
21         A.   Correct.
22         Q.   And if we wanted to go and to search and
23   look for e-mails that had been sent to either
24   @emersoncreek.com or @ecreekpotteryandtearoom.com,
```

```
 1   that, would I be able to do that?
 2          A.   Some of them we lost e-mails in the
 3   transition.  I remember talking to Jonathan about it
 4   because I'd go back and look for a specific e-mail,
 5   and I couldn't find them.  And some of them were lost
 6   in the -- going from one -- regular gmail to G
 7   Suites.
 8          Q.   Okay.  And when you say lost -- yes.  So
 9   when you went from -- was that the transition from
10   ecreekpotteryandtearoom.com to emersoncreek.com?
11          A.   Correct.
12          Q.   Okay.  And that would have been sometime,
13   you think, in 2017?
14          A.   No, I think we changed e-mails relatively
15   recently.
16          Q.   Yes, so even more recently?
17          A.   Correct.
18          Q.   Okay.  So up until that time, you would
19   have had access to the e-mails on the
20   ecreekpotteryandtearoom.com, those e-mails you would
21   have had access to until the transition to at
22   emersoncreek.com occurred?
23          A.   I still have access to the emersoncreek.com
24   ones.
```

```
 1        A.    Or Excel spreadsheets or Google Docs or
 2   one of those.
 3        Q.    But it's like an Excel spreadsheet --
 4        A.    Correct.
 5        Q.    -- is what you would look at?
 6        A.    Correct.
 7        Q.    Now, what about for QuickBooks?  Do you
 8   use QuickBooks at all for the events?
 9        A.    No.
10        Q.    You do not.  It's what your son came up
11   with on the Excel spreadsheets, that's what you use
12   for the finances on the event side of things?
13        A.    Correct.
14        Q.    Okay.  And so where do you maintain the
15   spreadsheets?  Where are they like physically?  Are
16   they on a computer hard drive?  Are they on a
17   network?
18        A.    Some of them are on, I think, on Google
19   Docs.  I don't know if that's the same as Excel, but
20   it's some online form of Google.  And then some of
21   them are on specific computers.
22        Q.    Okay.  Meaning different years might be
23   in different places?
24        A.    Correct.
```