# EXHIBIT 7



## CHRISTIAN & BARTON, LLP
### ATTORNEYS AT LAW

HENRY I. WILLETT III
Direct Dial: 804.697.4130
Direct Fax: 804.697.6130
E-mail: hwillett@cblaw.com

October 6, 2021

**VIA ELECTRONIC AND U.S. MAIL**

Lawrence E. Laubscher Jr.
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
llaubscher@laubscherlaw.com

Kenneth S. McLaughlin, Jr.
1 E. Benton Street, Suite 301
Aurora, Illinois 60505
kmclaughlin@ma-lawpc.com

Re: *Emerson Creek Pottery, Inc. v. Countryview Pottery Co., et al.*
Case No. 6:20-cv-0054-NKM

Dear Larry and Ken:

In reviewing the documents produced on behalf of Defendants, we have confirmed that no correspondence, e.g. email, letter, text message, has been produced by any of the Defendants either in response to the discovery served in this action or that served in the TTAB matter. Additionally, Defendants provided no correspondence as part of their required disclosures.

As you have seen from the documents produced by Plaintiff, there were numerous emails exchanged between the parties dating back to the early 2000s, as well as emails exchanged since Plaintiff confirmed Defendants' violation of the license agreement. Moreover, the Demiduks' testimony confirmed that both Mr. and Mrs. Demiduk used email to correspond with Plaintiff, each other, and third parties. Indeed, Mr. Demiduk testified that he had provided emails to counsel that he had collected in order to respond to discovery requests.

Accordingly, Plaintiff requests that responsive emails be produced as soon as possible, but no later than the close of business on October 12, 2021. To the extent that additional deficiencies are identified, we will endeavor to promptly bring them to your attention.

Lastly, please provide the updated financial information discussed at the Demiduks' depositions as soon as you can.

Sincerely,

Henry I. Willett III

HIW/aas: #2779854
cc: Garfield Goodrum, Esq. (via electronic mail)