# **EXHIBIT 8**



HENRY I. WILLETT III
Direct Dial: 804.697.4130
Direct Fax: 804.697.6130
E-mail: hwillett@cblaw.com

October 8, 2021

**VIA ELECTRONIC AND U.S. MAIL**

Lawrence E. Laubscher Jr.
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
llaubscher@laubscherlaw.com

Kenneth S. McLaughlin, Jr.
1 E. Benton Street, Suite 301
Aurora, Illinois 60505
kmclaughlin@ma-lawpc.com

Re:  *Emerson Creek Pottery, Inc. v. Countryview Pottery Co., et al.*
Case No. 6:20-cv-0054-NKM

Dear Larry and Ken:

Pursuant to Document Request No. 18, please provide documents supporting Defendants' contention in their Answers to Interrogatory No. 16 that "On Countryview Pottery Co. offered third party pottery for retail sale, which occurred some time between 2002 and 2004." It appears that the earliest records that have been produced reflecting the sale of third-pottery pottery was in 2016.

Sincerely,

Henry I. Willett III

HIW/aas: #2779854
cc:   Garfield Goodrum, Esq. (via electronic mail)