# EXHIBIT 9



HENRY I. WILLETT III
Direct Dial: 804.697.4130
Direct Fax:  804.697.6130
E-mail:  hwillett@cblaw.com

October 26, 2021

**VIA ELECTRONIC MAIL**

Lawrence E. Laubscher Jr.
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
llaubscher@laubscherlaw.com

Kenneth S. McLaughlin, Jr.
1 E. Benton Street, Suite 301
Aurora, Illinois 60505
kmclaughlin@ma-lawpc.com

Re:   *Emerson Creek Pottery, Inc. v. Countryview Pottery Co., et al.*
        Case No. 6:20-cv-0054-NKM

Dear Larry and Ken:

Following up on my letters dated October 6 and 8, 2021, we have not received any response to the issues raised regarding Defendants' failure to produce clearly responsive documents.  Prior to addressing these issues with the Court, we wanted to reach out one last time to request the courtesy of a response and to see if you would be amenable to discussing these issues in a meet and confer to take place after Mr. Wehrli's deposition is completed on Wednesday or, alternatively, Thursday morning. Absent resolution of these issues, we will circulate a draft email to Judge Ballou identifying the discovery dispute and requesting a call with the Court ASAP.

Of course, if you are able to respond in advance of Wednesday, that would be appreciated and expedite any discussions.

Sincerely,

Henry I. Willett III

HIW/aas: #2785240
cc:   Garfield Goodrum, Esq. (via electronic mail)