# EXHIBIT 10

**From:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Sent:** Tuesday, October 26, 2021 11:32 AM
**To:** Ashley Schmitz <ASchmitz@cblaw.com>; 'Larry Laubscher' <LLaubscher@Laubscherlaw.com>
**Cc:** Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>; Decker Wentz <Decker.Wentz@GDRMLAW.NET>
**Subject:** [EXTERNAL SENDER, USE CAUTION] RE: Emerson Creek Pottery v. Countryview Pottery Co., et al.

Henry,

I will provide a formal response this week.  The short answer is that my clients do not have emails from years back for the reasons they stated in their depositions.  They do have a few of the 2017 emails that you produced, which I can provide a copy of.  They are all settlement-related, however.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Ashley Schmitz <ASchmitz@cblaw.com>
**Sent:** Tuesday, October 26, 2021 10:25 AM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>; 'Larry Laubscher' <LLaubscher@Laubscherlaw.com>
**Cc:** Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>; Decker Wentz <Decker.Wentz@GDRMLAW.NET>
**Subject:** Emerson Creek Pottery v. Countryview Pottery Co., et al.

Good morning,

Attached please find correspondence from Mr. Willett regarding the referenced matter.

*Ashley Schmitz*
*Legal Assistant*
CHRISTIAN & BARTON LLP
         ATTORNEYS AT LAW
901 East Cary Street, Suite 1800
Richmond, Virginia 23219

804.697.6318 tel
804.697.6112 fax
aschmitz@cblaw.com
www.cblaw.com

**\*\*\*Please note our new address effective April 12, 2021\*\*\***

2