# EXHIBIT 15

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF VIRGINIA

 3                      LYNCHBURG DIVISION

 4   ****************************************************

 5   EMERSON CREEK POTTERY, INC.,    )
                                     )
 6                  Plaintiff,       )
          v.                         ) Case No.
 7   COUNTRYVIEW POTTERY CO.,        ) 6:20-CV-0054-NKM
     EMERSON CREEK EVENTS, INC.,     )
 8   CHRISTINA DEMIDUK, and          )
     DAVID DEMIDUK,                  )
 9                                   )
                    Defendants.      )
10
     ****************************************************
11

12            VIDEO-CONFERENCED DEPOSITION OF

13                    JONATHAN DOMANUS

14

15

16                   November 12, 2021

17              Via Zoom Video-conference

18

19

20

21              HALASZ REPORTING & VIDEO

22          1011 E. Main Street, Suite 100

23             Richmond, Virginia 23219

24      www.HalaszReporting.com    (804) 708-0025

25      Reported by:  Jacqueline N. Hagen, RPR
```

```
 1          A.    Correct, yes.  So in September, he would
 2   then -- September of 2020, he would access e-mails
 3   still through Gmail -- the Gmail platform, but the
 4   login -- he'd log in through dave@emersoncreek.com
 5   because that was the dedicated e-mail account then
 6   at that point.
 7          Q.    Okay.  So that became the actual e-mail
 8   account as dave@emersoncreek.com at some point
 9   around September of 2020?
10          A.    That's correct.
11          Q.    Okay.  What -- at that point, are you
12   aware of what, if anything, happened to the
13   dave@gmail.com e-mails?  Like, anything that would
14   have been sent to dave@ecreekpotteryandtearoom.com
15   or dave@emersoncreek.com prior to the transitioning
16   of the mail service in September 2020, what, if
17   anything, happened to those e-mails?  Do you know?
18          A.    Presumably, they would -- they would
19   reside in Gmail.  I remember that when we did the
20   transition, Dave had mentioned that there was some
21   e-mails that were missing and were no longer --
22   weren't available.
23                So when -- so that e-mail I showed a
24   little bit -- a few moments ago, that was the list
25   of e-mail addresses that Dave wanted to set up in
```

1   the new Google G Suite as well as the login to the
2   old accounts so that we could initiate a mail
3   migration from the old account or the Gmail account
4   to the new emersoncreek.com e-mails.
5            So that's -- and as I was going through
6   the process of completing that project, that's where
7   all those -- that's what that list of e-mails from
8   Dave was used for.
9       Q.   And when you say "mail migration," is
10  that simply moving the historical e-mails from the
11  former Gmail account to the Google Workplace
12  account?
13      A.   That's correct.
14      Q.   And when you indicated that there was --
15  that David had said that there were some e-mails
16  missing, when did he state that to you? Or when did
17  you hear that?
18      A.   It was a little bit after we did the
19  migration. I want to stay it was maybe a couple --
20  I want to say it was maybe, like, a month or two
21  after that.
22           I don't remember the exact date, but
23  Dave had reached out that he was looking for
24  some e-mails, I believe, relating to this case or
25  some information that may have been related to this

