# EXHIBIT 17

**In the Matter Of:**

EMERSON CREEK POTTERY

vs

COUNTRYVIEW POTTERY

**CHRISTINA DEMIDUK**

*September 28, 2021*

Grove & Associates Reporting & Video Services
2100 Manchester Road, Suite 964
Wheaton, IL 60187
(630) 462-0060
www.groveandassoc.com



```
                    ATTORNEYS' EYES ONLY
 1               Am I correct in stating that this
 2   would be the total sales for the restaurant/
 3   cafe/tearoom?  I'm using those terms interchangable.
 4          A.   It was cafe then.
 5          Q.   Okay.  So in 2016 it was cafe, and does
 6   this document that we're looking at here, ECE 255
 7   represent the total gross sales for the cafe during
 8   that time?
 9          A.   I don't know.  Dave's more -- could be.
10   I'm not sure.  Maybe, I guess.
11                    Food, beverage.  Yes.
12          Q.   Okay.  Do you know, would you still have
13   the sort of native QuickBook files for 2017 to 2021?
14          A.   For what?  For the restaurant?  For the
15   shop?
16          Q.   For the restaurant, shop, and events?
17          A.   Of course we probably would have it in
18   our records, and I'm -- of course, I believe.
19                    You could ask Dave that, though.
20   That would probably be best.
21          Q.   All right.  And then if you look at the
22   next page, which I believe is ECE 256, yes, ECE 256,
23   this represents the gross restaurant sales for 2017?
24          A.   I -- I believe so.
```