ECP 00782

## AGREEMENT BETWEEN RON WEHRLI AND EMERSON CREEK POTTERY

### 3/23/01

1. The purpose of this agreement is to enable Ron Wehrli to establish and outlet store in Naperville, Ill. to sell Emerson Creek Pottery products at a discount from regular retail prices.
2. E.C.P. agrees that R.W. will set up a corporation in Ill. for purposes of operating the store with a DBA as Emerson Creek Pottery Outlet Store.
3. E.C.P. will furnish its pottery and accessories carried in its wholesale catalogue the R.W. at a discount specified in the appendix.
4. R.W. agrees to keep the store stocked with a minimum of 75% E.C.P. products in order to keep using E.C.P. name one the store.
5. R.W. will allow E.C.P. a reasonable amount between placing orders and shipment.
6. Terms of payment will be FOB Bedford, net 30 days. Initial stocking order excepted, to be one half prepaid .
7. E.C.P. will use best available freight rates for shipments.

Appendix-
Discount rate – Most handpainted decorations 40% off. Wisteria 30% off. Liscenced designs 30% off. Wire products 10% off.

Defendants'
Exhibit 3

**emersoncreekpottery@outlook.com**

| | |
|---|---|
| **From:** | Jim Leavitt |
| **Sent:** | Wednesday, March 1, 2017 12:09 PM |
| **To:** | 'dave demiduk' |
| **Subject:** | RE: |

Hi Dave,

I talked to my web people and their feeling is that there is some truth to your people's assertation about traffic. After looking at your site they  suggested that you should add a link to your website that says " to buy online" click here- which would go directly to my website.

Also  keep in mind that "Emerson Creek Pottery" is our trademarked name and you should only use it appropriately and with "and Tea Room" when referring to your store.

Thanks,
Jim

**From:** ddemiduk@gmail.com [mailto:ddemiduk@gmail.com] **On Behalf Of** dave demiduk
**Sent:** Monday, February 27, 2017 12:04 PM
**To:** emersoncreekpottery@outlook.com
**Subject:**

Jim,

It's Dave, Chris's husband.  She had told me you are having a issue with us using the term Emerson Creek in our social media posts.  I talked to our web person and our social media person and they both thought it benefits both of us.   They said the more things you can hashtag that have anything to do with your business will increase traffic.  The more times we we use Emerson Creek, Tearoom, Pottery, Weddings, salads, lunch etc..  in our posts or web sight the higher up on google you appear if someone searches those words.

The more traffic we get the more we sell the more we buy from you.  It always has been, and is still our policy not to ship any merchandise with exception of our cook book.  Any time we get any kind of inquiry about shipping pottery we always send them to your web site.

None of us up hear are sure what the problem is.

Feel free to call me if you want.

My cell number is 630 319 1460.

Thanks


Dave Demiduk
*Owner & Proprietor*

Emerson Creek Pottery & Tearoom
5126 Stephens Rd

1

ECP 03096

| | |
|---|---|
| **From:** | Jim Leavitt |
| **Sent:** | Friday, May 18, 2012 6:56:21 AM |
| **To:** | Miriam&Jon Liam Ellis-Lorditch |
| **Subject:** | Fw: map |
| **Importance:** | Normal |

**From:** chris@ecreekpotteryandtearoom.com
**Sent:** Thursday, May 17, 2012 5:10 PM
**To:** emersoncreek@emersoncreekpottery.com
**Cc:** zach@ecreekpotteryandtearoom.com
**Subject:** RE: map

Hi Jim,

We corrected our name so it correctly lists Emerson Creek Pottery & Tearoom with our address.  When you Google "Emerson Creek Pottery" your website is listed first with ours second.  Under places though, we are listed first and you are second.  This is something that is determined by search popularity as far as I know.  I do know there is a picture of the cookie mold up still and we are working to take that off.  So I assume our end of the issue has been taken care of since our business is correctly identified with the right web address, business name, and address.  Please let me know if there is something on your end that does not seem correct.

Thanks,

Chris

------- Original Message ------- On 5/17/2012 5:10 PM Jim Leavitt wrote:

Hi Chris,
Did you get anywhere on fixing the Google map business?< /font>
Jim

- The name currently shown on her Place Page is just 'Emerson Creek Pottery'. She needs to change it to Emerson Creek Pottery And Tearoom

- The domain currently being displayed on her Place Page is yours. She needs to change it to hers.

Her Place Page, which is here http://maps.google.com/maps/place?cid=7610707399891290515
 is unclaimed. She needs to get a Google account (it can be a gmail account or other account) and she needs to claim and edit the listing as I've indicated.

This should not cause her any hardship and should, in fact, be a much more correct presentation of the business.

