ECP 00784

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Saturday, July 23, 2005 8:09 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | payment |

hi jim,  i put a check in the mail.  we are really busy.  the tearoom is now reservations only.  we are serving about 60 to 70 people between 11- 2.  we are doing the flower pot salads in our flower pots it is so cute.  we made the video for oprah the other day.  i called lucy and told her to get ready.
  we are working on fixing it up, so i want to send you a dvd.  i think it would be funny to have your staff watch it.  the girls think i am crazy.

we video joanne our cook in the kitchen with tons of orders and she has her back to us, and we are trying to get her attention, and she will not turn around, and then when she does, she is reading the oprah magazine.  i start at my house with the long commute in my john deere gator through the field, that takes us to the shop.  we taped the shop, and the pottery, and said we would like to be in her favorite things for christmas.  she loves roosters, and i had a lamp left, and told her it is disconn. but i think if she liked it would could ask jim at emerson creek pottery to make her a place setting.

we said will we save a table for her, and also a homemade blueberry cobbler.

well better get to work

chris

1

Defendants'
Exhibit 4

ECP 00785

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Saturday, July 23, 2005 8:09 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | payment |

hi jim,  i put a check in the mail.  we are really busy.  the tearoom is now reservations only.  we are serving about 60 to 70 people between 11- 2.  we are doing the flower pot salads in our flower pots it is so cute.  we made the video for oprah the other day.  i called lucy and told her to get ready.

 we are working on fixing it up, so i want to send you a dvd.  i think it would be funny to have your staff watch it.  the girls think i am crazy.

we video joanne our cook in the kitchen with tons of orders and she has her back to us, and we are trying to get her attention, and she will not turn around, and then when she does, she is reading the oprah magazine.  i start at my house with the long commute in my john deere gator through the field, that takes us to the shop.  we taped the shop, and the pottery, and said we would like to be in her favorite things for christmas.  she loves roosters, and i had a lamp left, and told her it is disconn. but i think if she liked it would could ask jim at emerson creek pottery to make her a place setting.

we said will we save a table for her, and also a homemade blueberry cobbler.

well better get to work

chris

ECP 00786

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Wednesday, August 10, 2005 1:55 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | Re: hi |

jim,  i just received 14 boxes yesterday.  is that part of the 5,000.00.

thanks chris

>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris Barickman" <ecreekpottery@hotmail.com>
>Subject: Re: hi
>Date: Wed, 10 Aug 2005 13:55:37 -0400
>
>Hi Chris,
>
>Sounds like you're doing a great lunch business! If you're doing $1,000
>days that sounds great; I was  just wondering about your sales when I
>looked at what you're been buying compared to previous years. Sounds
>like you must have overbought in the past and now need to catch up.
>
>I have not heard from Laura even though I've sent a number of emails,
>don't know what's going on .
>Stay in touch.
>Jim
>----- Original Message -----
>From: "Chris Barickman" <ecreekpottery@hotmail.com>
>To: <emersoncreek@earthlink.net>
>Sent: Wednesday, August 10, 2005 9:03 AM
>Subject: hi
>
>
> > hi jim,  sorry it took me so long to email back the last week.  we
> > are
>doing
> > good, and i think we are selling alot, but the first couple of years
> > we
>had
> > more patterns, and i am having a sale in a couple of weeks, because
> > i
>have
> > alot of old patterns we are not carrying anymore.  we also ordered
> > alot
>of
> > the halloween pattern, and still have tons of it left.  we are ok
> > with
>that.
> >   on the days the tearoom is open we ususaly do 600- to 1000  and

1

ECP 00789

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Wednesday, August 10, 2005 9:03 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | hi |

hi jim,  sorry it took me so long to email back the last week.  we are doing good, and i think we are selling alot, but the first couple of years we had more patterns, and i am having a sale in a couple of weeks, because i have alot of old patterns we are not carrying anymore.  we also ordered alot of the halloween pattern, and still have tons of it left.  we are ok with that.
 on the days the tearoom is open we ususaly do 600- to 1000  and summer is really slow, and it has been almost high 90's for weeks.

i think the fall and christmas will be good.  we have a big press release coming out, the newspaper is coming today to finish pictures, and should be in the business section in the naperville papers.  it will hit almost 90,000 homes.  it is a great market.  i have tried for two years to get this going.
 i am trying to push sales, and marketing ideas.

i send lucy a check for 2500 last week, just wondering if she received it.
i will send one with ron today to mail.  sorry about being behind.  have you heard from laura?  i have called her couple of times, and never called back.

