## Ken McLaughlin

**From:** Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
**Sent:** Monday, March 16, 2020 9:50 AM
**To:** Ken McLaughlin
**Subject:** RE: conset extension - Cornoavirus

Thx, Ken. Will file it today. Garfield

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Ken McLaughlin <kmclaughlin@ma-lawpc.com>
Date: 3/13/20 4:55 PM (GMT-08:00)
To: Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
Subject: RE: conset extension - Cornoavirus

Garfield,

Sorry for the delay in getting back to you. I was in depositions all day Tuesday and Wednesday in another case and spent the better part of Thursday trying to review emails/calls.

I haven't heard back from my client, but with Illinois imposing limits on public events, school closures, etc., in addition to the illnesses you are facing locally, I have no objection to an extension. Given the news in the last 2 days, I would be ok extending it even 90 days.

As far as Wehrli's notice, given the extension, we should coordinate party depositions, and then his. Also, my office is in downtown Aurora and has a large conference room. There is no need for you to reserve a hotel conference room. Downtown Aurora is easy to get to and there is ample parking.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
**Sent:** Tuesday, March 10, 2020 11:42 AM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Subject:** RE: conset extension - Cornoavirus


EXHIBIT K

1

Ken, Any word about the extension? Attached is a notice for Wehrli. Ideally we can reschedule to a convenient time for all. We'll get you the notices for your clients. Thanks, Garfield


Garfield Goodrum, Esq.

**Garfield Goodrum, *Design Law***
617.861.0780
f: 617.507.5983
garfield.goodrum@gdrmlaw.net

---

**From:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Sent:** Monday, March 9, 2020 1:34 PM
**To:** Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
**Subject:** RE: conset extension - Cornoavirus

Garfield,

Sorry to hear about the illnesses. I'm checking with my clients.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

---

**From:** Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
**Sent:** Monday, March 9, 2020 12:30 PM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Subject:** conset extension - Cornoavirus

Ken, Would you consent to a 60 day extension? I've probably just got a cold, but I'm in the coronavirus sensitive group with juvenile diabetes and complications, and I can't rule out I was exposed at Dartmouth. Also, Hunter, one of my associates is sick and had a fever. We've had a coronavirus thing up here at Dartmouth, where I have my main office and live. I happened to be at the medical center 2 days in a row for about 5 hours each day for diabetes and retinopathy, the same time the Dartmouth bonehead (just back from Italy) apparently was all around the hospital despite being told not to. This is all probably nothing, but who knows. I'd propose we push

everything set now back 1 month, so I'd come to Aurora for about 4/22, 23, 24 and you could do Jim Leavitt around 5/1 or 4 or 5?  Thanks, Garfield


Garfield Goodrum, Esq.

**Garfield Goodrum, *Design Law***
90 Canal Street, 4th Floor
Boston, MA  02114
617.861.0780
f: 617.507.5983

garfield.goodrum@gdrmlaw.net

PRIVILEGE AND PRIVACY NOTICE: This message is for the designated recipient(s) only and may contain attorney-client privileged communications and/or attachments or confidential or otherwise private information.  If you have received it in error, please notify the sender immediately, delete it and destroy all copies.  Any use of a communication and/or attachments received in error is strictly prohibited and may violate applicable ethical rules and law.