**Ken McLaughlin**

| | |
|---|---|
| **From:** | Ken McLaughlin |
| **Sent:** | Friday, May 1, 2020 3:24 PM |
| **To:** | Garfield Goodrum |
| **Subject:** | RE: depositions - Emerson Creek |

Garfield,

Our state's shutdown is through the beginning of June. If you plan to travel here, I don't think we can move forward that quickly. I'll continue to monitor our state's guidelines and then we can coordinate. Realistically, we are probably looking at July as the earliest date.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

---

**From:** Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
**Sent:** Friday, May 1, 2020 3:17 PM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Subject:** depositions - Emerson Creek

Ken, I hope this finds you and yours well. How does the week of June 1 look for the Demiduks for depositions? I also want to see about lining Ron Wehrli up that week, too. Thanks, Garfield



Garfield Goodrum, Esq.

**GARFIELD GOODRUM, *DESIGN LAW***
90 Canal Street, 4th Floor
Boston, MA  02114
617.861.0780
f: 617.507.5983

Please Note Our New Address and Telephones

garfield.goodrum@gdrmlaw.net



PRIVILEGE AND PRIVACY NOTICE: This message is for the designated recipient(s) only, and may contain attorney-client privileged communications and/or attachments or confidential or otherwise private information. If you have received it in error, please notify the sender immediately, delete

1

it and destroy all copies. Any use of a communication and attachments received in error is strictly prohibited and may violate applicable ethical rules and law.