**Ken McLaughlin**

| | |
|---|---|
| **From:** | Garfield Goodrum <garfield.goodrum@GDRMLAW.NET> |
| **Sent:** | Thursday, June 11, 2020 2:28 PM |
| **To:** | Ken McLaughlin |
| **Subject:** | RE: Emerson Creek |

Great. I'll file. Likely will drive out to you. Thx

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Ken McLaughlin <kmclaughlin@ma-lawpc.com>
Date: 6/11/20 3:21 PM (GMT-05:00)
To: Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
Subject: RE: Emerson Creek

Thanks for reaching out, as I planned to do the same. Yes, the extension is good. We should hopefully be in a position to complete the depositions at that time. I know fall is a heavy wedding season, and our client will likely be heavily booked due to people moving their wedding dates, but I will get some good dates in August. Are you planning to still travel, or do you want to try to do these via video? Are you filing the extension?

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

From: Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>
Sent: Thursday, June 11, 2020 2:16 PM
To: Ken McLaughlin <kmclaughlin@ma-lawpc.com>
Subject: Emerson Creek

Ken, How about extending another 60 days? My June and July are a mess. How do the weeks of August 3, 10 or 24 look for deps? Garfield

Garfield Goodrum, Esq.

**GARFIELD GOODRUM, *DESIGN LAW***
90 Canal Street, 4th Floor
Boston, MA  02114



1

617.861.0780
f: 617.507.5983

Please Note Our New Address and Telephones

garfield.goodrum@gdrmlaw.net

PRIVILEGE AND PRIVACY NOTICE: This message is for the designated recipient(s) only, and may contain attorney-client privileged communications and/or attachments or confidential or otherwise private information. If you have received it in error, please notify the sender immediately, delete it and destroy all copies. Any use of a communication and attachments received in error is strictly prohibited and may violate applicable ethical rules and law.