# Ken McLaughlin

| | |
|---|---|
| **From:** | Garfield Goodrum <garfield.goodrum@GDRMLAW.NET> |
| **Sent:** | Friday, June 19, 2020 1:27 PM |
| **To:** | Ken McLaughlin |
| **Cc:** | 8d2af2b5d+matter1042780419@maildrop.clio.com |
| **Subject:** | FW: ESTTA Filing Receipt: Proceeding or Serial or Registration No. 91241725 Stipulated/Consent Motion to Extend Filing Receipt for ESTTA Tracking No: ESTTA1063147 |
| **Attachments:** | Emerson Creek consent motion to extend - opp 91241725 19 June 2020.pdf |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Ken, Please see the attached.  Have a good weekend.  Garfield

Garfield Goodrum

Garfield Goodrum, Design Law
617.861.0780
garfield.goodrum@gdrmlaw.net

Please note our address and telephones:  http://gdrmlaw.net/

-----Original Message-----
From: estta@uspto.gov <estta@uspto.gov>
Sent: Friday, June 19, 2020 2:24 PM
To: Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>; josephine.escalante@gdrmlaw.net; ashley.closterman@gdrmlaw.net; docketing <docketing@GDRMLAW.NET>
Subject: ESTTA Filing Receipt: Proceeding or Serial or Registration No. 91241725 Stipulated/Consent Motion to Extend Filing Receipt for ESTTA Tracking No: ESTTA1063147

ESTTA Filing Receipt

This ESTTA Filing Receipt confirms receipt of your filing associated with the above-identified ESTTA Tracking Number.

Your filing may be viewed on TTABVUE at http://ttabvue.uspto.gov/ttabvue/ . If you don't see your filing on TTABVUE a week after you file, or if you received an error message or experienced a technical issue while submitting your filing on ESTTA, please send an email to estta@uspto.gov and provide the ESTTA Tracking Number and the Serial, Registration or Proceeding Number identified above, and a brief description of the error message or technical issue you encountered.

For non-technical status or information inquiries, please contact the TTAB Assistance Center at ttabinfo@uspto.gov or 571-272-8500 Monday through Friday from 8:30 a.m. to 5:00 p.m. Eastern Time (ET).

Tracking No.: ESTTA1063147
Filing date: 06/19/2020


EXHIBIT N

1

Proceeding No.: 91241725
Filing Party: Defendant
Emerson Creek Pottery Inc.

Filing Party's Correspondence Address: GARFIELD GOODRUM GARFIELD GOODRUM PLLC
90 FEDERAL ST 4TH FLOOR
BOSTON, MA 02114
UNITED STATES
garfield.goodrum@gdrmlaw.net, josephine.escalante@gdrmlaw.net, ashley.closterman@gdrmlaw.net, docketing@gdrmlaw.net
617-861-0780

Submission: Stipulated/Consent Motion to Extend

Filer's Name: Garfield Goodrum
Filer's email: garfield.goodrum@gdrmlaw.net, chris.sylvain@gdrmlaw.net, docketing@gdrmlaw.net
Signature: /gbg/
Date: 06/19/2020

Attachments: Emerson Creek consent motion to extend - opp 91241725 19 June 2020.pdf

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

**In the Matter of U.S. Trademark Application No.: 87400157**
**For the Mark: EMERSON CREEK POTTERY MADE IN THE USA**
**Application Date: April 5, 2017**

| | |
|---|---|
| **Countryview Pottery Co., and Emerson Creek Events, Inc.**<br><br>    Opposers,<br><br>v.<br><br>**Emerson Creek Pottery, Inc.**<br><br>    Applicant. | Opposition No. 91241725 |

## STI[I]ULATED MOTION TO RESCHEDULE DEADLINES

**NOW COMES** applicant – Emerson Creek Pottery, Inc. (hereinafter "Emerson Creek" or "Applicant"), by and through its undersigned attorneys, and files this Stipulated Motion to Reschedule Deadlines pursuant to Trademark Rule 2.121(d).

The new dates are set forth below. Applicant makes this motion on account of the COVID-19 pandemic, and Opposers agreed through their counsel on June 11, 2020. Applicant's undersigned counsel has proposed new dates for depositions, which opposing counsel is clearing with his clients. All parties agree to the new dates, which are as follows:

| | |
|---|---|
| Discovery Closes | 9/11/2020 |
| Plaintiff's Pretrial Disclosures Due | 11/25/2020 |
| Plaintiff's 30-day Trial Period Ends | 12/9/2020 |

| | |
|---|---|
| Defendant's Pretrial Disclosures Due | 12/24/2020 |
| Defendant's 30-day Trial Period Ends | 2/8/2021 |
| Plaintiff's Rebuttal Disclosures Due | 2/23/2021 |
| Plaintiff's 15-day Rebuttal Period Ends | 3/22/2021 |
| Plaintiff's Opening Brief Due | 5/23/2021 |
| Defendant's Brief Due | 6/22/2021 |
| Plaintiff's Reply Brief Due | 7/7/2021 |
| Request for Oral Hearing (optional) Due | 7/17/2021 |

**WHEREFORE**, Applicant respectfully requests the Board to reset pending deadlines as indicated above.

**Respectfully submitted,**

**EMERSON CREEK POTTERY, INC.,**

by its attorneys,

**GARFIELD GOODRUM,** *DESIGN LAW*

June 19, 2020          By:    /s/Garfield Goodrum
Garfield Goodrum
90 Federal Street, 4th Floor
Boston, Massachusetts 02114
(617) 861-0780
Fax: (617) 507-5983
garfield.goodrum@gdrmlaw.net
docketing@gdrmlaw.net

2

## CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2020, I caused the foregoing Motion to be sent via email to opposing counsel at Ken McLaughlin kmclaughlin@ma-lawpc.com and deposited in the U.S. Mails, first class service, postage prepaid and addressed to:

Kenneth S. McLaughlin, Jr.<br>
<b>McLaughlin & Associates, P.C.</b><br>
1 E. Benton St., Suite 301<br>
Aurora, Illinois 60505

Dated: June 19, 2020   /s/Garfield Goodrum