Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number: **ESTTA927546**
Filing date: **10/10/2018**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding | 91241725 |
| Party | Defendant<br>Emerson Creek Pottery Inc. |
| Correspondence Address | GARFIELD GOODRUM<br>GARFIELD GOODRUM PLLC<br>90 FEDERAL ST 4TH FLOOR<br>BOSTON, MA 02114<br>UNITED STATES<br>garfield.goodrum@gdrmlaw.net, josephine.escalante@gdrmlaw.net, ashley.closterman@gdrmlaw.net, docketing@gdrmlaw.net<br>617-861-0780 |
| Submission | Motion to Consolidate |
| Filer's Name | Garfield Goodrum |
| Filer's email | garfield.goodrum@gdrmlaw.net, docketing@gdrmlaw.net |
| Signature | /gbg/ |
| Date | 10/10/2018 |
| Attachments | final consent motion to consolidate 91241725.pdf(58718 bytes ) |



EXHIBIT O

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of U.S. Trademark Application No.: 87400157
For the Mark: EMERSON CREEK POTTERY MADE IN THE USA
Application Date: April 5, 2017

| | |
|---|---|
| **Countryview Pottery Co., and Emerson Creek Events, Inc.**<br><br>        Opposers,<br><br>v.<br><br>**Emerson Creek Pottery, Inc.**<br><br>        Applicant. | Opposition No. 91241725 |

## CONSENT MOTION TO CONSOLIDATE

**NOW COMES** applicant – Emerson Creek Pottery, Inc. (hereinafter "Emerson Creek" or "Applicant"), by and through its undersigned attorneys, and files this Consent Motion to Consolidate the instant proceeding and the opposition it filed yesterday against Countryview Pottery Co. and Emerson Creek Pottery, Inc. ("Opposers")' application to register **EMERSON CREEK EVENTS** (Ser. No. 87613813), which received proceeding number 91244057.

Emerson Creek respectfully requests the Trademark Trial and Appeal Board ("Board") to consolidate opposition proceeding numbers 91241725 and 91244057 for efficiency. The parties in both matters are the same, as are the distinctive elements of the marks and the operative facts. Opposing counsel for Opposers consents to the consolidation. Emerson Creek has filed a parallel motion in the new proceeding.

1

Emerson Creek also requests the Board to adopt the scheduling order it issued this morning in proceeding 91244057 to govern the consolidated proceeding.

Thank you.

**Respectfully submitted,**

**EMERSON CREEK POTTERY, INC.,**

by its attorneys,

**GARFIELD GOODRUM,** *DESIGN LAW*

October 10, 2018      By:    /s/Garfield Goodrum
Garfield Goodrum
90 Federal Street, 4th Floor
Boston, Massachusetts 02114
(617) 861-0780
Fax: (617) 507-5983
garfield.goodrum@gdrmlaw.net
docketing@gdrmlaw.net

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I caused the foregoing Motion to be deposited in the U.S. Mails, first class service, postage prepaid and addressed to:

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
495 N. Commons Dr., Suite 103
Aurora, Illinois 60504

Dated: October 10, 2018      By:    /s/Garfield Goodrum