IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EMERSON CREEK POTTERY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:20-cv-00054-NKM |
| v. ) | |
| ) | |
| COUNTRYVIEW POTTERY CO. ) | |
| EMMERSON CREAK EVENTS, INC., ) | |
| CHRISTINA DEMIDUK, and ) | |
| DAVID DEMIDUK ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' ANSWERS TO PLAINTIFF'S SUPPLEMENTAL INTERROGATORIES

NOW COME Defendants, COUNTRYVIEW POTTERY CO., EMERSON CREEK EVENTS, INC., CHRISTINA DEMIDUK, and DAVID DEMIDUK, by and through their attorneys, LAUBSCHER & LAUBSCHER, PC and LAW OFFICES OF MCLAUGHLIN & ASSOCIATES, P.C., and for their Answers to Plaintiff's Supplemental Interrogatories, state as follows:

**Interrogatory 8:** What are the total sales per month for the last five years of each of the gift shop, restaurant, and café, event venue, yoga and wine events and farmer marketplace events business?

**Answer:** Defendants object to Interrogatory No. 8 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, Defendants did not sell pottery or related goods in connection with yoga, wine events, farmer marketplace events. With respect to the gift shop, restaurant, café, and event venue, this Interrogatory was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019, and Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13 2020, which are incorporated by reference.

**Interrogatory 9:** What are the total net profits per month for the last five years of the gift shop, restaurant, and café, event venue, yoga and wine events, and farmer marketplace events business?


EXHIBIT R

**Answer:** Defendants object to Interrogatory No. 9 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to profits on the sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, Defendants did not sell pottery or related goods in connection with yoga, wine events, farmer marketplace events. With respect to the gift shop, restaurant, café, and event venue, this Interrogatory was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019, and Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13 2020, which are incorporated by reference.

**Interrogatory 10:** How were the total net profits provided in the Response to Interrogatory 9 calculated? Please identify and attach copies of all documents pertinent to the determination of same.

**Answer:** Defendants object to Interrogatory No. 10 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to profits on the sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, Defendants did not sell pottery or related goods in connection with yoga, wine events, farmer marketplace events. Defendants employ CPAs to determine net profits for tax purposes, which would be set forth on the produced tax returns. With respect to the gift shop, restaurant, café, and event venue, this Interrogatory was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019, and Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13 2020, which are incorporated by reference.

**Interrogatory 11:** List all bank and credit card merchant payment processing accounts used by Defendant(s) to operate the said businesses, including institution name, address, website and account number.

**Answer:** Defendants object to Interrogatory No. 11 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to bank statements and credit card purchases on the sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, Defendants did not sell pottery or related goods in connection with yoga, wine events, farmer marketplace events. With respect to the gift shop, restaurant, café, and event venue, this Interrogatory was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019, and Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13 2020, which are incorporated by reference.

Dated: May 27, 2021

Respectfully submitted,

/leljr/
Lawrence E. Laubscher Jr. (VSB No. 18680)
Laubscher & Laubscher, PC
1160 Spa Road, Suite 2B
Annapolis, MD 21403
(410) 280-6608 (Tel)
(410) 280-6758 (Fax)
llaubscher@laubscherlaw.com

/Kenneth S. McLaughlin, Jr./
Kenneth S. McLaughlin, Jr. (IARDC No. 6229828)
Law Offices of McLaughlin & Associates, P.C.
1 E. Benton Street, Suite 301
Aurora, Illinois, 60505
(630) 230-8434
(630) 230-8435 fax
kmclaughlin@ma-lawpc.com

*Attorneys for Defendants*

## VERIFICATION BY CERTIFICATION

Under penalties of perjury as provided by law, the undersigned certifies that the foregoing Answers to Plaintiff's Supplemental Interrogatories are true and correct to the best of his or her knowledge.

COUNTRYVIEW POTTERY CO.

By: /Christina Demiduk/
    Christina Demiduk, Its President

EMERSON CREEK EVENTS, INC.

By: /Christina Demiduk/
    Christina Demiduk, Its President

CHRISTINA DEMIDUK

By: /Christina Demiduk/
    Christina Demiduk

DAVID DEMIDUK

By: /Christina Demiduk/
    David Demiduk

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 27, 2021, he served a copy of the above-referenced Defendant's Answers to Plaintiff's Supplemental Interrogatories upon:

Garfield Goodrum
Design Law
90 Canal Street, 4th Floor
Boston, MA 02114
via email to: garfield.goodrum@gdrmlaw.net

Henry I Willett
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
via email to: hwillett@cblaw.com

/Kenneth S. McLaughlin, Jr./
Kenneth S. McLaughlin, Jr.
Law Offices of McLaughlin & Assoc., P.C.
IARDC No. 6229828
1 E. Benton Street, Suite 301
Aurora, IL 60505
(630) 230-8434
(630) 230-8435 fax
kmclaughlin@ma-lawpc.com
Admitted *pro hac vice*