IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| EMERSON CREEK POTTERY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:20-cv-00054 |
| v. | ) | |
| | ) | |
| COUNTRYVIEW POTTERY CO. | ) | |
| EMMERSON CREAK EVENTS, INC., | ) | |
| CHRISTINA DEMIDUK, and | ) | |
| DAVID DEMIDUK | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S 2ND SUPPLEMENTAL REQUEST TO PRODUCE

NOW COME Defendants, COUNTRYVIEW POTTERY CO., EMERSON CREEK EVENTS, INC., CHRISTINA DEMIDUK, and DAVID DEMIDUK, by and through their attorneys, LAUBSCHER & LAUBSCHER, PC and LAW OFFICES OF MCLAUGHLIN & ASSOCIATES, P.C., and for their Responses to Plaintiff's 2nd Supplemental Request to Produce, state as follows:

**Request No. 30:** All balance sheets for Countryview Pottery Co. and Emerson Creek Events, Inc., kept in the normal course of business, including but not limited to a complete balance sheet for each year for each entity.

**Response:** Defendants object to Request to Produce No. 30 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, this Request was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019; Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13 2020; and Defendants' counsel's letter dated July 16, 2021, which are incorporated by reference.

**Request No. 31:** All income statements for Countryview Pottery Co. and Emerson Creek Events, Inc., kept in the normal course of business, including but not limited to a complete income statement for each year for each entity.

**Response:** Defendants object to Request to Produce No. 31 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, this Request was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019; Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13

1

EXHIBIT

2020; and Defendants' counsel's letter dated July 16, 2021, which are incorporated by reference.

**Request No. 32:** All cash flow statements for Countryview Pottery Co. and Emerson Creek Events, Inc., kept in the normal course of business, including but not limited to a complete cash flow statement for each year for each entity.

**Response:** Defendants object to Request to Produce No. 31 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, this Request was asked and answered in connection with Defendants' Answer to Interrogatory No. 3 and Response to Request to Produce No. 5, both as supplemented and amended June 14, 2019; Defendants' counsel's letter with documents (Response to #s 1-4) dated January 13 2020; and Defendants' counsel's letter dated July 16, 2021, which are incorporated by reference.

**Request No. 33:** A chart of accounts for each year for each entity.

**Response:** Defendants object to Request to Produce No. 31 on the grounds that it seeks information not relevant to the issues in this Lawsuit, as it broadly seek disclosure of information related to sales of goods and services apart from the sale of pottery and related goods. Without waiving said objection, no such chart of accounts exists.

**Dated: July 21, 2021**

Respectfully submitted,

/leljr/
Lawrence E. Laubscher Jr. (VSB No. 18680)
Laubscher & Laubscher, PC
1160 Spa Road, Suite 2B
Annapolis, MD 21403
(410) 280-6608 (Tel)
(410) 280-6758 (Fax)
llaubscher@laubscherlaw.com

/Kenneth S. McLaughlin, Jr./
Kenneth S. McLaughlin, Jr. (IARDC No. 6229828)
Law Offices of McLaughlin & Associates, P.C.
1 E. Benton Street, Suite 301
Aurora, Illinois, 60505
(630) 230-8434
(630) 230-8435 fax
kmclaughlin@ma-lawpc.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 21, 2021, he served a copy of the above-referenced Defendants' Responses to Plaintiff's 2nd Supplemental Request to Produce upon:

Garfield Goodrum
Design Law
7 Hanover Street, Suite 302
Hanover, NH 03755
via email to: garfield.goodrum@gdrmlaw.net

Henry I Willett
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
via email to: hwillett@cblaw.com

/Kenneth S. McLaughlin, Jr./
Kenneth S. McLaughlin, Jr.
Law Offices of McLaughlin & Assoc., P.C.
IARDC No. 6229828
1 E. Benton Street, Suite 301
Aurora, IL 60505
(630) 230-8434
(630) 230-8435 fax
kmclaughlin@ma-lawpc.com
Admitted *pro hac vice*