IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF VIRGINIA LYNCHBURG DIVISION

| | |
|---|---|
| EMERSON CREEK POTTERY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 6:20-CV-0054-NKM |
| COUNTRYVIEW POTTERY CO., EMERSON CREEK EVENTS, INC., CHRISTINA DEMIDUK, and DAVID DEMIDUK | ) |
| Defendants. | ) |

## ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

NOW COME Defendants, COUNTRYVIEW POTTERY CO., EMERSON CREEK EVENTS, INC., CHRISTINA DEMIDUK, and DAVID DEMIDUK, by and through their attorneys, Law Offices of McLaughlin & Associates, P.C., and for their Answers to Plaintiff's Second Set of Interrogatories, state as follows :

12. Identify all facts on which you base your response to any request for admission served on you in this action with any response other than solely "admit" or "admitted."

**ANSWER: Defendants object to this interrogatory on the grounds that it overly broad and also seeks a narrative response which is more properly the subject of a discovery deposition.**

13. Identify all facts on which you base the affirmative defenses asserted in your Answer.

**ANSWER: Defendants object to this interrogatory on the grounds that it overly broad and also seeks a narrative response which is more properly the subject of a discovery deposition.**

14. Identify all facts on which you base any denials in your Answer.



**ANSWER:** Defendants object to this interrogatory on the grounds that it overly broad and also seeks a narrative response which is more properly the subject of a discovery deposition.

15. Describe the business relationship between Christina Demiduk and Ron Wehrli regarding the gift shop, tearoom/restaurant and event businesses they operated in Oswego, Illinois.

**ANSWER:** Ron Wehrli originally owned the real estate on which the gift shop was operated and provided some funding for purchase of pottery to Christina Demiduk, who was his then-girlfriend. Ron Wehrli was not otherwise involved in any businesses with Christina Demiduk.

16. Identify when Defendants first offered third-party pottery for retail sale to thepublic at Defendants' Shop?

**ANSWER:** On Countryview Pottery Co. offered third party pottery for retail sale, which occurred some time between 2002 and 2004.

17. Identify all facts upon which you base your contention that Plaintiff's mark "is limited to pottery" in response to Paragraph 23 in your Answer.

**ANSWER:** Defendants object to this interrogatory on the grounds that it calls for a legal conclusion and attorney work product.

18. Identify each and every social media platform utilized by Defendants to marketgoods and services.

**ANSWER:** Defendants have previously answered this interrogatory in prior responses to written discovery.

19. Identify and describe each manner and use of "Emerson Creek" by defendants.

**ANSWER:** Defendants object to this interrogatory on the grounds that it is vague, overbroad, and is more properly the subject of a discovery deposition.

Dated: September 27, 2021        Respectfully submitted,

                                 LAW OFFICE OF MCLAUGHLIN & ASSOCIATES, P.C.

                                 By: _____
                                     One of Defendants' Attorneys

Kenneth S. McLaughlin, Jr. (*pro hac vice*)
1 E. Benton Street, Suite 301
Aurora, Illinois 60505
kmclaughlin@ma-lawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, I caused a copy of these Answers to Second Set of Interrogatories to be served by hand delivery and electronic mail to:

> Henry I. Willett III, Esq. (VSB No. 44655)
> CHRISTIAN & BARTON, LLP
> 909 East Main Street, Suite 1200
> Richmond, Virginia 23219-3095
> (T) (804) 697-4130
> (F) (804) 697-6130
> hwillett@cblaw.com
>
> Garfield Goodrum (*pro hac vice*)
> DESIGN LAW
> 90 Canal Street, 4th Floor
> Boston, Massachusetts 02114
> (T) (617) 861-0780
> (F) (617) 507-5983
> garfield.goodrum@gdrmlaw.net
> *Counsel for Plaintiff*

/lel/
Lawrence E. Laubscher Jr.
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
llaubscher@laubscherlaw.com

/Kenneth S. McLaughlin, Jr./
Kenneth S. McLaughlin, Jr. (*pro hac vice*)
1 E. Benton Street, Suite 301
Aurora, Illinois 60505
kmclaughlin@ma-lawpc.com
*Counsel for Defendants*