# Ken McLaughlin

| | |
|---|---|
| **From:** | Ken McLaughlin |
| **Sent:** | Friday, October 29, 2021 1:14 PM |
| **To:** | Henry Willett |
| **Cc:** | Ashley Schmitz; Garfield Goodrum; Decker Wentz; Patti Moore |
| **Subject:** | RE: [EXTERNAL SENDER, USE CAUTION] RE: Emerson Creek Pottery v. Countryview Pottery Co., et al. |

Should I assume we aren't proceeding on Monday? Thursday starting at 10 am would be best for this coming week. The week of November 8th is good except for Tuesday, November 9th. I know discovery closes November 8th. We could ask for another brief agreed extension of 2 weeks. My only concern for these depositions is if other names show up that neither side contemplated deposing. I can say that, at this point, we don't know of anyone else with relevant information, but I don't know what these documents contain yet.

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Henry Willett <hwillett@cblaw.com>
**Sent:** Friday, October 29, 2021 12:53 PM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Cc:** Ashley Schmitz <ASchmitz@cblaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>; Decker Wentz <Decker.Wentz@gdrmlaw.net>; Patti Moore <pmoore@ma-lawpc.com>
**Subject:** Re: [EXTERNAL SENDER, USE CAUTION] RE: Emerson Creek Pottery v. Countryview Pottery Co., et al.

Ken,

I reached out to their counsel to see if they have any other availability this coming week. I will let you know what I hear.

Thanks,
Henry

> On Oct 29, 2021, at 11:18 AM, Ken McLaughlin <kmclaughlin@ma-lawpc.com> wrote:
>
> Henry,
>
> I just downloaded over 18,000 pages of documents from Lindsay Winkler. I will not be able to review that volume of documents in advance of a deposition one business day from now, Monday. I will be in mediation most of today.
>
> I think we should reschedule these depositions to allow us time to review the documents.
>
> Ken


EXHIBIT W

1

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Ashley Schmitz <ASchmitz@cblaw.com>
**Sent:** Thursday, October 28, 2021 10:48 AM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>; 'Larry Laubscher' <LLaubscher@Laubscherlaw.com>
**Cc:** Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@GDRMLAW.NET>; Decker Wentz <Decker.Wentz@GDRMLAW.NET>
**Subject:** Emerson Creek Pottery v. Countryview Pottery Co., et al.

Good morning,

Attached please find correspondence from Mr. Willett regarding the referenced matter. Shortly, you will be receiving a ShareFile link containing the referenced documents. Please let me know if you have any issues accessing the file.

*Ashley Schmitz*
*Legal Assistant*
CHRISTIAN & BARTON LLP
   ATTORNEYS AT LAW
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
804.697.6318 tel
804.697.6112 fax
aschmitz@cblaw.com
www.cblaw.com

\*\*\*Please note our new address effective April 12, 2021\*\*\*