# Ken McLaughlin

| | |
|---|---|
| **From:** | Ken McLaughlin |
| **Sent:** | Thursday, November 18, 2021 3:37 PM |
| **To:** | Henry Willett |
| **Cc:** | Larry Laubscher; Garfield Goodrum; Ashley Schmitz |
| **Subject:** | RE: [EXTERNAL SENDER, USE CAUTION] RE: Emerson Creek v. Countryview |

Henry,

Thanks for getting back. Sure, an email would be fine, with a follow up call early next week.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

---

**From:** Henry Willett <hwillett@cblaw.com>
**Sent:** Thursday, November 18, 2021 3:35 PM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Cc:** Larry Laubscher <LLaubscher@laubscherlaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>; Ashley Schmitz <ASchmitz@cblaw.com>
**Subject:** Re: [EXTERNAL SENDER, USE CAUTION] RE: Emerson Creek v. Countryview

Sorry guys. Garfield is at the INTA conference, and I have been in a hearing. Agreed that we need to catch up. My issue is that I am going to be tied up until the end of the day tomorrow at the earliest. If it works for you, I can send an email during a lunch break with an estimated time for when I will be done. I could connect then on the discovery issues, and then we could try for a call next week to discuss any remaining issues, including settlement.

Thanks,
Henry

> On Nov 18, 2021, at 4:22 PM, Ken McLaughlin <kmclaughlin@ma-lawpc.com> wrote:
>
> Henry and Garfield,
>
> I haven't heard back from you yet, which is pretty unusual. I've spoken with Larry, and we just want to be in sync on the next steps before we head into Thanksgiving week.
>
> Thanks,
>
> Ken

1



Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Ken McLaughlin
**Sent:** Wednesday, November 17, 2021 11:13 AM
**To:** Larry Laubscher <LLaubscher@Laubscherlaw.com>; Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>
**Cc:** Ashley Schmitz <ASchmitz@cblaw.com>
**Subject:** RE: Emerson Creek v. Countryview

Henry and Garfield,

I wanted to follow up on this. What is your availability?

Thanks,

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Larry Laubscher <LLaubscher@Laubscherlaw.com>
**Sent:** Tuesday, November 16, 2021 12:39 PM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>; Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>
**Cc:** Ashley Schmitz <ASchmitz@cblaw.com>
**Subject:** RE: Emerson Creek v. Countryview

All

I am available this afternoon, tomorrow before 11 EST, Thursday before 2:00 EST and all day Friday.

Larry Laubscher
Laubscher & Laubscher
1160 Spa Road, Suite 2B
Annapolis, MD  21403
Office  410-280-6608
Mobile 443-995-2009
www.laubscherlaw.com

