This e-mail and any attachments contain information which is private and confidential and is intended for the addressee only. If you are not an addressee, you are not authorized to read, copy or use the e-mail or any attachments. If you have received this e-mail in error, please notify the sender by return and destroy the same.

**From:** Lindsay Grindo <LindsayG@vawd.uscourts.gov>
**Sent:** Wednesday, November 24, 2021 9:35 AM
**To:** garfield.goodrum@gdrmlaw.net; hwillett@cblaw.com; kmclaughlin@ma-lawpc.com; Larry Laubscher <LLaubscher@Laubscherlaw.com>
**Cc:** Carolyn Dietz <Carolyn_Dietz@vawd.uscourts.gov>
**Subject:** 6:20-cv-00054-NKM-RSB Emerson Creek Pottery, Inc. v. Emerson Creek Events, Inc. et al

Counsel:

We understand there is a request to hold an informal discovery conference in this case. Judge Ballou has the following dates and times available for a conference call: November 30 at 8:30 a.m., December 2 at 8:30 a.m., Dec. 3 at 8:30 a.m., Dec. 6 at 8:30 a.m., Dec. 8 at 8:30 a.m or 10:00 a.m., Dec. 9 at 8:30 a.m. and Dec. 10 at 8:30 a.m. Please confer and let us know which date and time will work for all involved.

Please be advised that Judge Ballou will require a joint statement of the issues, no longer than three pages in length, be sent to ballou.ecf@vawd.uscourts.gov, at least 24 hours prior to the conference call. The purpose of the joint statement is to identify the issues and positions of the parties so that the court and counsel can address and resolve the issues efficiently and in a cost-effective manner. Please remember this as you put together your joint statement of issues.

Thank you,

Lindsay

Lindsay Grindo
Law Clerk to the Honorable Robert S. Ballou
United States District Court, Western District of Virginia
210 Franklin Road, SW, Suite 344
Roanoke, VA 24011-2208
(540) 857-5158
lindsayg@vawd.uscourts.gov

This may not be a true email from the sender but a spoofed email from an outside malicious source. Please look over, contact the internal sender in a new email to verify before replying back.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3

