## Ken McLaughlin

| | |
|---|---|
| **From:** | Ken McLaughlin |
| **Sent:** | Wednesday, December 8, 2021 5:14 PM |
| **To:** | Henry Willett; ballou.ecf@vawd.uscourts.gov |
| **Cc:** | lindsayg@vawd.uscourts.gov; Garfield Goodrum; Decker Wentz; 'Larry Laubscher' |
| **Subject:** | RE: Emerson Creek Pottery v. Countryview Pottery Co., et al. - Case No. 6:20-CV-0054 |

Judge Ballou,

I am sending the following as a joint email request on behalf of the parties.  I have conferred with Henry Willett.  Our clients were able to retrieve emails from the last few years.  I am in the process of reviewing and compiling emails which would be relevant to the litigation and should be able to produce these by end of business on Friday.  Accordingly, with the court's permission, we would ask the court to extend the time for a motion to compel to Wednesday, December 15, 2021, to allow the parties an opportunity to narrow or eliminate any remaining discovery issues.

Sincerely,

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com



EXHIBIT

BB

tabbies®