## Ken McLaughlin

**From:** Ken McLaughlin
**Sent:** Friday, December 10, 2021 6:00 PM
**To:** Henry Willett; Garfield Goodrum
**Cc:** Larry Laubscher; Ashley Schmitz
**Subject:** RE: Emerson Creek Pottery v. Countryview

Counsel,

The documents have been uploaded. Note there is a 7-day limit to download them. Please advise if you can't open any. There were 6 emails that didn't upload, and I will burn them to a flash drive on Monday. Some of the emails had marketing materials contained within them. Let me know if they are inaccessible. Again, I will burn them to a flash drive.

Sincerely,

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Ken McLaughlin
**Sent:** Friday, December 10, 2021 3:51 PM
**To:** Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>
**Cc:** Larry Laubscher <LLaubscher@laubscherlaw.com>; Ashley Schmitz <ASchmitz@cblaw.com>
**Subject:** RE: Emerson Creek Pottery v. Countryview

Ashley,

For the Dropbox, the total number of items will be just over 1,000 and roughly 460 MB of data.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

**From:** Ken McLaughlin
**Sent:** Friday, December 10, 2021 3:34 PM
**To:** Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>



EXHIBIT CC

**Cc:** Larry Laubscher <LLaubscher@laubscherlaw.com>; Ashley Schmitz <ASchmitz@cblaw.com>
**Subject:** RE: Emerson Creek Pottery v. Countryview

Henry and Garfield,

I have reviewed a little over 2,700 emails and have culled certain emails for production. Unfortunately, due to the time of day, I won't be able to convert them to PDFs and redact them, as planned, by end of day.

I am willing to provide them as emails in .msg format, with the express understanding that they are to all be received Attorney's Eyes Only. The basis is that many of these documents contain internal emails related to marketing. Further, some of the documents include confidential and proprietary customer information. These documents are being produced subject to our prior and continuing assertion that any documents outside of pottery or pottery-related sales are irrelevant. These include but are not limited to any documents related to the restaurant, weddings, bridal showers, vintage market, wine and yoga, and non-ceramic or pottery sales.

Emails which contain usernames and/or passwords, generic confirmation of email backup, and generic error messages have not been produced.

Emails for sales of wine and yoga, vintage market, weddings, and bridal showers have not been produced, as they are irrelevant and do not involve pottery. Emails related to marketing of those events and related to inquiries of the location for a wedding have been produced, notwithstanding this objection but without prejudice to our objection that they are irrelevant.

I have spoken with Ashley Schmitz, and she is going to send a link for a Dropbox for the attorneys, which I will deposit these into. I will then convert these to Bates stamped PDF files next week.

Kindly confirm this email and your agreement to preserve these Attorney's Eyes Only, subject to further court order.

Sincerely,

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com

---

**From:** Henry Willett <hwillett@cblaw.com>
**Sent:** Wednesday, December 8, 2021 4:54 PM
**To:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>
**Cc:** Larry Laubscher <LLaubscher@laubscherlaw.com>; Ashley Schmitz <ASchmitz@cblaw.com>
**Subject:** RE: Emerson Creek Pottery v. Countryview

Ken,

I suggest that we let Judge Ballou know that some emails have been located and that you plan on producing them by the close of business tomorrow (or whenever you think you will). Accordingly, we suggest pushing back the date for the motion to compel to next Wednesday, so that hopefully the issues to be presented can be narrowed.

If this works, I suggest that we send out a joint email to Judge Ballou tonight. Please let us know if this works.

I will defer to Garfield to respond regarding settlement.

Thanks,
Henry

---

**From:** Ken McLaughlin <kmclaughlin@ma-lawpc.com>
**Sent:** Wednesday, December 8, 2021 3:16 PM
**To:** Henry Willett <hwillett@cblaw.com>; Garfield Goodrum <garfield.goodrum@gdrmlaw.net>
**Cc:** Larry Laubscher <LLaubscher@laubscherlaw.com>
**Subject:** [EXTERNAL SENDER, USE CAUTION] Emerson Creek Pottery v. Countryview

Henry and Garfield,

As discussed before, your discovery did not request emails, but nonetheless, they were not deleted. As explained, the migration of emails has caused its share of technical issues in retrieving what otherwise should have been a relatively simple task. Through some significant efforts, our clients were able to retrieve the last few years of emails. I have a few thousand, but many are not relevant to this litigation. I am working on culling the relevant emails and saving them as PDFs so they can be Bates stamped. My goal is to have these produced tomorrow. While I do not believe they necessarily help your cause, they will nonetheless be produced.

Once you have them, it seems in everyone's best interest to at least have some sort of settlement discussion.

Ken

Kenneth S. McLaughlin, Jr.
**McLaughlin & Associates, P.C.**
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630) 449-4598 (direct)
(630) 230-8434 (general)
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com