# EXHIBIT 1

```
 1   were going to be there.  We were cleaning up the
 2   house.  I was collecting antiques, display pieces
 3   for -- to make something there, a coffee shop,
 4   something where people could just come, hang out.
 5   It had an awesome porch.  The sunsets were amazing.
 6                   So I think we were visiting Ron's
 7   mom and we said, Hey, could we meet, so.
 8        Q.   And the meeting took place in his
 9   warehouse.  You said it was sort of a casual setup?
10        A.   Uh-huh.
11        Q.   Who -- what was discussed during that
12   meeting?
13        A.   If he -- if he would sell the pottery to
14   us as a supplier.  He would be our supplier.  I
15   mean, we just wanted to buy the pottery.  We didn't
16   want any restrictions.  We wanted to close and open.
17   So we were closed -- we wanted to close January,
18   February, March, April, May -- open in May.  Jim
19   said, "I don't care what you do there."
20                   He didn't care what we did, just
21   buy the pottery.  So he was just a supplier to me.
22        Q.   Let me ask you, you said no
23   restrictions.  What do you mean by that?
24        A.   We could open, close.  We could -- he
```