# EXHIBIT 2

```
 1                        "Yes, I've been so busy, like
 2    people coming in and out."   I would never let people
 3    know that I didn't have any customers.
 4         Q.    And so through the course of either that
 5    first meeting or other conversations, I mean, you
 6    felt Jim had a pretty good appreciation of the fact
 7    that you were a salesperson.  You had the experience
 8    at Nordstroms.  You knew how to merchandise.
 9         A.    I mean, our meeting was probably an
10    hour.  I don't know.  I don't think he really cared.
11    I think what Jim cared about is getting rid of a lot
12    of inventory that he had, us writing the check.  He
13    didn't really care.  He said, "I don't care what you
14    do there."
15                        Like, I would invite him up just to
16    see what was going on.  I was so proud of what we
17    made at Emerson, and he didn't care.  He said, "Oh,
18    I'm not getting on a plane.  I'm not driving there,
19    no."
20         Q.    So just so I'm clear on this, it wasn't
21    that he ever said, "Oh, I don't care what you're
22    doing," it was that he didn't -- from your view, he
23    didn't -- because he didn't come and visit or didn't
24    go into the shop?
```

Defendants'
Exhibit 2

```
 1          A.    He literally said to me at that first

 2   day at the meeting, because we were going to buy a

 3   Krispy Kreme Doughnut franchise when Krispy Kreme

 4   was just going; but the problem is we didn't want

 5   someone telling us what we could and couldn't do

 6   because we wanted to travel, we wanted our own

 7   schedule, and we wanted -- we didn't want someone --

 8   we didn't want a partnership.  So we wanted to do

 9   what we wanted to do.

10                    I didn't have to work.  Ron

11   didn't -- I didn't have to bring in money, so.  But

12   I treated it like a business, but to Ron it didn't

13   really matter.

14          Q.    Maybe because he -- for Ron it wasn't a

15   matter of what your profit margin was or that sort

16   of thing?  He wasn't concerned --

17          A.    I don't know.

18          Q.    -- about that?

19          A.    I mean, I would say if -- I mean, I

20   guess so.  I don't know.  I mean, for years it

21   didn't make money, did not -- I mean, we were

22   like -- bought crazy amount of inventory.  So he

23   didn't care.  If I needed more money, he -- it

24   didn't matter.
```