# EXHIBIT 3

```
 1   finances.
 2       Q   Okay.  Do you know whether he made any
 3   decisions as to what products were stocked in the
 4   shop?
 5       A   I don't have a way of knowing that.
 6       Q   So most -- is it fair to say that most of
 7   your dealings with Mr. Wehrli were in connection
 8   with finances?
 9       A   Yes.
10       Q   And that would be payment of -- for --
11       A   Invoices.
12       Q   -- pottery that they purchased from you?
13       A   Correct.
14       Q   Would you say that the -- Ms. Demiduk and
15   Mr. Wehrli were wholesale customers of yours?
16           MR. WILLETT:  Object to form.
17       A   In a sense they were, yes.
18       Q   Did you control -- have any control over
19   their pricing of the products that they purchased
20   from you, their pricing that they would pass along
21   to customers?
22       A   No.
```

```
 1      Q   But you did control obviously the prices
 2  of the products that you sold to them?
 3      A   Yes.
 4      Q   Were those products sold at a wholesale
 5  price?
 6      A   They're sold at a discount.
 7      Q   Was that the same discount that you -- or
 8  strike that.
 9          Do you provide the same discount to your
10  other retail outlets that purchase from you today?
11      A   No.
12      Q   Was that discount greater?
13      A   Yes.
14      Q   Are you aware that Ms. Demiduk used other
15  names for her shop beyond Emerson Creek Pottery?
16          MR. WILLETT:   Object to form.
17      A   It was called Country View Pottery, I
18  think.
19      Q   Okay.  Did she ever use the mark "Emerson
20  Creek Pottery & Tearoom"?
21      A   Yes.
22      Q   Did you object to that?
```

1    A  No.
2    Q  Was Emerson Creek Pottery & Tearoom one of
3  the marks that was included in the license
4  agreement from 2000?
5    A  It was not directly in that agreement, but
6  it would have fallen under the general terms of
7  Emerson Creek Pottery and the uses of it, I would
8  say.
9    Q  Do you know when Ms. Demiduk began using
10  Emerson Creek Pottery & Tearoom?
11    A  2004, 2006; I'm not sure.
12    Q  Did Ms. Demiduk ask you if she could
13  expand her pottery shop into -- adding on a
14  tearoom?
15    A  She told me that she was planning to.  She
16  kept me up with her ideas and plans to do all of
17  that; yes, I knew all about it.
18    Q  And you agreed to that?
19    A  I did.
20    Q  Did -- were you aware that she also
21  expanded into -- for the tearoom, into a
22  restaurant?

1      A   Yep.
2      Q   Do you know when that was?
3      A   I don't remember what year, no.
4      Q   Did you object to her transitioning into a
5  restaurant?
6      A   Well, to me they were both the same, but
7  no, it would fall under the same category, yeah.
8      Q   Were you aware that Ms. Demiduk further
9  expanded her business to include hosting weddings?
10     A   Yes.
11     Q   Do you remember when that was?
12     A   It might have been 2010, 2011.
13     Q   And did you object to her use of --
14     A   I did not.  She told me of her plans in
15  some detail, yes.
16     Q   Okay.  Did you ever inspect the facility
17  that Ms. Demiduk was using to provide both the
18  restaurant services and the wedding hosting
19  services?
20     A   No, I did not.
21     Q   So I believe you testified earlier that at
22  some point Ms. Demiduk breached the agreement.

1  Can you tell me exactly what activities she did
2  that breached the agreement?
3         MR. WILLETT:  Object to form.
4     A   Yeah, I discovered that she was selling
5  other pottery in her store.
6     Q   And what did you do when you discovered
7  she was selling other pottery?
8     A   That's when we sent her a notice that she
9  was in breach.
10    Q   And is that when the license was
11 terminated?
12    A   Yes.
13    Q   Do you recall when that was?
14    A   I think it was in the 2017 range.  I don't
15 remember the date.
16    Q   So between 2000 when you started your
17 relationship with Ms. Demiduk and Mr. Wehrli, and
18 2017 when you terminated the license, how would
19 you characterize, up until -- up until you found
20 that they were selling third-party pottery, how
21 was the relationship between you and the
22 defendants?

Transcript of James Leavitt
Conducted on October 8, 2021                                      35

```
 1        A   I felt we had a good relationship.
 2        Q   Was there any time during that period that
 3   you told Ms. Demiduk that she couldn't do
 4   anything?
 5            MR. WILLETT:  Object to form.
 6        A   I don't recall.
 7        Q   So what happened after you terminated the
 8   license?
 9            MR. WILLETT:  Object to form.
10        A   What happened?
11        Q   In connection with your relationship with
12   the Demiduks, what happened after you terminated
13   the license?
14        A   We basically didn't have much to do with
15   each other.  I was trying to get her to -- I think
16   at that point it was handled by lawyers, so we
17   didn't really have a relationship.
18        Q   Did you make the decision to sue the
19   defendants?
20            MR. WILLETT:  Object to form, and object
21   to the extent it calls for revelation of
22   attorney-client communications.  Answer if you can
```