IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EMERSON CREEK POTTERY INC. ) | |
| ) | |
| Plaintiff, ) | Case No.: 6:20-CV-0054-NKM |
| ) | |
| v. ) | |
| ) | |
| COUNTRYVIEW POTTERY CO., ) | |
| EMERSON CREEK EVENTS, INC., ) | |
| CHRISTINA DEMIDUK, and ) | |
| DAVID DEMIDUK ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' WITNESS AND EXHIBIT LISTS

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendants, through counsel, submit the following witness list for trial. Defendants may also call, and reserves the right to call, any witness identified on Plaintiff's witness list, as well as any additional witnesses for purposes of impeachment or rebuttal. Defendants also reserve the right to offer testimony by deposition rather than live for any witness who is unavailable to appear live at trial.

## WITNESSES

1. Christina Demiduk
2. David Demiduk
3. James Leavitt
4. Jonathan Domanus
5. Lindsay Winkler
6. Ronald Wehrli

## WITNESS BY DEPOSITION DESIGNATIONS

1. Deposition transcript of Christina Demiduk September 27, 2021

| From page: line To page: line | From page: line To page: line |
|---|---|
| 42:3 – 42: 24 | 50:1 – 54:24 |
| 114:2 – 114:23 | 125:4 – 125:22 |
| 195:2 – 195:18 | 268:4 – 268:21 |
| 240:13 – 240:22 | 207:2 – 208:24 |
| 57:4 – 58:9 | |

2. Deposition transcript of James Leavitt October 8, 2021

| From page: line To page: line | From page: line To page: line |
|---|---|
| 8:1 – 8:15 | 16:4 – 16:13 |
| 20:13 – 34:15 | 50:17 – 52:21 |
| 89:1 – 89:9 | |

In addition, Defendants submit the following exhibit list for trial. Defendants reserve the right to further amend this exhibit list after the Court's ruling on summary judgment or based upon the completion of any extended discovery. Defendants reserve the right to incorporate any exhibits identified, offered or admitted into evidence by Plaintiff, use documents and offer exhibits for impeachment and rebuttal purposes, and use demonstrative aids. Defendants reserve the right to further amend, modify, or supplement this exhibit list with documents that are relevant to any issue later disclosed by the parties.

| Ex. No. | Description of Exhibit | Bates No. |
|---|---|---|
| 1. | Emerson's Vintage Market | ECP 00649 – ECP 00651 |
| 2. | Agreement Between Ron Wehrli and Emerson Creek Pottery | ECP 00782 |
| 3. | Email July 23, 2005 | ECP 00784 |
| 4. | Email August 10, 2005 | ECP 00786 |
| 5. | Email August 10, 2005 | ECP 00789 |
| 6. | Email September 26, 2005 | ECP 00790 |

| 7.  | Email October 6, 2005     | ECP 00791 |
| --- | ------------------------- | --------- |
| 8.  | Email November 1, 2005    | ECP 00792 |
| 9.  | Email December 14, 2005   | ECP 00793 |
| 10. | Email December 19, 2005   | ECP 00794 |
| 11. | Email December 20, 2005   | ECP 00796 |
| 12. | Email January 5, 2006     | ECP 00798 |
| 13. | Email January 5, 2006     | ECP 00801 |
| 14. | Email January 16, 2006    | ECP 00802 |
| 15. | Email February 23, 2006   | ECP 00804 |
| 16. | Email March 5, 2006       | ECP 00805 |
| 17. | Email November 21, 2006   | ECP 00827 |
| 18. | Email November 26, 2006   | ECP 00828 |
| 19. | Email November 30, 2006   | ECP 00833 |
| 20. | Email December 31, 2006   | ECP 00835 |
| 21. | Email January 9, 2007     | ECP 00836 |
| 22. | Email March 16, 2007      | ECP 00844 |
| 23. | Email May 22, 2007        | ECP 00846 |
| 24. | Email August 2, 2007      | ECP 00853 |
| 25. | Email November 25, 2007   | ECP 00862 |
| 26. | Email Janary 21, 2008     | ECP 00869 |
| 27. | Email January 25, 2008    | ECP 00873 |
| 28. | Email February 6, 2008    | ECP 00874 |
| 29. | Email February 18, 2008   | ECP 00876 |

| 30. | Email February 26, 2008 | ECP 00883 |
|---|---|---|
| 31. | Email April 8, 2008 | ECP 00898 |
| 32. | Email April 14, 2008 | ECP 00903 |
| 33. | Email May 1, 2008 | ECP 00906 |
| 34. | Emerson Creek Look Book | ECP 00930 – ECP 00953 |
| 35. | U.S. Trademark Registration No. 4,835,568 | ECP 01431 |
| 36. | Trademark Application Record | ECP 01461 – ECP 01471 |
| 37. | Trademark Application Record | ECP 01517 – ECP 01523 |
| 38. | Emerson Creek Pottery & Tearoom Cookbook | ECP 05836 – ECP 05839 |
| 39. | Emerson Creek Website | ECP 01884 – ECP 01892 |
| 40. | Emerson Creek Pottery shop photographs | ECP 01906 – ECP 01919 |
| 41. | Emerson Creek Pottery envelope and photographs | ECP 01922 – ECP 01923 |
| 42. | Wedding | ECP 02715 |
| 43. | Website October 17, 2009 | ECP 02764 |
| 44. | Website October 17, 2009 | ECP 02765 |
| 45. | Website May 11, 2012 | ECP 02768 |
| 46. | Website March 1, 2017 | ECP 02781 |
| 47. | "Lots More in Store for Emerson Creek Pottery & Tearoom" | ECP 02913 – ECP 02916 |
| 48. | Email March 1, 2017 | ECP 03049 |
| 49. | Email May 17, 2012 | ECP 03096 |
| 50. | Email May 1, 2012 | ECP 03101 |
| 51. | Emails June 12, 2009 | ECP 03106 – ECP 03107 |
| 52. | Email May 1, 2012 | ECP 03109 |

| 53. | Email May 30, 2012 | ECP 03131 |
|---|---|---|
| 54. | Email December 22, 2012 | ECP 03150 |
| 55. | Email Website Issues | ECP 11693 – ECP 11702 |
| 56. | Email February 9, 2019 | ECP 12686 |
| 57. | Email February 13, 2019 | ECP 12734 – ECP 12735 |
| 58. | Goodrum Letter January 5, 2018 | |

Respectfully submitted,

LAUBSCHER & LAUBSCHER, PC

____/leljr/_____
Lawrence E. Laubscher Jr.
VSB No. 18680
llaubscher@laubscherlaw.com
1160 Spa Road, Suite 2B
Annapolis, MD 21403
(410) 280-6608 (Tel)
(410) 280-6758 (Fax)

Law Offices of McLaughlin & Associates, P.C.

____/ksmjr/_____
Kenneth S. McLaughlin, Jr.
IARDC No. 6229828
1 E. Benton Street, Suite 301
Aurora, IL 60505
(630) 230-8434
(630) 230-8435 fax
kmclaughlin@ma-lawpc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                /leljr/
                                          Lawrence E. Laubscher, Jr.
                                          Attorney for Defendants