**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **EMERSON CREEK POTTERY, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No.: 6:20-CV-0054-NKM** |
| | ) |
| **COUNTRYVIEW POTTERY CO.,** | ) |
| **EMERSON CREEK EVENTS, INC.,** | ) |
| **CHRISTINA DEMIDUK, and** | ) |
| **DAVID DEMIDUK** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

<u>**EMERSON CREEK POTTERY, INC.'S DISCOVERY COUNTER-DESIGNATIONS**</u>

Plaintiff Emerson Creek Pottery, Inc. ("ECP"), by counsel, pursuant to Federal Rules of Civil Procedure 26(a)(3)(B) and 32, hereby counter-designates the following discovery materials that ECP may use at the trial of this matter.  ECP reserves its right to use additional discovery materials for impeachment, rebuttal, and other appropriate purposes.

**I.       Deposition Counter-Designations**

ECP counter designates the deposition testimony of the following witnesses and entities:

**A.       Christina Demiduk, taken on September 27, 2021:**

Format:  From (page:line) To (page:line)

43:1-2
55:1-2
58:10-24
124:24 – 125:3
195:19 – 205:7
209:1-5
240:23 – 241:17

**B.     James Leavitt, taken on October 8, 2021:**

Format:  From (page:line) To (page:line)

16:14-19
53:4-7
53:9-10
88:17-22

Dated:  February 7, 2022.                          Respectfully submitted,

/Henry I. Willett III/
Henry I. Willett III, Esq. (VSB No. 44655)
CHRISTIAN & BARTON, LLP
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-3095
(T) (804) 697-4130
(F) (804) 697-6130
hwillett@cblaw.com

Garfield Goodrum (*pro hac vice*)
DESIGN LAW
90 Canal Street, 4th Floor
Boston, Massachusetts 02114
(T) (617) 861-0780
(F) (617) 507-5983
garfield.goodrum@gdrmlaw.net

*Counsel for Plaintiff*
*Emerson Creek Pottery, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 7, 2022, I filed a copy of the foregoing memorandum with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

all counsel of record as follows:

Lawrence E. Laubscher Jr.
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
llaubscher@laubscherlaw.com

Kenneth S. McLaughlin, Jr. (*pro hac vice*)
1 E. Benton Street, Suite 301
Aurora, Illinois 60505
kmclaughlin@ma-lawpc.com

*Counsel for Defendants*

/Henry I. Willett III/
Counsel