IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EMERSON CREEK POTTERY INC. ) | |
| ) | |
| Plaintiff, ) | Case No.: 6:20-CV-0054-NKM |
| ) | |
| v. ) | |
| ) | |
| COUNTRYVIEW POTTERY CO., ) | |
| EMERSON CREEK EVENTS, INC., ) | |
| CHRISTINA DEMIDUK, and ) | |
| DAVID DEMIDUK ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' AMENDED WITNESS LIST

Pursuant to the Court's Covid-19 Health Precautions Order of February 4, 2022 (Document 78), the parties met and conferred by telephone conference on February 9, 2022 and reached agreement that certain of Defendants' witnesses may testify remotely by videoconference. Set forth below are the witnesses who may testify in Court, witnesses who may testify by videoconference, and proposed findings of fact as ordered by the court.

### WITNESSES TO TESTIFY IN COURT

1. Christina Demiduk
2. David Demiduk
3. James Leavitt

### WITNESSES TO TESTIFY BY VIDEOCONFERENCE

4. Jonathan Domanus
5. Lindsay Winkler
6. Ronald Wehrli

## PROPOSED FINDINGS OF FACT

Witnesses Jonathan Domanus, Lindsay Winkler, and Ronald Wehrli all reside in Illinois and are non-party witnesses. Owing to the difficulties of travel during Covid and the associated costs of travel, the parties have agreed that if called, these witnesses may testify via videoconference. In addition, Lindsay Winkler has health issues which further compromise her ability to travel.

The parties have agreed that witnesses who may testify via videoconference will be on standby in advance of their estimated time for testimony so that they are available when called to avoid any delay of the trial.

Respectfully submitted,

LAUBSCHER & LAUBSCHER, PC

____/leljr/_____
Lawrence E. Laubscher Jr.
VSB No. 18680
llaubscher@laubscherlaw.com
1160 Spa Road, Suite 2B
Annapolis, MD 21403
(410) 280-6608 (Tel)
(410) 280-6758 (Fax)

Law Offices of McLaughlin & Associates, P.C.

____/ksmjr/_____
Kenneth S. McLaughlin, Jr.
IARDC No. 6229828
1 E. Benton Street, Suite 301
Aurora, IL 60505
(630) 230-8434
(630) 230-8435 fax
kmclaughlin@ma-lawpc.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                             /leljr/
                                       Lawrence E. Laubscher, Jr.
                                       Attorney for Defendants