IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| EMERSON CREEK POTTERY INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 6:20-CV-0054-NKM |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTRYVIEW POTTERY CO., | ) | |
| EMERSON CREEK EVENTS, INC., | ) | |
| CHRISTINA DEMIDUK, and | ) | |
| DAVID DEMIDUK | ) | |
| | ) | |
| Defendants. | ) | |

**Special Interrogatories: Infringement, Unfair Competition,
and False Designation of Origin**

Question set 1

Do you find by a preponderance of the evidence that the use of EMERSON CREEK, EMERSON CREEK POTTERY, EMERSON CREEK POTTERY & TEAROOM, and/or EMERSON CREEK EVENTS by Defendants in association with their gift shop services is/are likely to cause confusion with Plaintiff's trademarks?

Answer yes or no. _____

If you answered yes, do you find that Plaintiff acquiesced to such use?

Answer yes or no. _____

Question set 2

Do you find by a preponderance of the evidence that the use of EMERSON CREEK, EMERSON CREEK POTTERY, EMERSON CREEK POTTERY & TEAROOM, and/or EMERSON CREEK EVENTS by Defendants in association with their restaurant services is/are likely to cause confusion with Plaintiff's trademarks?

Answer yes or no. _____

If you answered yes, do you find that Plaintiff acquiesced to such use?

Answer yes or no._____

Question set 3

Do you find by a preponderance of the evidence that the use of EMERSON CREEK, EMERSON CREEK POTTERY, EMERSON CREEK POTTERY & TEAROOM, and/or EMERSON CREEK EVENTS by Defendants in association with their events services is/are likely to cause confusion with Plaintiff's trademarks?

Answer yes or no. _____

If you answered yes, do you find that Plaintiff acquiesced to such use?

Answer yes or no._____

_____  _____
Date                                                                Signature of Foreperson

                                                                          _____
                                                                          Printed Name of Foreperson