# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __VIRGINIA__

Emerson Creek Pottery, Inc.

V.

Emerson Creek Events, Inc., et al.

## EXHIBIT AND WITNESS LIST

Case Number: 6:20CV00054

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Norman K. Moon | Garfield Goodrum & Henry Willett | Ken McLaughlin & Larry Laubscher |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/22/2022 - 2/25/2022 | Judy Webb & Lisa Blair | Carmen Amos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 49 | | 2/22/2022 | | Yes | "The Name Emerson Creek" - May 2, 2019 (J. Leavitt) |
| 48 | | 2/22/2022 | | Yes | "Handmade Ceramic Pottery Made in Bedford, Virginia" - May 2, 2019 (J. Leavitt) |
| 47 | | 2/22/2022 | | Yes | Historical Emerson Creek Pottery materials (J. Leavitt) |
| 2 | | 2/22/2022 | | Yes | Emerson Creek Pottery 2018 Catalog (J. Leavitt) |
| 237 | | 2/22/2022 | | Yes | "Our Favorite Shortbread Molds to Buy Now" - Martha Stewart, February 18, 2022 (J. Leavitt) |
| 53 | | 2/22/2022 | | Yes | The White House Facebook post re Emerson Creek Pottery (J. Leavitt) |
| 1 | | 2/22/2022 | | Yes | Emerson Creek Pottery - pottery exemplars (J. Leavitt) |
| 222 | | 2/22/2022 | | Yes | "Emerson Creek" (J. Leavitt) |
| 228 | | 2/22/2022 | | Yes | Photographs of Emerson Creek Pottery in Bedford, Virginia (J. Leavitt) |
| 57 | | 2/22/2022 | | Yes | Agreement between Ron Wehrli and Emerson Creek Pottery 3/23/01 (J. Leavitt) |
| 87 | | 2/22/2022 | | Yes | Metadata for Ron Wehrli Agreement (J. Leavitt) |
| 11 | | 2/22/2022 | | Yes | Emerson Creek Pottery Oswego location photographs - 2002 (J. Leavitt) |
| 22 | | 2/22/2022 | | Yes | Emails between Demiduks and Jim Leavitt - July 2005 to May 2008 (J. Leavitt) |
| 89 | | 2/2/2022 | | Yes | Emails between Chris Barickman and Emerson Creek, 9/27/2006 - 6/30/2007 (J. Leavitt) |
| 196 | | 2/22/2022 | | Yes | 2008.10.20 email from Chris Barickman to Jim Leavitt re hello (J. Leavitt) |
| 195 | | 2/22/2022 | | Yes | 2008.09.04 email from Chris Barickman to Jim Leavitt re hello (J. Leavitt) |
| 194 | | 2/22/2022 | | Yes | 2009.06.12 email from Jim Leavitt to Chris Barickman re hello (J. Leavitt) |
| 174 | | 2/22/2022 | | Yes | 2008.04.10 email from Jim Leavitt to Chris Barickman re thanks for checking (J. Leavitt) |
| 12 | | 2/22/2022 | | Yes | Emerson Creek Pottery photos and mailing envelope - May 2002 and Pre-May 1, 2004 (J. Leavitt) |
| 182 | | 2/22/2022 | | Yes | 2008.03.28 email from Jim Leavitt to Chris Barickman re call (J. Leavitt) |
| 178 | | 2/22/2022 | | Yes | 2008.03.28 email from Jim Leavitt to Chris Barickman re call (J. Leavitt) |
| 79 | | 2/22/2022 | | Yes | Emerson Creek Pottery & Tearoom post re flower pot salad 7/22/2021 (J. Leavitt) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __6__ Pages

