## Emerson Creek Pottery and Tearoom
## Item Summary

**CERAMIC ITEMS**

Date: 5/1/2017 12:00:00 AM to 12/31/2017 11:59:59 PM

| Department | Item Name | Attribute | Qty Sold | Item Description | Ext Price | Ext Cost | Vendor | Size | Manufacturer | x ceramic |
|---|---|---|---|---|---|---|---|---|---|---|
| Mud Pie | bacon tray set | 6652135 | 4 | bacon tray set | 95.81 | 50 | Mud Pie | 4071141 | | x |
| Mud Pie | bird bowl | 6653468 | 1 | bird bowl | 7.5 | 4 | Mud Pie | 4854005 | | x |
| Mud Pie | bird double dip | 6650199 | 1 | bird double dip | 21.99 | 9.5 | Mud Pie | 118500 | | x |
| Mud Pie | bird mini dip set | 6659389 | 13 | bird mini dip | 99.88 | 117 | Mud Pie | 4844004 | | x |
| Mud Pie | bistro appetizer baskets | 6658409 | 7 | bistro appetizer baskets | 153.93 | 70 | Mud Pie | 4604007 | | x |
| Mud Pie | bistro baker with server | 6652225 | 3 | bistro baker with server | 128.97 | 60 | Mud Pie | 4234003 | | x |
| Mud Pie | bistro cream & sugar set | 6653251 | 1 | bistro cream & sugar set | 42.99 | 20 | Mud Pie | 4784000 | | x |
| Mud Pie | bistro garlic keeper | 6652272 | 11 | bistro garlic keeper | 163.39 | 77 | Mud Pie | 4774000 | | x |
| Mud Pie | bistro salt & pepper set | 6655069 | 6 | bistro salt & pepper set | 113.94 | 60 | Mud Pie | 4514009 | | x |
| Mud Pie | bistro sponge caddy | 6656321 | 16 | bistro sponge caddy | 175.84 | 80 | Mud Pie | 4144000 | | x |
| Mud Pie | quiche set | 6652296 | 2 | quiche set | 69.98 | 35 | Mud Pie | 4801014 | | X |
| Mud Pie | bistro tidbit plates set | 6653242 | 4 | bistro tidbit plates set | 24.96 | 48 | Mud Pie | 4854031 | | x |
| Mud Pie | bloody mary garnish bar | 6652197 | 4 | bloody mary garnish bar | 115.96 | 50 | Mud Pie | 4171081 | | x |
| Mud Pie | pitcher | 6651021 | 4 | bloody mary pitcher set | 177.06 | 0 | Mud Pie | 4551021 | | x |
| Mud Pie | dip bowl | 6657799 | 2 | boxed reindeer dip bowl | 22.99 | 20 | Mud Pie | 4855030 | christmas | x |
| Mud Pie | brownie baker set | 6651003 | 3 | brownie baker set | 111.97 | 58.5 | Mud Pie | 4801003 | | x |
| Mud Pie | cake server | 6655507 | 2 | cake server - circa happy everything | 37.98 | 17 | Mud Pie | 4211003 | | x |
| Mud Pie | candy caddy set | 6657843 | 9 | candy caddy set - deck the halls | 124.41 | 72 | Mud Pie | 4885003 | | x |
| Mud Pie | casserole set | 6655544 | 1 | casserole set - circa | 39.99 | 19 | Mud Pie | 4801004 | | x |
| Mud Pie | cheese shaker | 6657244 | 11 | cheese shaker | 120.89 | 55 | Mud Pie | | | x |
| Mud Pie | chili soup sets | 6651453 | 9 | chili soup sets - chilly, hot stuff, warm me | 169.91 | 90 | Mud Pie | 4351021 | | x |
| Mud Pie | circa mixing bowl set | 6656300 | 3 | circa batter bowl with spoon | 128.97 | 0 | Mud Pie | 4601033 | | x |
| Mud Pie | circa chip n dip set | 6658147 | 3 | circa chip n dip set | 119.97 | 58.5 | Mud Pie | 4181004 | | x |
| Mud Pie | dip cup | 6656588 | 3 | circa double dip cup | 71.97 | 30 | Mud Pie | 417B005 | | x |
| Mud Pie | circa gravy boat | 6658994 | 1 | circa gravy boat | 32.99 | 15 | Mud Pie | 4831006 | | x |
| Mud Pie | circa hostess tray & accessory | 6656375 | 4 | circa hostess tray & accessory set | 111.36 | 80 | Mud Pie | 4071077 | | x |
| Mud Pie | circa jam jar set | 6658413 | 4 | circa jam jar set | 91.96 | 40 | Mud Pie | 4771003 | | x |
| Mud Pie | circa mini loaf sets | 6657720 | 7 | circa mini loaf sets - holiday | 78.73 | 28.5 | Mud Pie | 4801009 | christmas | x |
| Mud Pie | circa pie plate & server | 6651000 | 2 | circa pie plate & server | 77.98 | 39 | Mud Pie | 4801000 | | x |
