# EXHIBIT E

Plaintiff's Exhibit No. 57

ECP 00782

## AGREEMENT BETWEEN RON WEHRLI AND EMERSON CREEK POTTERY

### 3/23/01

1. The purpose of this agreement is to enable Ron Wehrli to establish and outlet store in Naperville, Ill. to sell Emerson Creek Pottery products at a discount from regular retail prices.
2. E.C.P. agrees that R.W. will set up a corporation in Ill. for purposes of operating the store with a DBA as Emerson Creek Pottery Outlet Store.
3. E.C.P. will furnish its pottery and accessories carried in its wholesale catalogue the R.W. at a discount specified in the appendix.
4. R.W. agrees to keep the store stocked with a minimum of 75% E.C.P. products in order to keep using E.C.P. name one the store.
5. R.W. will allow E.C.P. a reasonable amount between placing orders and shipment.
6. Terms of payment will be FOB Bedford, net 30 days. Initial stocking order excepted, to be one half prepaid .
7. E.C.P. will use best available freight rates for shipments.

Appendix-
Discount rate – Most handpainted decorations 40% off. Wisteria 30% off. Liscenced designs 30% off. Wire products 10% off.