```
 1   case.
 2        Q.   All right.  Prior to the migration
 3   taking place, did anyone tell you, either Dave or
 4   anyone else affiliated with Emerson Creek Pottery &
 5   Tearoom, that the historical e-mails in the Gmail
 6   account needed to be preserved or saved in any way?
 7        A.   No, not that I recall.
 8        Q.   Okay.  And is there anything in the
 9   migration process that you're aware of that would
10   have deleted or removed e-mails?
11        A.   No.
12        Q.   Okay.  What if you tried to go back into
13   the Gmail account?  Have you tried to do that since
14   the migration occurred, to look in the old Gmail
15   account to see what's there?
16        A.   Not since we did the actual migration,
17   no.
18        Q.   Okay.  I mean, does -- do you know
19   whether that account is still active or whether you
20   could even still access that information?
21        A.   I don't know.
22        Q.   Okay.  Do you know whether or not some
23   e-mails from that Gmail account indeed did migrate
24   into the Google Workspace?
25        A.   Yes, I'm certain that some of them did.
```

1    Q.    Okay.  How do you know that?
2    A.    So Google would let us -- so during the
3  migration process, we would get a confirmation
4  through did the -- Google had a tool for performing
5  the migration, and they would inform us that the
6  migration had been completed.
7    Q.    Okay.  And --
8    A.    And also, you know, Dave and everyone
9  else was using their e-mails so we had, you know,
10 some back and forth during that period confirming
11 that, you know, everything was set up correctly and
12 that everyone was able to access and use their
13 e-mails.
14   Q.    Say the beginning of that.  I just
15 missed the very first part of that.
16   A.    Sure.  We -- we had a few back and forth
17 communications verifying that all the accounts that
18 were set up were set up correctly.  And there was a
19 little bit back and forth with, you know, setting up
20 different filters and some templates and stuff like
21 that for some users on the accounts but, yeah, we --
22 we verified with the users that they had access to
23 their e-mails and that e-mails had migrated over.
24         And I believe at the time I would have,
25 as well, logged into the accounts just to verify

1  that e-mails were there.  Obviously, I can't verify
2  that, you know, the content of the e-mails and, you
3  know, which -- that was the right e-mails, but in
4  our conversations, I was under the impression that
5  everything had copied over successfully.
6       Q.   And that would have been in or around
7  that September 2020 timeframe?
8       A.   Well, so in September, I would have done
9  the verification or performed the migration and done
10 the verification and then a period after that is
11 when everyone, you know, was -- just verifying that
12 their e-mails were accurate.  And then I believe it
13 was about a month or two after September where Dave
14 had then brought up about some missing e-mails.
15      Q.   That some of the e-mails were missing at
16 that point in time?
17      A.   Right.
18      Q.   Correct.  But that's nothing as sort of
19 your quality check to make sure that the migration
20 had occurred, nothing that had been notified -- or
21 you had not been notified to any issues relating to
22 any e-mails not transferring properly or anything
23 like that?
24      A.   That's correct.
25      Q.   Have you been into the what I'll call

1  Workplace e-mail account, do you set up any sort of
2  backup for that?  Like, if, for example, you know,
3  there was an issue with Google Workplace, are they
4  saved anywhere else?  Are they saved on a, you know,
5  server or somewhere like that?
6       A.    No, because the source e-mail would --
7  still retains a copy of all of the e-mails prior to
8  the move.  So mail migration doesn't delete them
9  from the source.  It just creates a copy of them.
10      Q.    Okay.  Meaning the source at that point
11 being whoever originally sent it, or do you mean the
12 receiving Gmail account?
13      A.    So let me ask you a clarifying question
14 to make sure I understand.
15      Q.    Yeah.
16      A.    Are you referring to the -- those are
17 referring to the -- part of the mail migration.  So
18 would this be related to migrating the e-mail from,
19 let's say, for instance dave@gmail.com to
20 dave@EmersonCreek, correct?
21      Q.    Yes, sir.
22      A.    So in that instance, the dave@gmail.com
23 would still retain a copy of the original e-mail
24 that was received.
25      Q.    Okay.  And again, just going back to the

```
 1   specific instances we were talking about earlier
 2   here, at some point in time, after Mr. Demiduk
 3   reported to you that he wasn't able to access
 4   certain e-mails, you attempted to log into the Gmail
 5   account but were unable to?
 6        A.    Correct.
 7        Q.    Okay.
 8        A.    Yeah.
 9        Q.    And is that just because you didn't have
10   the right login information?
11        A.    That's correct.
12        Q.    Okay.  And no one was able to get you,
13   like, an accurate login at that point in time; is
14   that correct?
15        A.    That's correct.
16        Q.    Okay.  But that doesn't mean that the
17   Gmail doesn't exist, it just means you weren't able
18   to access it from what you know?
19        A.    That's correct.
20        Q.    Okay.  I'm going to show you a couple
21   more documents here if you bear with me.
22        A.    Okay.
23        Q.    All right.  Do you recall -- and you saw
24   some of this in the text messaging, but at some
25   point in time, there was discussion about changing
```

84

```
 1       A.    Yeah, so I don't remember exactly which
 2  -- which e-mail account it was that -- that Dave was
 3  looking for the extra e-mails, but I remember that
 4  Dave had sent over a couple of passwords to try, and
 5  none of them worked for me.  I did not attempt a
 6  password reset.  I'm not sure if Dave did.
 7       Q.    And do you recall whether, in your
 8  conversations with Mr. Demiduk, whether you
 9  suggested a password reset or whether he had told
10  you one way or another whether he had tried a
11  password reset?
12       A.    I don't recall.
13       Q.    In determining potential options for
14  URLs for domain names, did you have any direct
15  discussions with either Chris or Dave Demiduk or
16  Karla or anyone else at Emerson Creek?
17       A.    I can't remember.  I -- I presume that I
18  would have, but I don't recall a specific
19  conversation around the domain names outside of that
20  e-mail chain with Lindsay.
21       Q.    Okay.  And obviously, the ones that
22  appeared on the search we discussed earlier were all
23  either Emerson Creek and then some sort of generic
24  term.
25             Or if you look at the other options that
```