If she needs to speak with me, Jim, I'd be happy to help.
Miriam

Miriam & Liam Ellis



phone: (707) 981-7651
www.solaswebdesign.net
info@solaswebdesign.net

-------- Original Message --------
Subject: Re: Fw: Google Maps Problem Report - Action taken
From: "Jim Leavitt" <emersoncreek@emersoncreekpottery.com>
Date: Tue, May 01, 2012 4:47 am
To: <info@solaswebdesign.net>

Hi Miriam,

Her website is http://www.ecreekpotteryandtearoom.com/.  She calls herself Emerson Creek Pottery and Tea Room, and has done so for many years. She sells our pottery at discount and other accessories that go with it; but she is an independent business. I have allowed her to use our name, but never considered the problems that have arisen with Google. Actually I don't know what to do as it would cause her hardship to force her to change her name (and me sales), but on the other hand Google has made a mess of this, they should fix it. Maybe she could modify her URL? Do you have any ideas? It seems to me that since we both have different names, even though our name is part of hers, that Google ought to be able to distinguish between us.

Your thoughts.
Jim

From: info@solaswebdesign.net
Sent: Monday, April 30, 2012 2:29 PM
To: Office Clerk
Cc: Jim Leavitt
Subject: RE: Fw: Google Maps Problem Report - Action taken

| From: | Jim Leavitt |
| --- | --- |
| Sent: | Friday, June 12, 2009 11:27:23 AM |
| To: | Chris Barickman |
| Subject: | Re: hello |
| Importance: | Normal |

Hi Chris,
Sounds like you're doing great! Are you doing $700-$1,000 a day in the shop plus the tea room? That's fantastic.

You can down loads picture from the web site, not a problem. But do not copy word for word any written materials- this is bad for search engine optimization. I can also send you any photos you need if you can't find them on the site. Appreciate that you don't ship and refer people with those need to our website.

Check out our brand new line of Artisan Bakeware- http://www.emersoncreekpottery.com/artisan-bakeware.shtml. I think its neat, you should get some for your store.

Are you going to try some shortbread pas and cook in the seconds?

Thanks,
Jim

----- Original Message -----
**From:** Chris Barickman
**To:** Jim emerson creekpottery
**Sent:** Friday, June 12, 2009 7:22 AM
**Subject:** hello

hi jim,  hope all is well.  we have been really business.  about 60 70 to 80 people for lunch a day.  the shop around  700 to 1000 one day we had 1800.00 last week for shop.  it is going good..........  i have someone working on my website so i was wondering if he could just download some pictures for the patterns and styles.

i always tell customers they have to order online with your website i do not ship or mail things....  just want you to know that........  we are having a first ever yard sale july 23rd. for three days.  should be good.  they having a fall antique, art and craft show oct 17th and 18th.....  i have been going to antique flee markets and craft antique shows on sundays and talking with vendors........  i will rent the space for 130.00 for weekend.  i hope to get about 30 or 40 vendors then i am going to charge 1.00 for parking..........

i have a friend that her neighbor's dad worked for country business and country sampler for years...  he is retired this year from them,  and does free lancing for them now..  i invited him to lunch and he was out of his mind how great he said it was......

he is bring the editor of country business out he said emerson creek would be a great vendor of the year......  i said i have tried every year.......  also maybe we could try and have them do a thing of people interested in other areas doing what i did with emerson creek if you would like more stores like me........  please not too close to me........  thanks

i am working like crazy and the website has been bad everyone has dropped the ball zach had a free working on it and it has taken 6 weeks just moved it to someone else........  i hired........

what til you see the greenhouse pictures.....  selling old pots like crazy..........  do you have anymore trellis holders you know the iron ones.............

Windows Live™: Keep your life in sync. Check it out.

ECP 03109

| | |
|---|---|
| **From:** | Chris |
| **Sent:** | Tuesday, May 1, 2012 7:10:20 PM |
| **To:** | Jim Leavitt |
| **Subject:** | Re: Google Maps Problem Report - Action taken |

Jim wow I really hate web stuff I sent all your emails to our website person.  Sorry about some cookie thing on our website we will get it off.  We are getting a lot more hits because of the wedding thing whatever we need to do we will do

Sent from my iPhone

On May 1, 2012, at 1:35 PM, "Jim Leavitt" <emersoncreek@emersoncreekpottery.com> wrote:

> Hi Chris,
>
> VERY Important!!
>
> We have a problem with Google places- they have you listed for us.  BIG problem- you need
> to follow directions below, call call Miriam for help if you need. Please fix this right away.
> Thanks,
> Jim
>
> **From:** info@solaswebdesign.net
> **Sent:** Tuesday, May 01, 2012 1:46 PM
> **To:** Jim Leavitt
> **Subject:** RE: Fw: Google Maps Problem Report - Action taken
>
> Hi Jim,
> Here is what she needs to do:
>
> - The name currently shown on her Place Page is just 'Emerson Creek Pottery'.
> She needs to change it to Emerson Creek Pottery And Tearoom
>
> - The domain currently being displayed on her Place Page is yours. She needs to
> change it to hers.
>
> Her Place Page, which is here
> http://maps.google.com/maps/place?cid=7610707399891290515
>  is unclaimed. She needs to get a Google account (it can be a gmail account or
> other account) and she needs to claim and edit the listing as I've indicated.
>
> This should not cause her any hardship and should, in fact, be a much more
> correct presentation of the business.
>
> If she needs to speak with me, Jim, I'd be happy to help.
> Miriam
>
> Miriam & Liam Ellis
> <sigimg0>

**From:**          Jim Leavitt
**Sent:**          Wednesday, May 30, 2012 9:07:47 AM
**To:**            chris
**Bcc:**           Office Clerk;Miriam&Jon Liam Ellis-Lorditch
**Subject:**       web site
**Importance:**    Normal


Hi Chris,

Hope everything's going well for you since your spring  opening.

 I got an email form Miriam at Solas Web Design saying that she had talked to  David about the website. According to David his DBA, as authorized by our company, many years ago, is Emerson Creek Pottery.  Miriam's feeling is , that we do not have the right to require you  to change your local business index citations to 'Emerson Creek Pottery & Tearoom'. Because of this, Google or other search engines may confuse the 2 businesses.

We may have agreed to that many years ago; before the internet was a sales factor, but I think it would be in both of our best interests for you to add "& Tearoom" to all of you citations as soon as possible to remove any confusion with search engines and customers.

Please let me know you thought's on this.


Thanks,
Jim

| | |
|---|---|
| **From:** | chrisdemiduk@gmail.com on behalf of Chris Demiduk |
| **Sent:** | Saturday, December 22, 2012 4:55:35 PM |
| **To:** | Jim Leavitt |
| **Subject:** | Re: Fw: your call |

Hi Jim,  First Merry Christmas.......  So sorry to here about Rebecca.  I feel like it is always something now.......  We are going to Tennessee in January I believe the last week of January, and Bedford is just 250 miles away from there.......  It was be my husband and I.  We just want to talk for a few hours, and I wanted you to meet my husband.

I just feel like we are you and I have not really talk about thing much and it is been hard working through other people.  I have some new ideas, and I just feel like we need to see if we could try and get some things on the same page.

We have 40 weddings next year, and the wedding business has just exploded for us, but it has been one crazy year this year.  We had 31 years this year, and 3 last year.  We do not have anything like us around here, and I think people are loving the Barn Weddings........  we just finished the chicken coop as the Bridal Suite.  Also we are working on putting a chapel up in a few years on the hill over looking 500 acres.  I know the website thing has been a problem that we come up first, and that is only because of barn weddings are so popular.......  if I could do something to change that I would I just am not a computer person.........  I really want to work with you and I love the product, but feel like it has been a very hard few years with Emerson Creek and us......

Let me know if we could stop by and what date would work with you.
Merry Christmas
Chris

On Wed, Dec 19, 2012 at 8:32 AM, Jim Leavitt <emersoncreek@earthlink.net> wrote:

> **From:** Jim Leavitt
> **Sent:** Wednesday, December 19, 2012 8:54 AM
> **To:** Chris
> **Subject:** your call
>
> Hi Chris,
>
> I understand you called about coming down here for a visit. When were you thinking?  I am going to be out of town between Christmas and New Year's. I'll be back after that, but unfortunately Rebecca has giver me very short notice that she is leaving and I will be tied up with trying to run the office myself while I look for and train someone new - what a mess! So it will be problematic to visit as much as I would like to see you.
> Jim

ECP 11693



--
Follow us on Facebook!

*The Tearoom will re-open Tuesday, May 15th and will be open until December 15th*
*The Pottery Shop will re-open Tuesday, May 8th and will be open until December 29th.*

**Emerson Creek Pottery & Tearoom**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at www.ecreekpotteryandtearoom.com!**

---

SUBJECT: Emerson Creek Logo
FROM: Tomas Adams <tomas.adams96@gmail.com>
TO: lindsaywinkler29@gmail.com
DATE: 30/01/2018 16:41
ATTACHMENTS (20180130-164139-0001410): "Emerson-Creek-Logo-2018-01.png"

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

SUBJECT: Re: Emerson Creek Logo
FROM: Lindsay <lindsaywinkler29@gmail.com>
TO: Tomas Adams <tomas.adams96@gmail.com>
DATE: 30/01/2018 17:26

Hi Thomas,

No worries, I'll look into it and update this evening. I think we did some custom code and sizing to make it work with navigation and responsive scaling. Will let you know when it's up.