the oprah take came out good, and just fixing it up now.  president bush is coming to our area today about 10 min. from the shop, and i called the speaker of the house's office denny hassert from next town, and invited them to have lunch.  they said they would pass it on to the white house.  i don't think so, but it was worth a try.

we are selling the coasters like crazy, also the new pattern, you are right people don't mind the painting.  i sold all of the green dinner plates, and salad plates, the solid is good for me.

i will be at the shop today and tommorrow.  we have 62 people for lunch almost reservations a must.

talk to you soon
chris

ECP 00790

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Monday, September 26, 2005 9:17 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | hi |

hi jim,  hope all is well.  i am getting pretty busy.  we had a bad last couple of weeks, i think back to school for moms.  i asked lucy to send me a backorder list.  my computer crashed and i think i lost all of my information, they are trying to repair, but not having much luck, and back up did not work.  not to good.

i have put in a few orders, and we have received just one box i think in two months.  i am still waiting on pieces from the new yellow flower pattern i order back in march.  i am up 3,000.00 from last year, and so far this is my best year, so i think we are doing good.

i had mentioned before that i think our orders were so big, because i was new at ordering and we use to order 60 or so dinner plates, salad plates, salad bowls, and i found out that i sell more of the individual pieces rather then dinner pieces.  i am having a 40 off sale on the summer, spring, icey bluets, green leaf pattern, golden pattern, sunshine pattern, we had alot of that left over and just put a big sale in the yard on a wagon and it is sell so i had alot of inventory in disc. patterns.  i also have boat loads of pots we had ordered so many last couple of years.  i think we bought all you had in the older patterns.

i am trying to order as much as i need, i think i have amost 150 coasters on order.  i left lucy a message if you could see if i could get the order faxed to me so i could find out were i am at.

i will be at the shop tuesday.  if you have any questions

thanks chris

1

ECP 00791

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Thursday, October 6, 2005 4:09 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | hi |

hi jim,  hope all is well.  i was wondering if lucy received my message.  i have emailed asking about orders, and i was wondering if she has back order list.  i also ask for a bill i think i owe 600.00 or so.  i have to order more, but maybe it is too late.  i just hope everything is ok.  i feel like maybe i did something wrong, i just have a folder of things on order and not sure what to tell these people.

also, laura blinkman called and wants some holly pieces and some fall harvest pieces for a show, but i don't want to send stuff if you could send it.  i am not sure what you have in holly and i have tons.  i am emailing her and telling her i will talk to you first.

thanks chris

ECP 00792

**From:**         Chris Barickman <ecreekpottery@hotmail.com>
**Sent:**         Tuesday, November 1, 2005 11:34 AM
**To:**           emersoncreek@earthlink.net
**Subject:**      RE: coasters

good luck with your sale this weekend.  that would be great just the regular glaze and then the little painting on them. no stain is fine.

thanks chris


>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris" <ecreekpottery@hotmail.com>
>Subject: coasters
>Date: Tue, 1 Nov 2005 08:58:56 -0500
>
>Hi Chris,
>
>How's it going? We're getting ready for our big warehouse sale this
>weekend.
>
>On your coaster order I know you're been waiting for QL and Wisteria
>for awhile. We have had some problems with the stain that makes them
>blue or purple. Would you like the pattern on the regular glaze without the stain?
>I could get you these next week. Let me know.
>Jim

1

ECP 00793

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Wednesday, December 14, 2005 1:00 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | oprah |

hi jim,  everytime i go to email somehow i get busy.  we are doing ok.  it has been not as busy as the last few years.  i cut back on my advertising.

our best month was august for the tearoom and the shop.  what is that?  i usually do a direct mail in sept, about our christmas, and fall patterns, but it costs about 4,000.00 so i thought with the summer so busy that it would continue.  no true.  we are holding our own, but i just wanted to cut back alittle.

my neighbor is bring her brother this saturday for lunch in the tearoom.  it is our last day to serve lunch for the season, and she promised me this year. their is 12 in their group.  it is the editor's little girl birthday, and then are holding the birthday party her.  i never bother her again about it, everyone is always asking her, and then get really tired of it.  so cross you fingers, and we will be serving the best meal our cook cooks, and the shop looks great.

i hope you can make it out next year.  you would love the place.  i talked to laura, she said she sold everything except for some fall pieces.  she said they loved it.  she is working hard on trying to get it going.  she has alot of positive energy.

talk to you soon

chris

1

ECP 00794

**From:**       Chris Barickman <ecreekpottery@hotmail.com>
**Sent:**       Monday, December 19, 2005 7:51 PM
**To:**         emersoncreek@earthlink.net
**Subject:**    Re: oprah

hi jim,  they said they really enjoyed the lunch.  my neighbor came in the shop with the rest of her in-laws, and they said they really liked it.  they bought somethings, and that was it.  i will still work on sending my tape in.  i am not sure if he will pass on what he thought.  i guess i will cross my fingers, but i will still try on my own.