**\*NOTE: Dates offered are also date exhibits were admitted.**

| | Emerson Creek Pottery, Inc. | | vs. | Emerson Creek Events, Inc., et al. | CASE NO. 6:20CV00054 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 179 | | 2/22/2022 | | Yes | 2007.08.02 email from Jim Leavitt to Chris Barickman re flower pots (J. Leavitt) |
| 238 | | 2/22/2022 | | Yes | 2015.03.05 email from ECP to Chris Demiduk re flower pots without holes (J. Leavitt) |
| 199 | | 2/22/2022 | | Yes | 2008.01.14 email from Chris Barickman to Jim Leavitt re hi (J. Leavitt) |
| 225 | | 2/22/2022 | | Yes | ECP Invoices (J. Leavitt) |
| 192 | | 2/22/2022 | | Yes | 2009.04.22 email from Chris Barickman to Jim Leavitt re hi (J. Leavitt) |
| 203 | | 2/22/2022 | | Yes | 2009.06.12 email from Chris Barickman to Jim Leavitt re hello (J. Leavitt) |
| 204 | | 2/22/2022 | | Yes | 2009.05.11 email from Jim Leavittto Mariam & Jon Liam Ellis-Lorditch re my website (J. Leavitt) |
| 14 | | 2/22/2022 | | Yes | Website capture from 10/17/2009 - ecreekpotteryandtearoom.com/pottery (J. Leavitt) |
| 15 | | 2/22/2022 | | Yes | Website capture from 10/17/2009 - ecreekpotteryandtearoom.com/about (J. Leavitt) |
| 193 | | 2/22/2022 | | Yes | 2008.02.18 email from Chris Barickman to Jim Leavitt re sheet (J. Leavitt) |
| 235 | | 2/22/2022 | | Yes | Photos of Emerson Creek - Day in the Country (J. Leavitt) |
| 198 | | 2/22/2022 | | Yes | 2012.05.02 email from Jim Leavitt to Chris Demiduk re Google Maps Problem (J. Leavitt) |
| 82 | | 2/22/2022 | | Yes | 2012.05.17 email from Chris Demiduk to Jim Leavitt re map (J. Leavitt) |
| 202 | | 2/22/2022 | | Yes | 2013.01.03 email from Jim Leavitt to Chris Demiduk re your call (J. Leavitt) |
| 16 | | 2/22/2022 | | Yes | Website capture from 5/11/2012 - ecreekpotteryandtearoom.com/aboutus (J. Leavitt) |
| 171 | | 2/22/2022 | | Yes | 2014.12.03 email from Chris Demiduk to Jim Leavitt re let's talk (J. Leavitt) |
| 232 | | 2/22/2022 | | Yes | Emerson Creek Pottery, Inc. PTO Registration (J. Leavitt) |
| 3 | | 2/23/2022 | | Yes | Emerson Creek Pottery & Tearoom Cookbook (J. Leavitt) |
| 229 | | 2/23/2022 | | Yes | YouTube: Emerson Creek Pottery Product of the Week 7/13/2010 Video (J. Leavitt) |
| 8 | | 2/23/2022 | | Yes | "Out-of-way pottery show finds a following" 7/3/2002 - Chicago Tribune (J. Leavitt) |
| 17 | | 2/23/2022 | | Yes | Website capture from 3/1/2017 - ecreekpotteryandtearoom.com/about-us (J. Leavitt) |
| 45 | | 2/23/2022 | | Yes | Emails between parties - January 2017 through May 2019 (J. Leavitt) |
| 66 | | 2/23/2022 | | NO | 2017.09.19 letter from Mr. McLaughlin to Mr. Goodrum (J. Leavitt) |
| 65 | | 2/23/2022 | | Yes | Sept. 2017 Photos (J. Leavitt) |
| 9 | | 2/23/2022 | | Yes | Emerson Creek Pottery & Tearoom website - 2/5/2018 (J. Leavitt) |
| 234 | | 2/23/2022 | | Yes | Emerson Creek Cafe "360 Tour of our Cafe" (J. Leavitt) |
| 13 | | 2/23/2022 | | Yes | Wedding photograph surrounded by pottery capture from 8/5/2021 (J. Leavitt) |