| Mud Pie | circa plate set | 6655484 | 6 | circa plate set | 41.94 | 90 | Mud Pie | 4151000 | | x |
| Mud Pie | circa salad bowl set | 6657880 | 7 | circa salad bowl set | 386.94 | 199.5 | Mud Pie | 4601029 | | x |
| Mud Pie | circa sweet tray set | 6652435 | 1 | circa sweet tray set | 32.99 | 15 | Mud Pie | 4101016 | | x |
| Mud Pie | corn holder dish | 6652548 | 6 | corn holder dish | 65.94 | 21 | Mud Pie | 4151004 | | x |
| Mud Pie | covered tea mug set | 6651013 | 12 | covered tea mug set | 203.88 | 120 | Mud Pie | 4351013 | | x |
| Mud Pie | cranberry dish set | 6653806 | 15 | cranberry dish set | 224.85 | 187.5 | Mud Pie | 4101027 | | x |
| Mud Pie | deer dip cup set | 6650083 | 4 | deer dip cup set | 56.07 | 30 | Mud Pie | 4841015 | christmas | x |
| Mud Pie | dip bowls | 6652564 | 23 | dip bowls - deck the halls | 298.15 | 172.5 | Mud Pie | 4855037 | | x |
| Mud Pie | dip cup set | 6652333 | 10 | dip cup set - artichoke | 193.9 | 95 | Mud Pie | 4851077 | | x |
| Mud Pie | dip cup set | 6652845 | 18 | dip cup set - guacamole | 351.82 | 171 | Mud Pie | 4851076 | | x |
| Mud Pie | dip cup set | 6652852 | 15 | dip cup set - salsa | 295.85 | 142.5 | Mud Pie | 4851078 | | x |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mud Pie | dip cup sets | 6654124 | 23 | dip cup sets - holiday | 235.76 | 195.5 | Mud Pie | 4851068 | christmas | x |
| Mud Pie | dip cups | 6658919 | 3 | dip cups - santa & reinder holiday | 36.37 | 22.5 | Mud Pie | 4851058 | christmas | x |
| Mud Pie | dip set | 6656111 | 5 | dip set - hummus | 114.95 | 47.5 | Mud Pie | 4851038 | | x |
| Mud Pie | dip set | 6653066 | 12 | dip set - just in queso | 227.88 | 114 | Mud Pie | 4851037 | | x |
| Mud Pie | dipping pot sets | 6654087 | 1 | dipping pot sets - holiday red | 12.74 | 16.99 | Mud Pie | 4851066 | christmas | x |
| Mud Pie | happy candy dish set | 6653824 | 4 | happy candy dish set | 95.96 | 36 | Mud Pie | 4881011 | | x |
| Mud Pie | honey pot set | 6652258 | 8 | honey pot set | 143.92 | 76 | Mud Pie | 4771008 | | x |
| Mud Pie | mini dip cups | 6651919 | 6 | mini dip cups - old st. nick tree | 75.97 | 54 | Mud Pie | 4845020 | christmas | x |
| Mud Pie | mugs | 6655525 | 11 | mugs - bistro - guzzle, sip, perky | 173.89 | 77 | Mud Pie | 4354030 | | x |
| Mud Pie | mugs | 6657522 | 25 | mugs - deck the halls holiday | 294.49 | 187.5 | Mud Pie | 4355040 | christmas | x |
| Mud Pie | mugs | 6656481 | 3 | mugs - mr & mrs right | 77.97 | 37.5 | Mud Pie | 4355029 | | x |
| Mud Pie | dip cup set | 6659770 | 13 | pumpkin cup | 77.87 | 39 | Mud Pie | 4854042 | fall | x |
| Mud Pie | dip cup set | 6659770 | 2 | pumpkin dip cup set | 29.98 | 18 | Mud Pie | 4854042 | fall | x |
| Mud Pie | scalloped candy dish set | 6653831 | 1 | scalloped candy dish set | 23.99 | 9 | Mud Pie | 4881012 | | x |
| Mud Pie | souffle set | 6655085 | 1 | souffle set | 46.99 | 22.5 | Mud Pie | 4801007 | | x |
| Mud Pie | spoon rest | 6656974 | 5 | spoon rest - coffee | 84.95 | 37.5 | Mud Pie | 4051017 | | x |
| Mud Pie | sweet potato casserole set | 6655085 | 1 | sweet potato casserole set | 23.5 | 22.5 | Mud Pie | 4801007 | | x |
| Mud Pie | taco bar set | 6652203 | 9 | taco bar set | 449.91 | 220.5 | Mud Pie | 4171083 | | x |
| Mud Pie | tea bag holder and spoon | 6650046 | 9 | tea bag holder and spoon | 152.91 | 67.5 | Mud Pie | 4051003 | | x |
| | | | 400 | | 7266.6 | 3847.99 | | | | |

CONFIDENTIAL-For Attorney's Eyes Only

ECE472