*Lindsay Winkler*
*Design | Marketing /Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Jan 30, 2018, at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

<Emerson-Creek-Logo-2018-01.png>

SUBJECT: Re: Emerson Creek Logo
FROM: Tomas Adams <tomas.adams96@gmail.com>
TO: Lindsay <lindsaywinkler29@gmail.com>
DATE: 30/01/2018 17:49

Hi Lindsay,

Oh alright, I was curious as to how you were able to plug the menu around the logo. That's pretty neat!

Thank you!

On Jan 30, 2018 4:26 PM, "Lindsay" <lindsaywinkler29@gmail.com> wrote:
Hi Thomas,

No worries, I'll look into it and update this evening. I think we did some custom code and sizing to make it work with navigation and responsive scaling. Will let you know when it's up.

*Lindsay Winkler*
*Design | Marketing /Arts*
1310 W. Birchwood Ave. #3
Chicago, IL 60626
c | 773.875.5698

On Jan 30, 2018, at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

<Emerson-Creek-Logo-2018-01.png>

SUBJECT: Re: Emerson Creek Logo
FROM: Lindsay Winkler <lindsaywinkler29@gmail.com>
TO: Tomas Adams <tomas.adams96@gmail.com>, Jonathan Domanus <jondomanus@gmail.com>
DATE: 31/01/2018 02:43

Hi Thomas,

So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This caused the theme directory to get corrupted. It looks like the site was down for quite some time today, not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

Please let me know if you have any further insight or questions.

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

SUBJECT: Fwd: Emerson Creek Logo
FROM: Lindsay Winkler <lindsaywinkler29@gmail.com>
TO: dave demiduk <dave@ecreekpotteryandtearoom.com>, Dave Demiduk <ddemiduk@gmail.com>
DATE: 31/01/2018 02:53

Hi Dave,

Just wanted to forward you communication with Thomas I had this evening so you're in the loop. He reached out to me for help putting the new logo up on the website. When I went in to do the logo I noticed the Emerson website was completely down. And I don't think he knew what he was doing and then maybe trying to remedy it or maybe didn't know he messed it up. Anyways, Jonathan will fix the navigation and get the new logo up by tomorrow evening as he works full time during the day.

I'm not sure how much experience Thomas has with web stuff but I'd advise against having him tinker too much with main structures unless he knows what hes doing.

Please let me know if you have any questions/concerns.

Hope you all are well getting some R & R this winter before the season starts up :)

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

---------- Forwarded message ----------
From: **Lindsay Winkler** <lindsaywinkler29@gmail.com>
Date: Wed, Jan 31, 2018 at 1:43 AM
Subject: Re: Emerson Creek Logo
To: Tomas Adams <tomas.adams96@gmail.com>, Jonathan Domanus <jondomanus@gmail.com>

Hi Thomas,

So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This

ECP 11696

caused the theme directory to get corrupted. It looks like the site was down for quite some time today, so not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

Please let me know if you have any further insight or questions.

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

SUBJECT: Re: Emerson Creek Logo
FROM: Dave Demiduk <ddemiduk@gmail.com>
TO: Lindsay Winkler <lindsaywinkler29@gmail.com>
DATE: 31/01/2018 08:37

Thanks for helping.  I thought maybe it was something easy.  I am the one who told him to try

We are actually in a lawsuit with Emerson Creek down in Virginia.

What I wanted him to try to do was change the logo on the Events page from from our regular logo to the one that just says "Emerson Creek Events"

We actually have a meeting with our layer this afternoon if he wants something different I'll let you know.

Thanks

Dave

Sent from dave@ecreekpotteryandtearoom.com

On Jan 31, 2018, at 1:53 AM, Lindsay Winkler <lindsaywinkler29@gmail.com> wrote:

Hi Dave,

Just wanted to forward you communication with Thomas I had this evening so you're in the loop. He reached out to me for help putting the new logo up on the website. When I went in to do the logo I noticed the Emerson website was completely down. And I don't think he knew what he was doing and then maybe trying to remedy it or maybe didn't know he messed it up. Anyways, Jonathan will fix the navigation and get the new logo up by tomorrow evening as he works full time during the day.

I'm not sure how much experience Thomas has with web stuff but I'd advise against having him tinker too much with main structures unless he knows what hes doing.

Please let me know if you have any questions/concerns.

Hope you all are well getting some R & R this winter before the season starts up :)

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

---------- Forwarded message ----------
From: **Lindsay Winkler** <lindsaywinkler29@gmail.com>
Date: Wed, Jan 31, 2018 at 1:43 AM
Subject: Re: Emerson Creek Logo
To: Tomas Adams <tomas.adams96@gmail.com>, Jonathan Domanus <jondomanus@gmail.com>

Hi Thomas,

So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This caused the theme directory to get corrupted. It looks like the site was down for quite some time today, so not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

Please let me know if you have any further insight or questions.