i still sending 1,200.00 every month in 4 local newspapers every other week i put a good size ad in the paper for 9 months.  i am going to try some other newspapers as week next year.  i will put my order in the middle of january if that is ok.  we are almost completely out of the cranberry.  i think lucy said the quaker lady with the green back ground will be disscont.
 i think it is great just with the plain flowers.

hope you have a nice christmas, and happy new year.

thanks chris


>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris Barickman" <ecreekpottery@hotmail.com>
>Subject: Re: oprah
>Date: Mon, 19 Dec 2005 09:32:21 -0500
>
>Hi Chris,
>
>Hope your lunch with the editor went well. I'm sorry to hear your sales
>are down this fall. Its always hard to tell what advertising works.
>That's something we struggle with all the time. Our sales have been
>about the same as last year this fall which is good. We've had some bad
>weather that has not helped, probably the same  for you. Have you tried
>local newspaper advertising on a regular basis instead of a real
>expensive mailing? Just a thought. Glad to hear Laura's done well, I haven't heard too much from her.
>Talk to you later,
>Jim
>----- Original Message -----
>From: "Chris Barickman" <ecreekpottery@hotmail.com>
>To: <emersoncreek@earthlink.net>
>Sent: Wednesday, December 14, 2005 1:00 PM
>Subject: oprah
>
>
> > hi jim,  everytime i go to email somehow i get busy.  we are doing ok.
>it
> > has been not as busy as the last few years.  i cut back on my
>advertising.
> > our best month was august for the tearoom and the shop.  what is that?

1

ECP 00796

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Tuesday, December 20, 2005 4:03 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | RE: next year |

jim,  thanks for the email.  i understand the increase.  would love to see the moose pattern, and the rooster sample.  we really have alot of customers asking us for a covered butter dish, also i have had some problems with the bakeware items, like oval baker, covered casserole, not sure how people are doing things, just wonder if you have problems.

we really sell alot of smaller items then the whole sets.  could you please see if we could have a vegetable bowls.  not as big as 2qt bowl, and not as dip as the bowl.  like a one qt.  maybe you have a suggestion.

little frilly tray could we make a little bigger to put sugar and creamer it is alittle too small for the sugar jar.

i am pretty organized so i will put in my order at the end of jan or sooner if that is ok.?

talk to you later

chris


>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris" <ecreekpottery@hotmail.com>
>Subject: next year
>Date: Tue, 20 Dec 2005 13:15:48 -0500
>
>Hi Chris,
>
>I wanted to let you know some of the things we are planning for next year.
>We are dropping the QL ( but can still make it for you w/out blue
>background) and Blueberry patterns. We will be adding a rooster pattern
>on the specked glaze ( same as the Dove). I think this looks really
>nice.I plan to add some more snowmen to the Snowman pattern this fall
>to make it more collectable. We also have a nice Moose pattern
>available on mugs and a few other items which makes a great man's gift.
>
>We will be dropping flowerpots and adding a garlic keeper, honey
>jar,small wall clock, and new extra large lamp. In the spring I'm
>planing a relish dish, deviled egg keeper, new spoon rest and more.
>
>As far as pricing goes; we have tried to keep from raising prices but
>this year we have seen relentless pricing pressure on us from energy,
>freight, insurance, health care and more. I'm going to have to change
>your discount to 30% off of wholesale. I hate to do this Chris, but
>considering our costs I can't keep giving you 40% off. I don't think
>your customers will mind a 10% increase as they are already getting a
>great deal. We are going to raise our prices here in our outlet store
>as well at the beginning of the year. I'll have Lucy get you a new

1

ECP 00798

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Thursday, January 5, 2006 11:18 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | Re: hi |

thanks for the email. i have talked to the editor before when i nominated emerson creek for the vendor of the year award two years ago, so i could email her my opinion on owner an emerson creek product store, and if she wanted addition information on it, or emails me back i would ask her to contact you. i will give no facts, just what a great line it.

is that ok?