| | Emerson Creek Pottery, Inc. | | VS. | Emerson Creek Events, Inc., et al. | CASE NO. 6:20CV00054 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 20 | | 2/23/2022 | | Yes | Christina Demiduk LinkedIn profile 5/5/2019  (J. Leavitt) |
| 108 | | 2/23/2022 | | Yes | 2021.11.04 email from Mike Ryan to Emerson Creek Pottery re ECP  (J. Leavitt) |
| | 4 | 2/23/2022 | | Yes | Email - 8/10/2005  (J. Leavitt) |
| | 41 | 2/23/2022 | | Yes | Emerson Creek Pottery envelope and photographs  (J. Leavitt) |
| | 43 | 2/23/2022 | | Yes | Website 10/17/2009  (J. Leavitt) |
| | 45 | 2/23/2022 | | Yes | Website 5/11/2012  (J. Leavitt) |
| | 66 | 2/23/2022 | | Yes | Emerson Creek Pottery & Tearoom Facebook Post  (J. Leavitt) |
| | 39 | 2/23/2022 | | Yes | Emerson Creek Website  (J. Leavitt) |
| | 1 | 2/23/2022 | | Yes | Emerson's Vintage Market  (J. Leavitt) |
| 240 | | 2/23/2022 | | Yes | Current Emerson Creek Pottery Website (J. Leavitt) |
| 72 | | 2/23/2022 | | Yes | 2018.03.05 email from TC Leavitt to Jim Leavitt  (T. Leavitt) |
| 106 | | 2/23/2022 | | Yes | 2021.11.04 email from Mike Ryan to Emerson Creek Pottery re ECP  (T. Leavitt) |
| 10 | | 2/23/2022 | | Yes | Las Vegas Market Winter 2018  (T. Leavitt) |
| 105 | | 2/23/2022 | | Yes | Emerson Creek Events Instagram posts  (E. Leavitt) |
| 23 | | 2/23/2022 | | Yes | Instagram hashtags - 7/22/2021  (E. Leavitt) |
| 241 | | 2/23/2022 | | Yes | Bennington Potters (competitor)  (E. Leavitt) |
| 242 | | 2/23/2022 | | Yes | Bennington Potters Midnight Madness 2019  (E. Leavitt) |
| 76 | | 2/23/2022 | | Yes | Indicators of Confusion  (E. Leavitt) |
| 73 | | 2/23/2022 | | Yes | Emerson Creek Pottery & Tearoom Yelp photographs - 5/2/2019  (E. Leavitt) |
| 74 | | 2/23/2022 | | Yes | Emerson Creek Pottery & Tearoom Yelp reviews  (E. Leavitt) |
| 132 | | 2/23/2022 | | Yes | 2019.03.08 email from Emerson Creek to Lindsay Winkler re Changing website hosts (Winkler) |
| 141 | | 2/23/2022 | | Yes | 2021.04.08 email from Emerson Creek to Winkler re remove photo  (Winkler) |
| 162 | | 2/23/2022 | | Yes | 2019.04.24 email from Winkler to Emerson Creek re website updates  (Winkler) |
| 41 | | 2/23/2022 | | Yes | 2019.04.23 email between Demiduks and Winkler re URL  (Winkler) |
| 39 | | 2/23/2022 | | Yes | Texts between Chris Demiduk and Winkler 4/24/2019 - 10/3/2019  (Winkler) |
| | 55 | 2/23/2022 | | Yes | Email website issues  (Winkler) |
| | 62 | 2/23/2022 | | Yes | Marketing expenses 1  (Winkler) |