**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698


On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:
Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams


SUBJECT: Re: Emerson Creek Logo
FROM: Lindsay <lindsaywinkler29@gmail.com>
TO: Dave Demiduk <ddemiduk@gmail.com>
DATE: 31/01/2018 10:15

No worries, just let me know what's needed and I'm happy to update.

*Lindsay Winkler*
*Design | Marketing /Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698


On Jan 31, 2018, at 7:37 AM, Dave Demiduk <ddemiduk@gmail.com> wrote:

Thanks for helping.  I thought maybe it was something easy.  I am the one who told him to try

We are actually in a lawsuit with Emerson Creek down in Virginia.

ECP 11698

What I wanted him to try to do was change the logo on the Events page from from our regular logo to the one that just says "Emerson Creek Events"

We actually have a meeting with our layer this afternoon if he wants something different I'll let you know.

Thanks

Dave

Sent from dave@ecreekpotteryandtearoom.com

On Jan 31, 2018, at 1:53 AM, Lindsay Winkler <lindsaywinkler29@gmail.com> wrote:

Hi Dave,

Just wanted to forward you communication with Thomas I had this evening so you're in the loop. He reached out to me for help putting the new logo up on the website. When I went in to do the logo I noticed the Emerson website was completely down. And I don't think he knew what he was doing and then maybe trying to remedy it or maybe didn't know he messed it up. Anyways, Jonathan will fix the navigation and get the new logo up by tomorrow evening as he works full time during the day.

I'm not sure how much experience Thomas has with web stuff but I'd advise against having him tinker too much with main structures unless he knows what hes doing.

Please let me know if you have any questions/concerns.

Hope you all are well getting some R & R this winter before the season starts up :)

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

---------- Forwarded message ----------
From: **Lindsay Winkler** <lindsaywinkler29@gmail.com>
Date: Wed, Jan 31, 2018 at 1:43 AM
Subject: Re: Emerson Creek Logo
To: Tomas Adams <tomas.adams96@gmail.com>, Jonathan Domanus <jondomanus@gmail.com>

Hi Thomas,

So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This caused the theme directory to get corrupted. It looks like the site was down for quite some time today, so not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

Please let me know if you have any further insight or questions.

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:
Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow

ECP 11699

morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

---

SUBJECT: Re: Emerson Creek Logo
FROM: Tomas Adams <tomas.adams96@gmail.com>
TO: Lindsay Winkler <lindsaywinkler29@gmail.com>
CC: Jonathan Domanus <jondomanus@gmail.com>
DATE: 31/01/2018 11:53

Hello Lindsay & Jonathan,

I am so sorry! I had gone to Select Options and then navigated to the Logo tab using the menu on the left. It was here that I saw the logo images for the different types of headers. I first saved the original images to my PC in case I needed to set things back to the way they were. When I changed the image for the sticky heady (I thought that was the one being used) I didn't notice any changes and replaced it with the original image again. Then I noticed the menu was no longer formatted correctly. I saw you were using Updraft Plus and I thought I could just fix the issue by reverting to a back up before I screwed it up in the first place.

When I told it to perform the restore, it took forever which I assumed was because of the slow internet connection, but eventually it just took me to an error 404 page. I went back and told it to resume the restoration and it continued for a bit until the log appeared showing errors the MySQL was gone. I tried a restoration one last time and when it said it was successful, I cleared my history and cache and the website was appearing okay for me. I asked the others in the office to go to the website and it rendered alright for them as well. I had no idea it went back down.

Again I apologize for the mess,
Tomas Adams

On Wed, Jan 31, 2018 at 1:43 AM, Lindsay Winkler <lindsaywinkler29@gmail.com> wrote:
   Hi Thomas,

   So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This caused the theme directory to get corrupted. It looks like the site was down for quite some time today, so not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

   We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

   I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

   Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

   Please let me know if you have any further insight or questions.

   **Lindsay Winkler**
   *Design | Marketing | Arts*
   1310 W. Birchwood Ave, #3
   Chicago, IL 60626
   c | 773.875.5698

On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:
   Lindsay,

   I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

   I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

   Thanks,
   Tomas Adams

---

SUBJECT: Re: Emerson Creek Logo
FROM: Lindsay <lindsaywinkler29@gmail.com>
TO: Tomas Adams <tomas.adams96@gmail.com>
CC: Jonathan Domanus <jondomanus@gmail.com>
DATE: 31/01/2018 12:24

Ok, we'll have to run through all settings/images and get it fixed up. It happens, I know this theme and setup is a little more complex. We tinkered with things to get them just right with the logo/navigation when we set it up.

Jonathan might have a few more questions but shouldn't be a huge issue for him to fix later.

Please don't hesitate to ask in future about any tasks or mishaps.