chris


>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris Barickman" <ecreekpottery@hotmail.com>
>Subject: Re: hi
>Date: Thu, 5 Jan 2006 11:16:19 -0500
>
>Hi Chris,
>
>Good to hear from you. Sounds like you had a good year! I sent  you a
>sample of the Rooster and Moose yesterday. Will have the new price list
>done soon, and the catalogue pretty soon.
>I'd like to come out there next year, just a matter of getting the
>time- you know how it is. I'll be real interested to see what ideas
>those folks have for you. Keep me informed. I think your idea of
>contacting that magazine is an excellent one. Are you going to do  it
>or do you want me to?
>
>Stay in touch.
>Jim
>----- Original Message -----
>From: "Chris Barickman" <ecreekpottery@hotmail.com>
>To: <emersoncreek@earthlink.net>
>Sent: Thursday, January 05, 2006 9:16 AM
>Subject: hi
>
>
> > hi jim, hope you had a good year. i am just working on my books for
> > the
>end
> > of year. i am all closed up, and i will get you the inventory
>information
> > to lucy as soon as i can. i am looking forward to relaxing and
> > thinkink
>of
> > new ideas. i just want to say we finished our 5 year, and i still

1

ECP 00801

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Thursday, January 5, 2006 9:16 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | hi |

hi jim, hope you had a good year.  i am just working on my books for the end of year.  i am all closed up, and i will get you the inventory information to lucy as soon as i can.  i am looking forward to relaxing and thinkink of new ideas.  i just want to say we finished our 5 year, and i still love my job so much and want you thank you for letting that happen with all you hard work.  i am so proud of emerson creek pottery, and just wanted to let you know.  i hope i can order tons and make things good for you.

i hope you can make out this year.  we will work on that.  i think you would love it.  i am going to work hard on my magazines, and oprah again i am going to get the cd burned so i can still you the tape we made.  for christmas ron got me  sometime paid with a professional couple that does media work, and networking to help new ideas with your business.

they also make stuff to send into to tv. show etc, about your business.  we are looking forward to working with them. they are out of naperville.

i was thinking you know that magazine country business, that is the one you sometimes advertise it is out of st.charles ill.  they also do country sampler magazine when i opened the tearoom they came out to check it out, but nothing happened.  what do you think if we try and write the editor about doing a store about opening more emerson creek pottery?  i just know there is so many ladies that want gift shops but not regular gift shops, and we are so different with our products, and i was not sure if we could market is as being your own boss with emerson creek, and that there is no francisee fee with the start up.  what do you think?

just an idea.

talk to you soon
chris

1

ECP 00802

**From:**         Jim Leavitt <emersoncreek@earthlink.net>
**Sent:**         Monday, January 16, 2006 10:23 AM
**To:**           Chris Barickman
**Subject:**      Re: statement

Hi Chris,

I'm not understanding why you think I am upset with you. This is not the case at all.

The statement of account you got would be what you owe. Not sure why there are finance charges on it, just disregard
any finance charges. Laurel has been trying to get the time to copy all of your invoices. Se hopes to get them out to you
this week; please be sure to keep the in the future for your records.

Thanks,
Jim
----- Original Message -----
From: "Chris Barickman" <ecreekpottery@hotmail.com>
To: <emersoncreek@earthlink.net>
Sent: Tuesday, January 16, 2007 9:31 AM
Subject: statement


> hi jim,  back for two weeks, and meeting with the accountant tomorrow.
got
> a statement in the mail, and says we owe 500.00 around there is also a
> few finance charges.  not sure what is going on with the correct
> statements,
but
> i have no clue were we are at.  i feel like this has been a problem
getting
> the information i have been asking for two months.
>
> i hope we are not being charge finance fees, because i do not think it
> is our problem for paying, just try to get the information.
>
> i feel like ever since i asked for this in the fall you have been
> upset
with
> me.
>
> please let me know if you need something from us
>
> thanks chris
>
> _____
> Communicate instantly! Use your Hotmail address to sign into Windows
> Live Messenger now. http://get.live.com/messenger/overview
>

1

ECP 00804

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Thursday, February 23, 2006 1:59 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | hi |

hi jim,  i received the catalog it looks really good.  i am working on my orders, and will fax it to lucy on monday.  i emailed pricella and told her ron's sister sent us the article from the paper it was very nice.  i just finished my year end paper, and we did not do as good as last year, but cut back alot on my advertising.  we are going to try some new avenues.  i hope all is well

chris

ECP 00805

**From:**        Chris Barickman <ecreekpottery@hotmail.com>
**Sent:**        Sunday, March 5, 2006 7:23 AM
**To:**          emersoncreek@earthlink.net
**Subject:**     RE: your order

hi jim,  yes, you can start shipping, but i will be home and in florida off and on, so maybe we need to ship it to my home if it is not tons of boxes at once.  if you would let me know i can try and make sure i am at the shop.  i just was not crazy about the roaster pattern so i did not order any.  is it selling good for you?  i will work on my holiday orders next week if that is good with you.  talk to you soon.