| Emerson Creek Pottery, Inc. | | vs. | Emerson Creek Events, Inc., et al. | | CASE NO. 6:20CV00054 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 63 | 2/23/2022 | | Yes | Marketing expenses 2  (Winkler) |
| 21 | | 2/23/2022 | | Yes | Illinois SCC for Countryview Pottery  (D. Demiduk) |
| 32 | | 2/23/2022 | | Yes | 2017 Mud Pie ceramic sales  (D. Demiduk) |
| 34 | | 2/23/2022 | | Yes | 2017 Sales Signature Housewares  (D. Damiduk) |
| 33 | | 2/23/2022 | | Yes | 2017 Mud Pie - no ceramic sales  (D. Demiduk) |
| 30 | | 2/23/2022 | | Yes | Emerson Creek Pottery and Tearoom Tax Category Summary  (D. Demiduk) |
| 84 | | 2/24/2022 | | Yes | July 2021 Photos  (D. Demiduk) |
| 37 | | 2/24/2022 | | Yes | Restaurant sales-by-date-may1-dec31-2017  (D. Demiduk) |
| 38 | | 2/24/2022 | | Yes | Restaurant sales-by-date-may1-dec31-2019  (D. Demiduk) |
| 60 | | 2/24/2022 | | Yes | Screenshots of Emerson Creek Events Instagram posts 5/16/17 & 5/24/17  (D. Demiduk) |
| 61 | | 2/24/2022 | | Yes | "Oswego: Outdoor recreation meets charming local businesses" 6/14/2017  (D. Demiduk) |
| 63 | | 2/24/2022 | | Yes | "Emerson Creek is about more than pottery" 7/15/2015  (D. Demiduk) |
| 70 | | 2/24/2022 | | Yes | Emerson Creek Pottery & Tearoom 2016.09.30 Facebook post  (D. Demiduk) |
| 71 | | 2/24/2022 | | Yes | Emerson Creek Pottery & Tearoom 2016.08.04 Facebook post  (D. Demiduk) |
| 78 | | 2/24/2022 | | Yes | Emerson Creek Pottery & Tearoom Facebook posts showing pottery  (D. Demiduk) |
| 75 | | 2/24/2022 | | Yes | Emerson Creek Pottery & Tearoom Trip Advisor reviews  (D. Demiduk) |
| 55 | | 2/24/2022 | | Yes | Trademark/Service Mark Application, Principal Register 2018  (D. Demiduk) |
| 56 | | 2/24/2022 | | Yes | 2018.01.02 USPTO Office Action about Applications Trademark Applications  (D. Demiduk) |
| 223 | | 2/24/2022 | | Yes | Townsend Belisle CV  (Belisle) |
| 224 | | 2/24/2022 | | Yes | Exhibits to Townsend Belisle's Report  (Belisle) |
| 236 | | 2/24/2022 | | Yes | Exhibits to Declaration of Townsend Belisle in Support of Plaintiff's MSJ  (Belisle) |
| 4 | | 2/24/2022 | | Yes | You Tube:  Emerson Creek Pottery "Day in the Country" Video  (---) |
| 5 | | 2/24/2022 | | Yes | Emerson's Vintage Market - 2019  (---) |
| 6 | | 2/24/2022 | | Yes | Emerson's Vintage Market - Vendor Information (---) |
| 7 | | 2/24/2022 | | Yes | Emerson Creek Look Book  (---) |
| 109 | | 2/24/2022 | | Yes | Text Messages between Karla and Lindsay Winkler  (---) |
| 133 | | 2/24/2022 | | Yes | 2019.11.04 email from Winkler to Emerson Creek re wedding folder update  (---) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Emerson Creek Pottery, Inc. | | vs. | Emerson Creek Events, Inc., et al. | | CASE NO. 6:20CV00054 | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 142 | | 2/24/2022 | | Yes | 2021.06.16 email from Emerson Creek to Jonathan Domanus and Winkler re website trouble (---) |
| 243 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 1 (---) |
| 244 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 2 (---) |
| 245 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 3 (---) |
| 246 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 4 (---) |
| 247 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 5 (---) |
| 248 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 6 (---) |
| 249 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 7 (---) |
| 250 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 8 (---) |
| 251 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 9 (---) |
| 252 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 10 (---) |
| 253 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 11 (---) |
| 254 | | 2/24/2022 | | Yes | Discovery Designations _ Tab 12 (---) |
| | 46 | 2/24/2022 | | Yes | Website - March 1, 2017 (C. Demiduk) |
| | 40 | 2/24/2022 | | NO | Emerson Creek Pottery shop photographs (duplicate of Plaintiff's Ex. 11) (C. Demiduk) |
| | 3 | 2/24/2022 | | Yes | Email - July 23, 2005 (C. Demiduk) |
| | 5 | 2/24/2022 | | Yes | Email - August 10, 2005 (C. Demiduk) |
| | 6 | 2/24/2022 | | Yes | Email - September 26, 2005 (C. Demiduk) |
| | 23 | 2/24/2022 | | Yes | Email - May 22, 2007 (C. Demiduk) |
| | 12 | 2/24/2022 | | Yes | Email - January 5, 2006 (C. Demiduk) |
| | 13 | 2/24/2022 | | Yes | Email - January 5, 2006 (C. Demiduk) |
| | 25 | 2/24/2022 | | Yes | Email - November 25, 2007 (C. Demiduk) |
| | 26 | 2/24/2022 | | Yes | Email - January 21, 2008 (C. Demiduk) |
| | 29 | 2/24/2022 | | Yes | Email - February 18, 2008 (C. Demiduk) |
| | 65 | 2/24/2022 | | Yes | Signature Plate (C. Demiduk) |
| | 51 | 2/24/2022 | | Yes | Emails - June 12, 2009 (C. Demiduk) |
| | 44 | 2/24/2022 | | Yes | Website - October 17, 2009 (C. Demiduk) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Emerson Creek Pottery, Inc. | | | vs. | Emerson Creek Events, Inc., et al. | CASE NO. 6:20CV00054 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 50 | 2/24/2022 | | Yes | Email - May 1, 2012  (C. Demiduk) |
| | 52 | 2/24/2022 | | Yes | Email - May 1, 2012  (C. Demiduk) |
| | 49 | 2/24/2022 | | Yes | Email - May 17, 2012  (C. Demiduk) |
| | 61 | 2/24/2022 | | Yes | Email - May 25, 2012  (C. Demiduk) |
| | 53 | 2/24/2022 | | Yes | Email - May 30, 2012  (C. Demiduk) |
| | 54 | 2/24/2022 | | Yes | Email - December 22, 2012  (C. Demiduk) |
| | 64 | 2/24/2022 | | Yes | Email - January 16, 2014  (C. Demiduk) |
| | 38 | 2/24/2022 | | Yes | Emerson Creek Pottery & Tearoom Cookbook  (C. Demiduk) |
| | 48 | 2/24/2022 | | Yes | Email - March 1, 2017  (C. Demiduk) |
| | 56 | 2/24/2022 | | Yes | Email - February 9, 2019  (C. Demiduk) |
| | 42 | 2/24/2022 | | Yes | Wedding photo  (C. Demiduk) |
| 255 | | 2/25/2022 | | Yes | Draft License Agreement  (C. Demiduk) |
| 67 | | 2/25/2022 | | Yes | 2018.01.05 Redacted Letter from Goodrum to McLaughlin  (C. Demiduk) |
| 168 | | 2/25/2022 | | Yes | 2007.03.06 email from Jim Leavitt to Chris Barickman re square plate  (C. Demiduk) |
| 210 | | 2/25/2022 | | Yes | 2006.01.05 email from Chris Barickman to Jim Leavitt re hi  (C. Demiduk) |