Thanks,

*Lindsay Winkler*
*Design | Marketing /Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Jan 31, 2018, at 10:53 AM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Hello Lindsay & Jonathan,

I am so sorry! I had gone to Select Options and then navigated to the Logo tab using the menu on the left. It was here that I saw the logo images for the different types of headers. I first saved the original images to my PC in case I needed to set things back to the way they were. When I changed the image for the sticky heady (I thought that was the one being used) I didn't notice any changes and replaced it with the original image again. Then I noticed the menu was no longer formatted correctly. I saw you were using Updraft Plus and I thought I could just fix the issue by reverting to a back up before I screwed it up in the first place.

When I told it to perform the restore, it took forever which I assumed was because of the slow internet connection, but eventually it just took me to an error 404 page. I went back and told it to resume the restoration and it continued for a bit until the log appeared showing errors the MySQL was gone. I tried a restoration one last time and when it said it was successful, I cleared my history and cache and the website was appearing okay for me. I asked the others in the office to go to the website and it rendered alright for them as well. I had no idea it went back down.

Again I apologize for the mess,
Tomas Adams

On Wed, Jan 31, 2018 at 1:43 AM, Lindsay Winkler <lindsaywinkler29@gmail.com> wrote:

Hi Thomas,

So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This caused the theme directory to get corrupted. It looks like the site was down for quite some time today, so not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

Please let me know if you have any further insight or questions.

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

ECP 11701

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

SUBJECT: Re: Emerson Creek Logo
FROM: Tomas Adams <tomas.adams96@gmail.com>
TO: Lindsay <lindsaywinkler29@gmail.com>
DATE: 31/01/2018 13:31

I am not sure if you have already fixed it, but the menu is working fine for me.

Thanks,
Tomas Adams

On Wed, Jan 31, 2018 at 11:24 AM, Lindsay <lindsaywinkler29@gmail.com> wrote:
Ok, we'll have to run through all settings/images and get it fixed up. It happens, I know this theme and setup is a little more complex. We tinkered with things to get them just right with the logo/navigation when we set it up.

Jonathan might have a few more questions but shouldn't be a huge issue for him to fix later.

Please don't hesitate to ask in future about any tasks or mishaps.

Thanks,

*Lindsay Winkler*
*Design | Marketing /Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Jan 31, 2018, at 10:53 AM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Hello Lindsay & Jonathan,

I am so sorry! I had gone to Select Options and then navigated to the Logo tab using the menu on the left. It was here that I saw the logo images for the different types of headers. I first saved the original images to my PC in case I needed to set things back to the way they were. When I changed the image for the sticky heady (I thought that was the one being used) I didn't notice any changes and replaced it with the original image again. Then I noticed the menu was no longer formatted correctly. I saw you were using Updraft Plus and I thought I could just fix the issue by reverting to a back up before I screwed it up in the first place.

When I told it to perform the restore, it took forever which I assumed was because of the slow internet connection, but eventually it just took me to an error 404 page. I went back and told it to resume the restoration and it continued for a bit until the log appeared showing errors the the MySQL was gone. I tried a restoration one last time and when it said it was successful, I cleared my history and cache and the website was appearing okay for me. I asked the others in the office to go to the website and it rendered alright for them as well. I had no idea it went back down.

Again I apologize for the mess,
Tomas Adams

On Wed, Jan 31, 2018 at 1:43 AM, Lindsay Winkler <lindsaywinkler29@gmail.com> wrote:
Hi Thomas,

So I went in to update the logo and noticed that the Emerson live website was completely down (blank). I had Jonathan, the web developer, go in to figure out what was going on. The theme directory was missing causing the website to be broken. It appears that a restoration from a backup was started, but failed and never completed. This caused the theme directory to get corrupted. It looks like the site was down for quite some time today, so not sure what happened. Did you try to get the logo to work and mess with settings and then attempt a site restoration to restore the original settings?

We were able to restore the themes folder and get the site back up, but the issue we're seeing now is that the menu overlaps the logo. It'll take a bit of time to identify what happened, but were hoping you could shed some light into any settings that you may have messed around with or changed. This will help to narrow down our search to get the menu back to what it previously was.

I'd advise not to change settings or try to alter the main structures in place unless you're sure you know how. If you do end up trying something be sure to change the setting back to what it was before trying the next thing. We don't like to do full site restorations from backups unless of emergency because in doing so it also deletes recent records of orders and form submissions.

ECP 11702

Jonathan will get the main navigation back in working order and we'll get the new logo in place hopefully by tomorrow evening as he has a full-time day job.

Please let me know if you have any further insight or questions.

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Tue, Jan 30, 2018 at 3:41 PM, Tomas Adams <tomas.adams96@gmail.com> wrote:

Lindsay,

I work in the office at Emerson Creek and from time to time they ask me to make changes to the website. Dave is hoping to change the logo on the website, I attempted to do just that but it looks to me like you are using some plugin that I am not familiar with. I have some experience with WordPress, but I had always selected the logo in the Theme's appearance settings. I attached the image for the new logo, he just wants to change it to "Events & Tearoom."