chris


>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris" <ecreekpottery@hotmail.com>
>Subject: your order
>Date: Thu, 2 Mar 2006 14:36:00 -0500
>
>Hi Chris,
>
>We are working on your order now. Can we start shipping now as we get
>it done?Jim

1

ECP 00827

**From:** Chris Barickman <ecreekpottery@hotmail.com>
**Sent:** Tuesday, November 21, 2006 4:58 PM
**To:** emersoncreek@earthlink.net
**Subject:** cranberry

hi jim, not sure if you are off the holiday now. thanks for sending that cranberry plates, i have a family from all over that is getting their parents pieces of the pattern. we had more family members call today, and want to see if we could send more. we are very low and we were going to make an order of somethings maybe we can use if you would be interested in shipping to us.

this is what the customers wants, and we have some but that would clean me out, and i don't send anything.

1 oval platter cranberry
1 pasta bowl cranberry
10 7 oz coffee mugs cranberry
1 large frilly bowl cranberry
could you see if you could sent to the custmers, and i will pay for the shipping. i am sorry to ask you.

have a good holiday
thanks chris

_____
Get FREE company branded e-mail accounts and business Web site from Microsoft Office Live
http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/

1

ECP 00828

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Sunday, November 26, 2006 10:00 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | check |

hi jim,  i sent another check today sunday for 2 thousand, have not received any information from your office.  hope you are not mad about that.  i am in the middle with ron and business.

i faxed a fill in order for mostly cran. and pinecone. could you please let me know.  also about shipping the rest to this family.  they have a list and keeping call me,  i do not have alot of the items, also cannot ship items.

thanks chris

_____

Share your latest news with your friends with the Windows Live Spaces friends module.
http://clk.atdmt.com/MSN/go/msnnkwsp0070000001msn/direct/01/?href=http://spaces.live.com/spacesapi.aspx?wx_action=create&wx_url=/friends.aspx&mk

ECP 00833

| | |
|---|---|
| **From:** | emersoncreekpottery <ecp@emersoncreekpottery.com> |
| **Sent:** | Thursday, November 30, 2006 9:52 AM |
| **To:** | Chris Barickman |
| **Cc:** | Jim Leavitt |
| **Subject:** | Canceling orders |

Chris, I have left you a message at the store to call me. I have a question about the one of your drop ships that Cristie is trying to pack. I also need to find out what orders you are canceling and what orders you are keeping. Jim needs to know by around lunch time. I will try to call you again.

Thank you,
Laurel Gordon
Emerson Creek Pottery
1068 Pottery Lane
Bedford, VA 24523
(540)297-7524 ph
(540)297-2121 fx

ECP 00835

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Sunday, December 31, 2006 4:11 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | closed for the season |

hi jim,  just to let you know i closed for the season dec. 30th, and looking forward to the winter.  we are heading out of town jan 2nd, til  jan 14th.
i will be working on my books for the end of the year.  not sure what our balance etc. is.  i know laurel is working on it.

we had a slow nov. dec. but over all a good year.  have some work to do in the tearoom with employees, and looking for new help this winter.

i will be checking my email while we are away.

i have all the inventory counted, so i will be sending an order in a few weeks.

happy new year
chris

_____

Get live scores and news about your team: Add the Live.com Football Page
www.live.com/?addtemplate=football&icid=T001MSN30A0701

1

ECP 00836

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Tuesday, January 9, 2007 7:19 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | pictures of patterns |

hi jim, just wondering if you could email pictures of the two new patterns you have, i will be faxing my orders for next year next week, and just want to plan and see what i am going to order.

also, next sure were we are in the books with my account, finishing my year end numbers to give to account, i think laurel is working on it.

thank you
chris

_____

Get live scores and news about your team: Add the Live.com Football Page
www.live.com/?addtemplate=football&icid=T001MSN30A0701

1

ECP 00844

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Friday, March 16, 2007 7:38 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | SHIPPMENT |

HI JIM,  WHEN YOU SHIP THE BOXES OUT DO YOU THINK I COULD HAVE THE COMPANY I THINK FED. EXPRESS DRIVER
CALL WHEN HE IS GOING TO ARRIVE.  I JUST NEED SOMEONE TO OPEN GATE????

IS A ALOT YOU HAVE READY?