I got the font pretty close to yours, it is an Avenir font, but I still see some slight differences. If it is easier for you to edit the original or make a new one yourself that's fine, whatever is easiest for you. Dave was hoping to having this done today or tomorrow morning at the latest, but I had to let him know I couldn't figure it out and I didnt want to go changing settings without knowing what I was doing. Sorry this is so last minute, I appreciate it!

Thanks,
Tomas Adams

SUBJECT: Re: Emerson Creek Logo
FROM: Dave Demiduk <ddemiduk@gmail.com>
TO: Lindsay <lindsaywinkler29@gmail.com>
DATE: 31/01/2018 19:54

Lindsay

We had a good meeting.  He said for now if we could just change the logo on the Events page to "Emerson Creek Events", and get rid of the "Emerson Creek Pottery & Tearoom" logo from that page.

I'm sure we will change more in the coming days and weeks.

If you could also do the same logo that reads " Emerson Creek Confectionary".  If you can just email that logo over to us so we can forward it to the lawyer.

Thanks for your help

Dave

Sent from dave@ecreekpotteryandtearoom.com

On Jan 31, 2018, at 9:15 AM, Lindsay <lindsaywinkler29@gmail.com> wrote:

No worries, just let me know what's needed and I'm happy to update.

*Lindsay Winkler*
*Design |  Marketing  /Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

On Jan 31, 2018, at 7:37 AM, Dave Demiduk <ddemiduk@gmail.com> wrote:

Thanks for helping.  I thought maybe it was something easy.  I am the one who told him to try

We are actually in a lawsuit with Emerson Creek down in Virginia.

Thanks
**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

--
Follow us on Facebook!

*The Tearoom is closed for the season and will reopen on May 14th*
*The Shop is open until December 29th and will reopen on May 7th.*

**Emerson Creek Pottery & Tearoom**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at *www.ecreekpotteryandtearoom.com*!**

--
Follow us on Facebook!

*The Tearoom is closed for the season and will reopen on May 14th*
*The Shop is open until December 29th and will reopen on May 7th.*

**Emerson Creek Pottery & Tearoom**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at *www.ecreekpotteryandtearoom.com*!**

--
Follow us on Facebook!

*The Tearoom is closed for the season and will reopen on May 14th*
*The Shop is open until December 29th and will reopen on May 7th.*

**Emerson Creek Pottery & Tearoom**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at *www.ecreekpotteryandtearoom.com*!**

SUBJECT: Re: Web site
FROM: Chris Demiduk <chris@ecreekpotteryandtearoom.com>
TO: Lindsay Winkler <lindsaywinkler29@gmail.com>
DATE: 09/02/2019 15:55

Thank you so much.  We enjoyed working with Tina and Colleen for 5 years, they wanted more money and it was just not there, and we are also not going to do the Christmas Show.  Thank you for working on the requests in the email above.  They want everything with BackRoads off and I know you are working on it.  Dave and I are going through the website page by page and making a list.  We have to take out the word  Pottery we have been a legal thing with Jim from Emerson Creek in Bedford Virginia for the past 8 months. He is very upset that we come up on google before him.  When I started Emerson 18 years ago,  he said to call it Emerson Creek Pottery, but the internet was not what it was 18 years ago.  So far it has been so costly with the lawyer.  We are not going to carry the pottery anymore so we are changing everything that says Pottery, so Dave and I are working on all the changes.  It is going to be a process.

Thank you for the kind words about my mom.  She was sick for so long and she is at peace now.

Thank you again for all you do,

Chris and Dave

ECP 12734

On Feb 13, 2019, at 10:29 AM, Emerson Creek <ecguests@ecreekpotteryandtearoom.com> wrote:

Hi Lindsay,
Is there anything we can do with the website contact form?  We keep getting spam emails all of the time.  Is there a word or something we can change to stop these from sneaking in?

Thank you, I appreciate anything you can find out about this.

Karla

---------- Forwarded message ---------
From: <ecguests@ecreekpotteryandtearoom.com>
Date: Tue, Feb 12, 2019 at 9:37 PM
Subject: New Website Contact Form
To: <ecguests@ecreekpotteryandtearoom.com>

A new contact form has been submitted on the website! Below are the details of the form.

--------------------------------------------------------

Name: Randallbab

Email: selmounjid@yahoo.fr

Telephone: 85524484391

Comments: Treffen Sie sexy MГ¤dchen in Ihrer Stadt: http://corta.co/appadultdating45611

--
Follow us on Facebook!

*The Tearoom is closed for the season and will reopen on May 14th*
*The Shop is open until December 29th and will reopen on May 7th.*

**Emerson Creek Pottery & Tearoom**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at www.ecreekpotteryandtearoom.com!**

--
Follow us on Facebook!