THANKS CHRIS

_____
i'm making a difference. Make every IM count for the cause of your choice.
Join Now.
http://clk.atdmt.com/MSN/go/msnnkwme0080000001msn/direct/01/?href=http://im.live.com/messenger/im/home/?s
ource=hmtagline

1

ECP 00846

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Tuesday, May 22, 2007 9:27 AM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | solid pieces |

jim, laurel had emailed me about the solid plates etc. and asked me if i still wanted them. i have been telling a lady for two years the red is coming. we have spoke about this for about two years. you have said no problem and now she says no discount on them. just forget about them. and about the return of the stuff i have sent i think around 10,000 to you, and i pay right away i don't even know about our terms are, but i think the stuff came to 42.00 and i am not going to pay to ship that back, and then laurel said you will see what you can do. that is crazy.

i have received alot of stuff extra in the years, and never said anything, stuff that has been crazed. i guess you do not trust what i think of stuff, or maybe your office girl does not.

i unpacked 70 boxes of your stuff in one week, and trying to open this place
42.00 is not worth it to me. also i sent a holly salad plate to you and i just got an email about how many pieces i just need 9 salad plates, and we have talked about this last year, and now she said not sure if they can even do it, i am so confused on what we can do anymore.

i will try and ask for anything extra this year.

chris

_____

More photos, more messages, more storage—get 2GB with Windows Live Hotmail.
http://imagine-windowslive.com/hotmail/?locale=en-us&ocid=TXT_TAGHM_migration_HM_mini_2G_0507

ECP 00853

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Thursday, August 2, 2007 12:48 PM |
| **To:** | emersoncreek@earthlink.net |
| **Subject:** | Re: flower pots |

jim,  thanks for the email. i cannot order 100 frilly pots, but i serve the flower pot salads, and every year i have to replace some.  then people want to buy them.  so just don't have the funds to order a 100 this year.  do you have any left on your selves or the store.

i understand about the salad plates in holly, but i special ordered them back in may, this lady has been trying to finish her daughters set it was the one with the green around the old pattern in the holly.  i just need 9.
is there any way.?

thanks chris


>From: "Jim Leavitt" <emersoncreek@earthlink.net>
>To: "Chris Barickman" <ecreekpottery@hotmail.com>
>Subject: Re: flower pots
>Date: Thu, 2 Aug 2007 12:05:06 -0400
>
>Hi Chris,
>
>As you know we have discontinued that item; however I looked and did
>save a die so I could run some for you as a special order. Would need
>to run at least 100 pieces to justify the cost of setting up the die.
>The price would be  $14.50 each. Let me know is you'd like to order some.
>
>As far as any orders for Holly goes, I am very doubtful that I can do that.
>The one decorator who knows that is only working one day a week and
>also has to help train new decorators, as my most experienced one quit. Sorry.
>
>If we don't have lamps in stock, won't take long to get them, go ahead
>and put in your order.
>Thanks,
>Jim
>
>
>
>----- Original Message ----- From: "Chris Barickman"
><ecreekpottery@hotmail.com>
>To: <emersoncreek@earthlink.net>
>Sent: Wednesday, August 01, 2007 4:53 PM
>Subject: flower pots
>
>
>>hi jim,  just wondering if you have any large frilly flower pots.  we
>>serve our flower pot salad in them, and would like to see what you

1

ECP 00862

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Sunday, November 25, 2007 4:58 PM |
| **To:** | Jim emerson creekpottery |
| **Subject:** | hello |

hi jim,  hope you had a nice thanksgiving.  we were pretty busy with lunch and the shop for the weekend.  business is good, and still really enjoying it.  have been going over bills with ron and i did get a few invoices from laurel.

i am really am confused and ron is also.  he is going to give you a call because he is paying all the bills.  the beginning of the year laurel said the prices were the same, i know the snowman is more, not sure why, it looks like it takes less paint then the poppy or the iris just wondering.  i sell a large frilly bowl for 22.95 and emerson creek is charging me 19.45  then the shipping so pretty much lossing money.  i never knew the snowman went up.  i would of liked to have got a price change list before i was charged.  i think that is a good way to work.

the shipping sometimes is on the bill and sometimes it is just added on the bill.  i feel like since lucy left i can't get anything right in the office part.  i had to wait for a invoice or bill for four weeks.  sometimes the invoices or backorder sheets have prices then shipping on it.  i know you got a new system i think quickbooks, and i use quickbooks also, so maybe we could try and work together.  ron will be pay the bills so the invoices will go to crestview.

also we are coming down to virigina around jan 6th just wondering if we could meet to see what is happening in the future.  also a lady bought about 300.00 in holly and not sure what you are going to charge next year, or if it discontinued, etc.  also just wondering about solid pieces in the colors customers asking for three years, and we say yes we can do it, but it never gets to me.  just want to sit down and try and work some stuff out.

i will make a note of some stuff if you want to meet in jan, and you can tell us what you would like from us, and then see what happens.

thanks chris

Connect and share in new ways with Windows Live. Connect now!