*The Tearoom is closed for the season and will reopen on May 14th*
*The Shop is open until December 29th and will reopen on May 7th.*

**Emerson Creek Pottery & Tearoom**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at www.ecreekpotteryandtearoom.com!**

SUBJECT: Re: Changing web site hosts
FROM: dave demiduk <dave@ecreekpotteryandtearoom.com>
TO: Jonathan Domanus <jondomanus@gmail.com>
CC: Lindsay Winkler ICE <lindsaywinkler29@gmail.com>
DATE: 13/02/2019 12:59

Jonathan, Lindsay

Sorry for the delay.   I was getting in touch with my brother who is a lot more knowledgeable about this kind of stuff than I am.  He agreed with you Kinsta Pro would be a good fit for us.   We started going through our web site page by page and noting everything that has to be changed.  Getting rid of the pottery

picture getting rid of any association with Emerson Creek down in Virginia.  Would it be easier for you to go through and make changes and then for us to proof it or do you want our list before the changes?

Thanks

Dave

On Tue, Feb 5, 2019 at 7:23 AM Jonathan Domanus <jondomanus@gmail.com> wrote:

Hi Dave,

Thanks for your note. I'm happy to hop on a call to discuss more, if you'd like, but I'll take a shot at outlining some thoughts to what you mentioned. Hosting companies are a dime a dozen, and it can be difficult to find the best host, sometimes. We did our research when reviewing hosting companies and kept a few things in mind: cost, service offerings, reviews and articles about their hosting. We found a few articles comparing Kinsta to WPEngine specifically, and found that Kinsta was a better option. I still stick to our original recommendation to use Kinsta over WP Engine, but ultimately, it's your decision. And if you prefer to go the WPEngine route, we can do that as well.

Your friend is correct that Kinsta uses the Google Cloud for hosting their sites, but if anything, I see that as a benefit. With Kinsta, we're able to leverage the power of Google, and their infrastructure. The hosting account would be with Kinsta, not Google, so any issues or anything we needed, we would go to Kinsta for help, not Google. So there's no concern about contact options. There are many hosts out there that leverage other powerful platforms for their offerings. For instance, Pagely, which was my first choice for you all, leverages the Amazon Web Services network. But we steered away from them due to cost. They're about $300/month for their smallest plan that you could use, so we removed them from consideration. Although I've used them for a few enterprise sites and have had a lot of success with them.

WPEngine would require the $115/month plan, due to the size of your existing site, and uncertainty if we'd be able to get it down enough to fit the $35/month plan. And of course, long-term planning is important. We can start smaller, and then upgrade as we go, as well.

One other point is that the code change that your neighbor is offering can be done regardless of the hosting company. And before he did anything, I'd want to discuss to understand what he's recommending, as any changes can have an impact on your site and it's stability; which we're in the process of improving now as well.

Also, we had no intention of changing your email. Only one personal actually uses the GoDaddy email service, Melissa. And all other emails are just forward to your other emails. And you're not paying anything for having your emails forward to your Gmail accounts. If you wanted to explore email hosting, I would recommend using the Google Apps for Work (G-Suite: https://gsuite.google.com/) to host your emails. That works on the Gmail platform, and is similar to what you have now. However, you don't have to make any changes to what you're currently doing, so would leave everything as is.

Again, I'm happy to hop on a call to discuss. And sorry for the long email!
Let me know if you'd like to discuss more in detail, or if you have any other questions.

Jonathan Domanus
*Professional Web Guru*
Chicago, IL
c | 773.988.6770

  

On Sat, Feb 2, 2019 at 12:13 PM Lindsay Winkler <lindsaywinkler29@gmail.com> wrote:

**Lindsay Winkler**
*Design | Marketing | Arts*
1310 W. Birchwood Ave, #3
Chicago, IL 60626
c | 773.875.5698

---------- Forwarded message ----------
From: **dave demiduk** <dave@ecreekpotteryandtearoom.com>
Date: Sat, Feb 2, 2019 at 11:46 AM
Subject: Changing web site hosts
To: Lindsay <lindsaywinkler29@gmail.com>

Lindsay,

Chris and I were talking with one of our neighbors the other day about our web site and the problem of slow download times.  We shared with him what you had suggested as far as switching to Kinsta Pro for the host.

He strongly discouraged from using Kinsta as a host for the following reasons.  Kinsta is not the actual host they use a third party witch is Google Cloud.  He said there might be certain issues that we may run into that is out of Kinsta's hands and he basically said then you are dealing with Google which it is practically impossible to talk to them about things .  He also didn't think Kinsta provided a email platform.  So we would have to switch or continue with Go Daddy which would be another bill.

He suggested to go with WP Engine as a host.  He thought they had better prices they were the actual host and they had a email platform.  He also said that there were a couple lines of "code" he could do to increase the speed.

All this is Chinese for us.  What are your thoughts.