ECP 00869

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Monday, January 21, 2008 6:45 AM |
| **To:** | Jim emerson creekpottery |
| **Subject:** | fax |

hi jim,  going to fax over the things you asked for.  i was downtown for three days at chicago gift show.  really looked around to see what was happening in the pottery part.  found some good ideas.  i am sending you some pictures and i think we need to add a few new things and some new items if we could.  i hope we can work good together this year.

what do you think of what i sent you.  also if i could have the prices when you can i think you were sending them or figuring them out.

heading to florida til the first of april.

thanks chris

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". <u>Check it out.</u>

1

ECP 00873

| From: | Jim Leavitt <emersoncreek@earthlink.net> |
|---|---|
| Sent: | Friday, January 25, 2008 9:27 AM |
| To: | Chris Barickman |
| Subject: | Re: fax |

Hi Chris,

Sorry to be so late getting back to you about your fax, seems like I'm always trying to do three jobs. If you will tell me what pieces you want and which colors I'll get you a firm price on the solids( if you already told me I must have forgotten). I'm still looking for a baby bowl and cup to photograph for you. Got the plate and stand and I believe I can do something there. The med frilly flower pot with a glazed saucer would be $12.25.  I have a new pricelist you you, where do I send it ?
Thanks,
Jim

----- Original Message -----
**From:** Chris Barickman
**To:** Jim emerson creekpottery
**Sent:** Monday, January 21, 2008 6:45 AM
**Subject:** fax

hi jim,  going to fax over the things you asked for.  i was downtown for three days at chicago gift show.  really looked around to see what was happening in the pottery part.  found some good ideas.  i am sending you some pictures and i think we need to add a few new things and some new items if we could.  i hope we can work good together this year.

what do you think of what i sent you.  also if i could have the prices when you can i think you were sending them or figuring them out.

heading to florida til the first of april.

thanks chris

---

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

1

ECP 00874

| | |
|---|---|
| **From:** | Jim Leavitt <emersoncreek@earthlink.net> |
| **Sent:** | Wednesday, February 6, 2008 2:01 PM |
| **To:** | Chris Barickman |
| **Subject:** | Re: hi |

Hi Chris,
I did get the package with they tray and holder. It cute, I'll try to get one made that will fit that stand. I'm not sure what bill you're referring to as I don't see you owing anything here.

----- Original Message -----
**From:** Chris Barickman
**To:** Jim emerson creekpottery
**Sent:** Wednesday, February 06, 2008 7:30 AM
**Subject:** hi

hi jim,  just wondering if you got the box.  and what you think?  i got the bill i am not sure were that amount came from was it the last order or a balance?

thanks chris

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

ECP 00876

| | |
|---|---|
| **From:** | Jim Leavitt <emersoncreek@earthlink.net> |
| **Sent:** | Monday, February 18, 2008 12:47 PM |
| **To:** | Chris Barickman |
| **Subject:** | Re: sheet |

Hi Chris,

I tried to send you the price list today but it would not go through to your fax, will try again later.

To answer your other questions:
I do like to square plate and am going to start making one as soon as can get my new ( new) office person going. Will you want to go in together to buy the holders so we can get a better price?

Dragonfly has been a good seller, especially in the spring.

Will have to make some color glaze to get you samples, next few weeks.

I'm not going to discontinue any patterns at this time, will be keeping blueberry. The Snowman and Harvest will be special order ( not stocked) and will both be 10% higher than other patterns due to time involved in decorating them.

When we get closer to shipping time lets talk about our seconds inventory at that time and see what we have. Can you send me a list  of what you will need for the tea room. Also, if we are able to send seconds for that it will be mixed patterns. Will that be all right?

At this point my only new form if the violet pot, look on our website for photos; if you need any photos for a flyer let me know and I'll burn a disk for you.
Thanks,
Jim

**Sent:** Monday, February 18, 2008 7:48 AM

**Subject:** sheet

HI JIM, HOPE ALL IS WELL. JUST WORKING ON INVENTORY AND SEEING WERE WE ARE WITH EVERYTHING. JUST WONDERNG RON NEVER GOT THE PRICES SO I WAS WONDERING IF YOU COULD FAX IT HERE HE IS HERE TIL WED. A.M.  WE ARE ADJUSTING OUR PRICES.  THE ADDITION IS GOING GREAT ADDED 30 SEATS AND GOING TO DO SHOWERS BRIDAL AND BABY ON SATURDAYS.

WAS WONDERING WHAT YOU THOUGHT OF OTHER ITEMS I SUGGESTED.

ALSO, WHAT DO YOU THINK OF THE DRAGON FLY IS IT A GOOD SELLER?

SOLD PIECES ANY SAMLPLES OF COLORS?

ALSO IF I COULD HAVE A LIST OF WHAT PATTERNS ARE GOING TO CONT.  BLUEBERRY?  NOT SURE IF YOU ARE GOING TO KEEP.

HOW ABOUT PIECES I ORDERED FOR TEAROOM MAYBE SECONDS OR EXTRA.  WHEN WE SHIP THEM COULD WE DO A TEAROOM SHEET AND BOX THEM TOGETHER SO I CAN PUT THAT SEPERATE.

MY FLORIDA FAX IS 239-431-5788  ALSO WE ARE WORKING ON BROCHURE THAT WE WILL MAIL TO OUR CUSTOMERS AND JUST TRYING TO SEE IF I COULD PUT SOMETHING NEW ON THERE OR WORD SOMETHING LIKE

1

ECP 00883

| | |
|---|---|
| **From:** | Jim Leavitt <emersoncreek@earthlink.net> |
| **Sent:** | Tuesday, February 26, 2008 1:50 PM |
| **To:** | Chris |
| **Subject:** | seconds |

Hi Chris,

I've just looked at my seconds and here is what I have:

Salad plates -60 price  $4.35
Oval platters- 60 price  $6.30
Mugs -0 I never seems to have enough 2nds mugs.

Let me know what you want to do; if you will be needing 60 mugs do you want to add that to your order? If so, let me know as soon as possible so I can get that done in time for you.

Thanks,
Jim

ECP 00898

| | |
|---|---|
| **From:** | Jim Leavitt <emersoncreek@earthlink.net> |
| **Sent:** | Tuesday, April 8, 2008 7:57 AM |
| **To:** | Chris Barickman |
| **Subject:** | Re: HELLO |

Hi Chris,

You will have plenty to unpack!!  The truck will not have a forklift, but I think you can get them to bring a pallet jack to move pallets to the back of the truck, and possible a  lift gate which would lower the pallet to the ground. Let me know what you want to do- and when to ship- and I'll ask when the time comes to get shipping quotes for you.

We are packing the pottery in boxes and lacing them on pallets. I think this is the safest way to do it.
Thanks,
Jim

----- Original Message -----
**From:** Chris Barickman
**To:** Jim emerson creekpottery
**Sent:** Tuesday, April 08, 2008 7:42 AM
**Subject:** HELLO

HI JIM,  GOT THE ENVELOPE YESTERDAY.  GOING TO LOOK IT OVER TODAY.  THANKS.  HEADING BACK TO OSWEGO THE 20TH OF THIS MONTH.  I AM RELAXED AND READY TO GO.  WE ARE GOING TO HAVE FUN WITH THE ADDITION.  LOOKING FORWARD TO ALL OF THE STUFF COMING.

ALSO, WE ARE WORKING ON THE LOCATION OF THE SHIPPING STUFF.  DO YOU THINK THE TRUCK WOULD HAVE A FORKLIFT ON IT?  ALSO DO YOU KNOW WHAT THE SHIPPING IS GOING TO BE. AND IF THEY COME LIKE THAT IS THE STUFF IN BOXES OR JUST ON THE WOOD CRATES.  JUST TRY TO GET ORGANIZED BEFORE I GO HOME.

THANKS CHRIS

Get in touch in an instant. Get Windows Live Messenger now.

1

ECP 00903

| From: | Jim Leavitt <emersoncreek@earthlink.net> |
| Sent: | Monday, April 14, 2008 8:00 AM |
| To: | ecreekpottery |
| Subject: | Re: shippment |

Hi Chris,

Are you wanting to get this shipped April 24? Do you need a lift gate truck or not? I'm assuming you want the lamps you ordered?
Thanks,
Jim
----- Original Message -----
From: "ecreekpottery" <ecreekpottery@hotmail.com>
To: <emersoncreek@earthlink.net>
Sent: Sunday, April 13, 2008 5:22 PM
Subject: shippment


> hi jim getting ready to drive back leaving the 20th so wondering if
> the truck could come 24th to the shop
>
>

1

ECP 00906

| | |
|---|---|
| **From:** | Chris Barickman <ecreekpottery@hotmail.com> |
| **Sent:** | Thursday, May 1, 2008 8:16 AM |
| **To:** | Jim emerson creekpottery |
| **Subject:** | thanks |

jim just want to say thanks for the work on the shipping.  the price was great!!!!!!!!  we really appreciate it.  i will work on getting the check to you as soon as i can.  i have to borrow the amount from ron so i will work on it.  just want to tell you rebecca is very nice and helpful in the office.

thanks again
chris

Back to work after baby– how do you know when you're ready?

1