# EXHIBIT G

Plaintiff's Exhibit No. 76

**To:** David Demiduk[dave@emersoncreek.com]
**From:** Emerson Creek[info@emersoncreek.com]
**Sent:** Sat 12/4/2021 5:01:23 PM (UTC-06:00)
**Subject:** Fwd: New Website Contact Form

ECP035000

---------- Forwarded message ---------
From: **Emerson Creek** <ecreekpotteryandtearoom@gmail.com>
Date: Thu, Sep 10, 2020 at 11:57 AM
Subject: Re: New Website Contact Form
To: <getmotivated2001@yahoo.com>


Hi Charlene,
Emerson Creek Pottery in Bedford VA sells pottery online.

https://emersoncreekpottery.com/

Thank you,
Karla

On Thu, Sep 10, 2020 at 10:10 AM Emerson Creek <info@emersoncreek.com> wrote:

A new contact form has been submitted on the website! Below are the details of the form.

----------------------------------------------------------

Name: Charlene Kehoe

Email: getmotivated2001@yahoo.com

Telephone:

Comments: Are you selling any of your pottery on line? My husband broke my spoon rest and I would like to replace it.


--
Follow us on Facebook!

***Emerson Creek***
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@emersoncreek.com

***Check out our Upcoming Events on online at www.emersoncreek.com***

**To:** David Demiduk[dave@emersoncreek.com]
**From:** Emerson Creek[info@emersoncreek.com]
**Sent:** Sat 12/4/2021 4:57:57 PM (UTC-06:00)
**Subject:** Fwd: Pottery

ECP035001

---------- Forwarded message ---------
From: **Joni Blackman** <jonihb@icloud.com>
Date: Thu, Aug 5, 2021 at 10:36 AM
Subject: Re: Pottery
To: Emerson Creek <info@emersoncreek.com>

Thank you!!

Sent from my iPhone

> On Aug 5, 2021, at 10:20 AM, Emerson Creek <info@emersoncreek.com> wrote:
>
>
> Hi Joni,
> You can order pottery pieces from Emerson Creek Pottery in Bedford VA they will ship from their location.
>
> Thank you,
> Karla
>
> On Wed, Aug 4, 2021 at 3:46 PM Joni Blackman <jonihb@icloud.com> wrote:
>
>> I'm actually looking for the small oval drip tray … mine broke & I miss it!
>>
>> Sent from my iPhone
>>
>>> On Aug 4, 2021, at 3:41 PM, Emerson Creek <info@emersoncreek.com> wrote:
>>>
>>>
>>> Hi Joni,
>>> We may have a few, but everything in the shop is 50% off right now, so I can't guarantee what would still be available.
>>>
>>> Thank you for your interest,
>>> Lisa
>>>
>>> On Wed, Aug 4, 2021 at 3:26 PM Joni Blackman <jonihb@icloud.com> wrote:
>>>
>>>> Do you still sell pots?
>>>>
>>>> Sent from my iPhone
>>>>
>>>>
>>>> --
>>>> Follow us on Facebook!

ECP035002

***Emerson Creek***
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@emersoncreek.com

***Check out our Upcoming Events on online at www.emersoncreek.com***

--
Follow us on Facebook!

***Emerson Creek***
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@emersoncreek.com

***Check out our Upcoming Events on online at www.emersoncreek.com***

--
Follow us on Facebook!

***Emerson Creek***
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@emersoncreek.com

***Check out our Upcoming Events on online at www.emersoncreek.com***

**To:**    David Demiduk[dave@emersoncreek.com]
**From:**  Emerson Creek[info@emersoncreek.com]
**Sent:**  Sat 12/4/2021 4:55:58 PM (UTC-06:00)
**Subject:**  Fwd: Sugar bowl

ECP035003

---------- Forwarded message ---------
From: **Emerson Creek** <info@emersoncreek.com>
Date: Sat, Nov 23, 2019 at 8:56 AM
Subject: Re: Sugar bowl
To: Judith Aumack <aumack1@live.com>

Hi Judith,
Unfortunately, we are no longer carrying the Emerson Creek Pottery.  Please contact Emerson Creek Pottery in Bedford VA.
www.emersoncreekpottery.com
540.297.7524
retail@emersoncreekpottery.com

They will be able to help you.

Thank you,
Karla

On Fri, Nov 22, 2019 at 1:50 PM Judith Aumack <aumack1@live.com> wrote:

    The lid to my sugar bowl got broken. It's the lavender set.  Can I buy just the lid?

--

*Emerson Creek*
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@emersoncreek.com

*Check out our Upcoming Events on online at www.emersoncreek.com*
Follow us on Facebook!

--
Follow us on Facebook!

*Emerson Creek*
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@emersoncreek.com

*Check out our Upcoming Events on online at www.emersoncreek.com*

ECP035004

**To:**     Stacey Rogers[rogersstacey211@gmail.com]
**From:**   Emerson Creek[ecguests@ecreekpotteryandtearoom.com]
**Sent:**   Sun 3/10/2019 9:22:42 PM (UTC-05:00)
**Subject:**   Re: I Would Like To Feature Emerson Creek Ceramic Casserole Dish On RT

Hi Stacey,
You can ask Emerson creek pottery in Bedford VA. They are the ones that make the pottery. emersoncreekpottery.com

Thank you.

On Sun, Mar 10, 2019 at 2:17 PM Stacey Rogers <rogersstacey211@gmail.com> wrote:

Hello, I am Stacey.

I am emailing you regarding your products that I have just seen on Amazon.com. I was wondering if you work with **food bloggers in exchange for product samples?**

Unlike many food blogs we work in exchange for samples **ONLY**and don't expect monetary compensation. Just product samples to **our home address in Portugal**and then we will do the rest. We also have a strong US audience that loves the products we recommend on Amazon.com.

We have lots of different features planned for 2019 and beyond including gift guides, giveaways, reviews and much more. As well as looking for useful products to link to in existing content.

The RT brand gets an average **2 million+ page views a month**and has 100,000+ followers between social media, a FB group and our mailing lists. Partnering together will benefit both parties since Recipe This is all about food and our readers LOVE to read about the products we like.

Thank you for your time and I'm looking forward to hearing from you if this is of interest to you.

You can email the owners direct of RT at samantha@recipethis.co.ukor I am more than happy to forward your response to them.

Stacey

@recipethis.com

--
Follow us on Facebook!

*The Tearoom is closed for the season and will reopen on May 14th*
*The Shop is open until December 29th and will reopen on May 7th.*

**Emerson Creek**
5126 Stephens Rd
Oswego, IL 60543
t. (630) 554-7100
e. info@ecreekpotteryandtearoom.com

**Check out our Upcoming Events on online at www.ecreekpotteryandtearoom.com!**



ECP 00008

**FW: Emerson Creek Pottery**
Jim Leavitt [emersoncreekpottery@outlook.com]
**Sent:** Monday, February 11, 2019 7:30 AM
**To:**   Garfield Goodrum

Example of junk emails we get re: the other emerson creek

---

**From:** Emerson Creek Pottery <retail@emersoncreekpottery.com>
**Sent:** Monday, February 11, 2019 6:23 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Emerson Creek Pottery

Dona Farmer
Customer service
Emerson Creek Pottery
540-297-7524
www.EmersonCreekPottery.com

Celebrating 42 Years of Crafting Ceramic Housewares in the USA!
"Like" us on Facebook to find out about new products and promotions

---

**From:** Oswego Pottery [mailto:site@sixmonthsfree.com]
**Sent:** Saturday, February 09, 2019 1:27 AM
**To:** Emerson Creek Pottery
**Subject:** Emerson Creek Pottery

Your Last Chance To Get Thousands of Interested Customers!

# Emerson Creek Pottery

We can send THOUSANDS of interested customers to your website

emersoncreekpottery.com local ( Oswego ), state, national or

international customers that are searching online for Pottery

## MAKE YOUR WEBSITE A BIG SUCCESS IN

## 2019

ECP 00030

# GET 1000 CUSTOMERS

**DELIVERED TO YOUR WEBSITE EACH MONTH**

Your invited to take advantage of a
**6 MONTHS FREE OFFER**

You MUST Enter Your Discount Code:
**USX6FREE**

### View Available Packages!
Remember To Enter Your Discount Code

**OR Go Directly To Your 6 Months Free Offer**

**This offer is very limited and about to expire.**

1. Subscribe and Confirm Your Details **(Takes 2 Minutes)**

2. We will research your details, create your marketing profile and start sending customers to your website within 24 hours.

3. You will be able to confirm each and every customer in the Google Traffic Report provided in your members area.

**Nothing To Edit or Install - No Lock-in Contacts - Start In Just 24 Hours**
We are looking forward to working with you and showing you just how successful this can be for your website and business..

Kind Regards,

**Lindsay** - Customer Support

This informational email has been sent to you as part of your Newsletter. If you would like to stop receiving these emails, please click here to unsubscribe.

Please do not reply to this email, as we are unable to respond from this email address. If you need help or would like to contact us, please visit our contact page.

This message was mailed to [ retail@emersoncreekpottery.com ].

ECP 00031

Title: Emerson Creek Pottery - Community | Facebook
URL: https://www.facebook.com/pg/EmersonCreekPotteryVA/community/?ref=page_internal
Date accessed: 05/02/2019
Time accessed: 08:36:53



Emerson Creek Pottery
@EmersonCreekPotteryVA

Home
About
Photos
Videos
Notes
Events
Join Email List
Posts
Shop
Community
Info and Ads

👍 Like   ↗ Share   ⋯

you are going to be on my wish list

👍 Like        💬 Comment        ↗ Share

Amy Gitomi-Blingenheimer ▶ Emerson Creek Pottery
October 5, 2013 · Oswego, IL · ⊙

Your store in Oswego, IL is warm & inviting. The minute I arrived, I texted my sister and told her I was bringing her here when she next visited & I'm also taking her to the onsite Tearoom for her birthday!

2 Comments

👍 Like        💬 Comment        ↗ Share

Emerson Creek Pottery Amy - Thank you for your kind comments - Emerson Creek in Oswego IL has its own Facebook - you can find it here -
https://www.facebook.com/EmersonCreekPotteryandTearoom/?fref=ts
5y

Emerson Creek Pottery Thank you for visiting the Chicago store!
5y

Carla Fowler Slusher ▶ Emerson Creek Pottery
October 2, 2013 · ⊙

When is your fall sale?

1 Comment

👍 Like        💬 Comment        ↗ Share

Emerson Creek Pottery Oct 25 & 26 from 10 am - 4 pm (Fri & Sat) Hope you can visit us here in Bedford VA!
5y

Watch Video
Total Likes          Total Follows

Send Message

Places ▶ Bedford, Virginia ▶ Shopping & Retail ▶
Emerson Creek Pottery ▶ Community

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ·
Facebook © 2019

See more of Emerson Creek Pottery on Facebook

Log In        or        Create New Account

ECP 00032

Title: Emerson Creek Pottery - Community | Facebook
URL: http://www.facebook.com/pg/EmersonCreekPotteryVA/community/?ref=page_internal
Date accessed: 05/02/2019
Time accessed: 08:38:59

Emerson Creek Pottery
@EmersonCreekPotteryVA

Home
About
Photos
Videos
Notes
Events
Join Email List
Posts
Shop
Community
Info and Ads

👍 Like    ↗ Share    ⋯

**Marlene Schmitt ▶ Emerson Creek Pottery**
November 5, 2010 ·

A little too far for me...since I live in Illinois

2 Comments

👍 Like        💬 Comment        ↗ Share

Emerson Creek Pottery We had sent out an email to all our fans stating if they couldn't make it to Virginia that we wold offer 20% off on any online order that weekend. If you didn't receive the email I'll extend the discount to you if you would like. Just let me know.
8y

Emerson Creek Pottery Did you know that we have a very large sister store in Oswego, Il, in the farm lands just outside of Chicago? It even has a Tea Room where you can stop and take a rest from shopping and eat. I give it two thumbs up on the food. Their facebook page over there is Emerson Creek Pottery and Tea Room. If you would like to call for directions the number is 630-554-7100
8y

**Betty Shoemaker ▶ Emerson Creek Pottery**
November 5, 2010 ·

I love baked apples and this dinnerware is great

1 Comment

👍 Like        💬 Comment        ↗ Share

Emerson Creek Pottery All of our Apple Bakers come with a wonderful recipe for baking apples. If you have any other recipes please share. I love baked apples too and this is a wonderful time of year to be serving them up.
8y

Watch Video        Total Likes    Total Follows

Places ▶ Bedford, Virginia ▶ Shopping & Retail ▶
Emerson Creek Pottery ▶ Community

English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy  Terms  Advertising  Ad Choices ▷
Cookies  More ·
Facebook © 2019

See more of Emerson Creek Pottery on Facebook

Log In        or        Create New Account

ECP 00033

Title:  Emerson Creek Pottery - Community | Facebook
URL:  https://www.facebook.com/pg/EmersonCreekPotteryVA/community/?ref=page_internal
Date accessed:  05/02/2019
Time accessed:  10:26:47





GO🔴GLE

emerson creek pottery

All    Shopping    Maps    News    Images    More        Settings    Tools

About 80,900 results (0.54 seconds)

Emerson Creek Pottery: Home
https://www.emersoncreekpottery.com/ ▼
Beautifully handcrafted ceramic pottery that is lead-free and non-toxic. Proud to be made in the USA!
Learn more.
Shop · Field of Ins Pottery · Wholesale Pottery · Eco-Friendly Pottery
You've visited this page 2 times. Last visit: 10/18/17

Emerson Creek Pottery
5.0 ★★★★★ (21) · Pottery Store
Bedford, VA · (540) 297-7884
Closed · Opens 10AM Tue

Emerson Creek Pottery & Tearoom
4.5 ★★★★★ (51) · Wedding Venue
Oswego, IL · (630) 554-7100

Rating ▾   Hours ▾

Products Archive - Emerson Creek Pottery
https://www.emersoncreekpottery.com/shop/ ▼
Results 1 - 18 of 852 - Cranberry; Copper Clay; Dragonfly; Field of Ins; Do Green Earthware; Lavender;
Pinecone; American Blue; Blueberry; Red Poppy; Tuscan Olive; Onyx Black; Blue Crab; Summer Peaks of
Otter; Cookie Stamps; Dogwood; Shortbread Pans; Artisan Unglazed; Round Prints; Walking Paws;
Goldfish ...
You visited this page on 2/1/18.

ECP 00113

ECP 00114

G emerson creek pottery - x

← → C △ 🔒 Secure | https://www.google.com/search?q=emerson+creek+pottery&rlz=1C1CHFX_enUS561US562&oq=emerson+creek+pottery&aqs=chrome...   ⊕ ☆ 🔱 🎤

∷ Apps ⬛ GBG ⬛ Law ⬛ IP ⬛ Clients ⚙ GRGRLC OWA 🗌 Web Mail Messages ⚙ Cto ⚙ PTO ⚙ PTO_Teas-TABR ⚙ U.S. Copyright Office 🗞 NYTimes 🖴 Google Drive 🚸 MOTO-GP

**Outlet Store - Emerson Creek Pottery**
https://www.emersoncreekpottery.com/outlet-store/ ▾
Located in the foothills of the Blue Ridge Mountains of Virginia, **Emerson Creek Pottery** artisans are continuing the American tradition of handmade ceramic pottery making in a contemporary way. The property on which **Emerson Creek Pottery** sits was originally a 500-acre land grant from the King of England. In 1925, Silas ...

**Emerson Creek Pottery + Tea Room | A pleasant return to simple days ...**
www.ecreekpotteryandtearoom.com/ ▾
**Emerson Creek Pottery** and Tearoom is located in Oswego, IL. It is a great spot for lunch, shopping and to hold your next special event.
Emerson Creek Cookbook · Pottery Shop · Barn Weddings · Tearoom
You've visited this page many times. Last visit: 2/4/18

**Emerson Creek Pottery - Home | Facebook**
https://www.facebook.com/Emerson-Creek-Pottery-137469305628874/2/ ▾
**Emerson Creek Pottery**, 4 hrs · Elevate your morning coffee routine with our latte mugs. Latte Mugs from **Emerson Creek Pottery** in Virginia. All our latte mugs are handmade and handpainted at **Emerson Creek Pottery**. All pieces are microwave and dishwasher safe, ovenproof, and lead free.
emersoncreekpottery.com.

**Emerson Creek Pottery | eBay**
www.ebay.com/bhp/emerson-creek-pottery ▾
Find great deals on eBay for **Emerson Creek Pottery** in More American Pottery. Shop with confidence.

**Emerson Creek Pottery China at Replacements, Ltd. - Page 1**
https://www.replacements.com/china/ecp.htm ▾
**Emerson Creek Pottery** - Largest selection of patterns at Replacements, Ltd - Page 1.

**Emerson Creek Pottery & Tearoom, Oswego - Restaurant Reviews ...**
https://www.tripadvisor.com › ... › Illinois (IL) › Oswego › Oswego Restaurants ▾
★★★★★ Rating: 4.5 - 62 reviews - Price range: $$ - $$$
**Emerson Creek Pottery** & Tearoom, Oswego: See 62 unbiased reviews of **Emerson Creek Pottery** & Tearoom, rated 4.5 of 5 on TripAdvisor and ranked #11 of 78 restaurants in Oswego.

**Amazon.com: Emerson Creek Pottery**
https://www.amazon.com/Emerson-Creek-Pottery/pages/9141487011 ▾
Online shopping for **Emerson Creek Pottery** at Amazon.com.

**Emerson Creek Pottery in Bedford Virginia - YouTube**
https://www.youtube.com/watch?v=u7yB0a2n0QM ▾
Nov 29, 2008 - Uploaded by EmersonCreekPottery
www.emersoncreekpottery.com Outlet Store "Welcome to Emerson Creek Pottery's Log Cabin Outlet Store ...

Searches related to emerson creek pottery



G emerson creek pottery ×

← → C ⟳ ⌂ 🔒 Secure | https://www.google.com/search?q=emerson+creek+pottery&rlz=1C1CHFX_enUS561US562&oq=emerson+creek+pottery&aqs=chrome... ⊕ ☆ 📷 📱 🗄 🖶 📷 :

Apps

https://www.facebook.com/EmersonCreekPottery13749580362a9/42/ ▼
Emerson Creek Pottery. 4 hrs -. Elevate your morning coffee routine with our latte mugs . Latte Mugs from Emerson Creek Pottery in Virginia. All our latte mugs are handmade and handpainted at Emerson Creek Pottery. All pieces are microwave and dishwasher safe, ovenproof, and lead free.
emersoncreekpottery.com.

Emerson Creek Pottery | eBay
www.ebay.com/bhp/emerson-creek-pottery ▼
Find great deals on eBay for Emerson Creek Pottery in More American Pottery. Shop with confidence.

Emerson Creek Pottery China at Replacements, Ltd. - Page 1
https://www.replacements.com/china/ecp.htm ▼
Emerson Creek Pottery - Largest selection of patterns at Replacements, Ltd. - Page 1.

Emerson Creek Pottery & Tearoom, Oswego - Restaurant Reviews ...
https://www.tripadvisor.com › ... › Illinois (IL) › Oswego › Oswego Restaurants ▼
★★★★☆ Rating: 4.5 - 62 reviews - Price range: $$ - $$$
Emerson Creek Pottery & Tearoom, Oswego: See 62 unbiased reviews of Emerson Creek Pottery & Tearoom, rated 4.5 of 5 on TripAdvisor and ranked #11 of 78 restaurants in Oswego.

Amazon.com: Emerson Creek Pottery
https://www.amazon.com/Emerson-Creek-Pottery/pages/9141487011 ▼
Online shopping for Emerson Creek Pottery at Amazon.com.

Emerson Creek Pottery in Bedford Virginia - YouTube
https://www.youtube.com/watch?v=u7y80a0n0QM ▼
Nov 29, 2008 - Uploaded by EmersonCreekPottery
www.emersoncreekpottery.com Outlet Store "Welcome to Emerson Creek Pottery's Log Cabin Outlet Store ...

Searches related to emerson creek pottery

emerson creek pottery coupon          emerson creek pottery wedding cost
emerson creek pottery reviews         emerson creek shooting
emerson creek pottery ebay            emerson creek pottery hours
vintage emerson creek pottery         emerson creek pottery vase

Goooooooooogle >
1 2 3 4 5 6 7 8 9 10    Next

● 05062, Reading, VT - From your phone (Location History) - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

ECP 00115

Title : emerson creek - Google Search
URL: https://www.google.com/search?q=emerson+creek&rlz=1C1GCEU_enUS831US821&oq=emerson+creek&aqs=chrome..69i57.2743j0j4&sourceid=chrome&ie=UTF-8
Date accessed : 05/01/2019
Time accessed : 11:04:08

Google

emerson creek

All   News   Maps   Shopping   Images   More          Settings   Tools

About 20,100,000 results (0.67 seconds)

### Emerson Creek Pottery + Tea Room | A pleasant return to simple days ...
https://www.ecreekpotteryandtearoom.com/
**Emerson Creek** Pottery and Tearoom is located in Oswego, IL. II is a great spot for lunch, shopping, and to hold your next special event.

**Barn Weddings**
Fall Gallery - EC Rentals - Summer Gallery - ...

**Our Events**
At Emerson we have several events going on all season long ...

**Café**
Don't let the word "Café" fool you We serve a full lunch menu that ...

**About/Press**
While visiting in Virginia, we happened on Emerson Creek ..

More results from ecreekpotteryandtearoom.com »

### Emerson Creek Pottery: Home
https://www.emersoncreekpottery.com/
Beautifully handcrafted ceramic pottery is lead-free and non-toxic  Proud to be made in the USA
Learn more.
About   Contact Us   Ceramic Dinnerware   Serveware

### Emerson Creek Pottery and Tea Room | Reception Venues - Oswego, IL
https://www.theknot.com › ... › Illinois Wedding Venues › Oswego Wedding Venues ▾
★★★★★ Rating · 4.9 · 47 reviews · Price range · $$ - Affordable
**Emerson Creek** Pottery and Tea Room is a Reception Venue in Oswego, IL. Read reviews, view photos, see special offers, and contact **Emerson Creek** Pottery ...

### Emerson Creek Pottery & Tearoom - 77 Photos & 30 Reviews ...
https://www.yelp.com › Event Planning & Services › Venues & Event Spaces ▾
★★★★☆ Rating · 4.5 · 30 reviews · Price range · $$
30 reviews of **Emerson Creek** Pottery & Tearoom "A coworker/friend had invited me and another friend to the Backroads Holiday Vintage Market this year and ...

### Emerson Creek Pottery and Tearoom - Home | Facebook
https://www.facebook.com › Places › Oswego, Illinois › Cafe ▾
★★★★★ Rating · 4.8 · 277 votes
**Emerson Creek** Pottery and Tearoom - 5126 Stephens Rd, Oswego, Illinois 60543 - Rated 4.8 based on 277 Reviews "As a newly engaged person looking for a ...

### Emerson Creek Pottery & Tearoom, Oswego - Restaurant Reviews ...
https://www.tripadvisor.com › ... › Illinois (IL) › Oswego › Oswego Restaurants ▾
★★★★☆ Rating · 4 · 68 reviews · Price range · $$ - $$$
**Emerson Creek** Pottery & Tearoom, Oswego. See 68 unbiased reviews of **Emerson Creek** Pottery & Tearoom, rated 4 of 5 on TripAdvisor and ranked #10 of 74 ...

### Emerson Creek Pottery & Tearoom Weddings | Get Prices for Wedding ...
https://www.wedding-spot.com/venue/2582/Emerson-Creek-Pottery-Tearoom/ ▾
Enjoy the pleasant return to simple days and simple ways with your wedding day celebration at **Emerson Creek**. Enjoy an outdoors ceremony with a picturesque ...

Images for emerson creek



→ More images for emerson creek          Report images

Searches related to emerson creek

holiday sneak peek backroads vintage market at emerson creek november 9
emerson creek rentals
emerson creek santa
emerson creek yoga
emerson creek pottery coupon
emerson creek yoga and mimosas
emerson creek dinnerware
directions to emerson creek pottery



Emerson Pottery &

See photos          See outside

## Emerson Creek Pottery & Tearoom

Website   Directions   Save

4.5 ★★★★★ 98 Google reviews
Wedding venue

**Address:** 5126 Stephens Rd, Oswego, IL 60543
**Phone:** (630) 554-7100

Suggest an edit

### Questions & answers
See all questions (5)          Ask a question

### Reviews from the web

| The Knot | Facebook | Wedding ... |
|---|---|---|
| 4.9/5 | 4.8/5 | 4.9/5 |
| 41 reviews | 217 votes | 11 reviews |

### Reviews          Add a photo          Write a review

"What a quaint little place with a nice experience to offer."

"Food was okay but prices were ridiculous and service was not good."

"The setting is breathtaking & the owner's and staff were absolutely incredible."

View all Google reviews

### From Emerson Creek Pottery & Tearoom

"Make your reservation today at Emerson Creek Tearoom where we serve a full lunch menu that can fill even the heartiest appetites! We strive to offer the tastiest dishes, each prepared using the freshest ingredients. Don't forget to stop by the shop...More

### Profiles

 Facebook           Instagram

### People also search for          View 15 »

                    
Northfork Farm          Gaylord House & Gardens          Warehou ...
Wedding venue          Wedding venue          Event venue

Feedback

North Central Westminster, Westminster, CO - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

ECP 00119



Emerson Creek Pottery

Construction • Oswego, Illinois • 7 followers

1 person from your school was hired here. See all 5 employees on LinkedIn →

Follow   See jobs

About us

Company details

**Website**
**http://www.emersoncreekpottery.com/**

**Headquarters**
Oswego, Illinois

**Company size**
11-50 employees

See more ˅

ECP 00129

Title: emerson creek pottery – YouTube
URL: https://www.youtube.com/results?search_query=emerson+creek+pottery
Date accessed: 05/02/2019
Time accessed: 11:48:17



ECP 01152

Title: EmersonCreek Pottery on Twitter: "One of our fans recently shared she uses our Cookie Jars as Canisters on her kitchen counter. What other... http://t.co/$a8imaJHEt"
URL: https://twitter.com/emersoncreek/status/627115542185259008
Date accessed: 05/24/2019
Time accessed: 11:08:57



ECP 01877

Title:  emerson creek pottery - Google Search
URL:
https://www.google.com/search?q=emerson+creek+pottery&rlz=1C1GCEU_enUS821US821&source=lnms&tbm=isch&sa=X&ved=0ahUKEwjZ6_DIx6blAhXpHjQIHXUCBbYQ_AUIF8gE&biw=1745&bi...
Date accessed:  10/18/2019
Time accessed:  13:39:39

Google          emerson creek pottery              📷 🎤 🔍          Sign in

🔍 All    🛍 Shopping    🗺 Maps    📰 News    🖼 Images    ⋮ More          Settings    Tools          SafeSearch ▾

wedding    tearoom    ceramic    pitcher    vase    vintage pottery zanesville    whimsical pottery    pattern    farmhouse pottery    bo...

Sponsored ⓘ

       

| $317.99 Blueberry Classic Dinner Set for 4,... Houzz | $317.99 Red Poppy Classic Dinner Set for 4,... Houzz | $317.99 Tuscan Olive Coupe Dinner Set for 4,... Houzz | $317.99 American Blue Coupe Dinner Set fo... Houzz | $317.99 Go Green Coupe Dinner Set for 4... Houzz | $317.99 Go Green Classic Dinner Set for 4 ... Houzz | $317.99 American Blue Classic Dinner Set... Houzz | $3... Blu... D... Hou... |



   

Emerson Creek | A pleasant return to ...
emersoncreek.com

Emerson Creek Pottery and Tea Room ...
venuereport.com

Emerson Creek Pottery & Tearoom, Oswego ...
tripadvisor.com

Emerson Creek | A pleasant return to ...
emersoncreek.com

   

Emerson Creek Pottery & Tearoom ...
wedding-spot.com

Emerson Creek Pottery and Tearoom ...
herecomestheguide.com

Emerson Creek Pottery and Tearoom ...
herecomestheguide.com

Emerson Creek Weddings - Picture of ...
tripadvisor.com

   

Emerson Creek Pottery and Tea Room ...
venuereport.com

Emerson Creek Pottery and Tearoom ...
herecomestheguide.com

Emerson Creek Pottery and Tearoom ...
tjarosphotography.com

Emerson Creek | Barn Weddings
emersoncreek.com

    

Emerson Creek Pottery & ...
yelp.com

Real Wedding | Blush a...
heirloomeventco.com

Emerson Creek Pottery | Bedford, VA ...
visitroanokeva.com

Emerson Creek | Reception Venues ...
theknot.com

Emerson Creek Pottery & Tearoom Is Pet ...
bringfido.com

   

ECP 01878



Emerson Creek Pottery & Tearoom ...
wedding-spot.com



Emerson Creek Pottery Barn and Tea R...
laurameyerphotography.com



Emerson Creek Pottery and Tearoom ...
herecomestheguide.com



Emerson Creek Pottery .
junebugweddings.com



Emerson Creek Wedding Photos | Oswego ...
angelalailyphotography.com



Emerson Creek Pottery and Tea Room...
venuereport.com



Emerson Creek Pottery Barn Cocktail Hour
theknot.com



Emerson Creek | Barn Weddings
emersoncreek.com





Picture of Emerson Creek Pottery ...
tripadvisor.com



Those barn doors!! - Yelp
yelp.com



Emerson Creek Pottery and Tea Room ...
wescraftphotography.com



Emerson Creek Pottery...
patch.com



Emerson Creek Pottery & Tearoom ...
pattymcguire.com



Emerson Creek Pottery...
blog.joylynphotography.c...



19 Best Historic Emera...
pinterest.com



Used Emerson Creek Pottery Set 4 Piece...
us.letgo.com



Emerson Creek Pottery & Tearoom ...
wedding-spot.com



Emerson Creek Pottery Wedding2 ...
chelseyjoyphotography.com

Chria Demiduk of Emerson Creek Pottery ...
voyagechicago.com



Emerson Creek | A pleasant return to ...
emersoncreek.com



Emerson Creek Pottery and Tearoom ...
paulmichaelsevents.com



Oswego Emerson Creek Bar...
chicagoillinoisweddingphotog...





Emerson Creek Pottery in Bedford ...
youtube.com



Barn in process of wedding decorating ...
tripadvisor.com



Emerson Creek Pottery...
tommywagnerauctions.c...



Emerson Creek Pottery Wedding // Dana ...
katiekettphotography.com



Emerson Creek Pottery | Bes...
bespokepost.com



Emerson Creek Pottery Wedding 4 ...
chelseyjoyphotography.com



TWA Weddings at Emerson ...
pinterest.com



Emerson Creek Pottery in Collectible ...
ebay.com



Emerson Creek Pottery & Tearo...
patch.com





Emerson Creek Pottery Floral Cre...
ebay.com


Emerson Creek Pottery & Tearoom ...
yelp.com


Emerson Creek Pottery
emersoncreekpottery.com


Emerson Creek Pottery ...
etsy.com


Weddings Venues Emerson Creek P...
newweddingideas.net


emerson creek – everythingfinance.co
everythingfinance.co


Emerson Creek Pottery & Tearoom is Pe...
bringfido.com


Emerson Creek Pottery - 5 ...
foursquare.com


Emerson Creek Pottery...
pattymcguire.com


Blush & Vintage Farm Wedding | Emerson ...
heirloomeventco.com


Grey Wedding at Emerson Creek ...
womangettingmarried.com


Emerson Creek Pottery...
tjarosphotography.com


Emerson Creek Pottery Wedding // Dan...
katiekettphotography.com


Emerson Creek Pottery & Tearoom ...
wedding-spot.com


Donna and Chadd | Emerson Creek Pottery ...
blog.joylynphotography.com


Emerson Creek Pottery...
shoptiques.com


Emerson Creek Pottery | Bedford, VA 24523
visitroanokeva.com


Emerson Creek Pottery, Halloween ...
replacements.com


Emerson Creek Pottery
madeinusaforever.com


Emerson Creek Pottery Wedding-17 ...
chelseyjoyphotography.com


Emerson Creek Pottery and Tea Room ...
elitephotogallery.com


Emerson Creek Pottery ...
emersoncreekpottery.com


Emerson Creek Pottery ...
junebugweddings.com


Emerson Creek Pottery & Tea Room ...
crystalbride.com


Emerson Creek Pottery ...
etsy.com


Grey Wedding at Emerson Creek ...
womangettingmarried.com


Emerson Creek Pottery...
ecreekpotteryandtearoo...


Emerson Creek Pottery & Tea Room ...
discjockey.org


Emerson Creek Pottery and Tea Room ...
venuereport.com


Pottery Utensil, Pen, Brus...
rubylane.com


Emerson Creek Pottery Reception
theknot.com


Emerson Creek Wedding Photos | Oa...
angelalallyphotography.com


Beautiful Emerson Creek Pottery ...
amazon.com


Emerson Creek Pottery C...
russellsauctionfirm.com


Emerson Creek Pottery and Tearoom ...
klikvacations.com









ECP 01880


Emerson Creek Pottery 1068 Pottery Ln ...
yellowpages.com


1993 EMERSON CREEK Pottery, Bedford ...
picclick.com


Merry Christmas and a Happy Open Hou...
facebook.com


Emerson Creek Pottery + Tearoom ...
zuzuspetalsevents.com


Emerson Creek Pottery made in USA, sold ...
pinterest.com


Emerson Creek Pottery ...
one-jufy.com


Emerson Creek Pottery and Tea Room ...
thecelebrationsociety.com


Emerson Creek Pottery Accent...
poshmark.com


Emerson Creek Pottery from Be...
icollector.com


emerson creek pottery - The Virgi...
pilotonline.com


Emerson Creek Pottery & Tea Room ...
discjockey.org


Emerson Creek Pottery & Tearoom - Store ...
businessyab.com


Emerson Creek Pottery a...
wescraftphotography.com


Amazon.com: Emerson Cr...
amazon.com


Emerson Creek Pottery Bar...
lauramayerphotography.com


Emerson Creek Pottery
madeinusaforever.com


Spring Wedding at Emerson Creek ...
ipomeafloral.com


Indian American Fusion Farm Weddin...
elitephotogallery.com


Emerson Creek Pottery and Tearoo...
patch.com


Emerson Creek Pottery & Tearoom - Store ...
businessyab.com


Oswego Emerson Creek Barn Wedding ...
chicagoillinoisweddingphotography.com


EMERSON CREEK POTTERY Mug ...
picclick.com


Emerson Creek Pottery ...
jubileereviews.com


Emerson Creek Pottery and Tearoom ...
paulmichaelsevents.com


Emerson Creek Pottery Bowl with Spout ...
ebth.com


Emerson Creek Pottery, Snowman ...
replacements.com


Gift Guide, Emerson Creek Pottery
andersonsangels.com


Emerson Creek Barn Wedding | Nhsonline
nhsonline.nl


Emerson Creek Pottery | Visit Virginia ...
flickr.com


where we serve our homemade food ...
tripadvisor.com


Emerson Creek Pottery Movie - YouTube
youtube.com











Emerson Creek Pottery and Tea Room ...
thecelebrationsociety.com

Emerson Creek Pottery and Tearoom ...
chelseyjoyphotography.com

Emerson Creek Pottery and Tea Room ...
tjarosphotography.com

chicago wedding photograp...
amyphotochicago.com






Emerson Creek Pottery Outlet ...
roanoke.nimbledeals.com

emerson creek – everythingfinance.co
everythingfinance.co

Eco-Babyz: Emerson Creek Pottery Review
eco-babyz.com

Emerson Creek Pottery | Things That ...
thingsthatmakepeoplegoaww.com







Emerson Creek Pottery Onion Soup Cro...
wovenbywords.com

Antiques, Art, Vintage
goantiques.com

Photos for Emerson Creek ...
yelp.com

Emerson Creek Pottery and Tea Room ...
venuereport.com

Donna and Chadd | Emerson Creek Po...
blog.joyfynphotography.com







Emerson Creek Pottery made in USA, sold ...
pinterest.com

Emerson Creek Pottery- Spoon Rest ...
partyofthreeroomformore.blogspot.com

Emerson Creek Pottery...
junebugweddings.com

Emerson Creek Pottery Vases S...
etsy.com

Emerson Creek Pottery ...
thebestdessertrecipes.com







Emerson Creek Pottery & Tearoom - Love ...
lovestoriestv.com

Give the Gift of Pottery This Christ...
emersoncreekpottery.com

Blush & Vintage Farm ...
heirloomeventco.com

Emerson Creek Pottery...
ebay.com

Emerson Creek Pottery | Houzz
houzz.com







Emerson Creek Pottery M...
bonanza.com

Emerson Creek Pottery + Tea Room ...
ecreekpotteryandtearoom.com

Emerson Creek Pottery #Review...
momdoesreviews.com

Wedding at Emerson Creek Pottery & Tearoom
lillyphotography.com

Emerson Creek Pottery & Tea ...
chicagonow.com







Emerson Creek Pottery...
lavenderhillsofkentucky.c...

EMERSON CREEK POT...
worthpoint.com

Rustic Wedding at Emerson Creek Pottery ...
vimeo.com

Beauties from Emerson Creek Pottery ...
momblogsociety.com

Emerson Creek Pottery Mu...
bonanza.com







ECP 01882







Emerson Creek Pottery | Bespoke ...
bespokepost.com

Emerson Creek Pottery, Apple Bake...
mommyramblings.org

Emerson Creek Pottery a...
wescraftphotography.com

Virginia, USA) Ceramic Table Lamp ...
theidealhandlaundry.com

Emerson Creek Flower Vase ...
poshmark.com







MMO @ Emerson Creek Pottery & Tea Room ...
meetup.com

Emerson Creek Pottery Handcr...
mommylivingthelifeofriley.com

Emerson Creek | Barn Weddings
emersoncreek.com

M.A. Hadley, ABC Bassano, ...
ebth.com

Emerson Creek Pottery
madeinusaforever.com








EMERSON CREEK POT...
omlosborne.wixsite.com

Wedding BlogEmerson Creek Pottery ...
letsbeetogether.com

Wedding and Engagem...
blog.brittanybekas.com

Emerson Creek Pottery'...
champlainvalleyhoney.com

Antiques, Art, Vintage
goantiques.com

Emerson Creek Pottery Vase ...
amazon.com







Reality TV stars get married in Oswego ...
chicagotribune.com

fashion inspired wedding photog...
amyphotochicago.com

BEAUTIFUL EMERSON CREE...
picclick.com

Emerson Creek Pottery Outlet Store ...
virginia.org

Emerson Creek Pottery ...
shoptiques.com






Emerson Creek Pottery Wedding ...
one-july.com

Emerson Creek Wedding Photos | Oswego ...
angelalallyphotography.com

Emerson Creek Pottery Review ~ My ...
mycraftyzoo.com

Emerson Creek Pottery Wedding - Oswego ...
elitephotogallery.com







Emerson Creek Pottery Casser...
powered-by-mom.com

Emerson Creek Pottery & Tearoom - ...
businessyab.com

Artisans Center of Virginia
artisanscenterofvirginia.org

Emerson Creek Pottery | Bedford, VA 245...
visitroanokeva.com

Emerson Creek Pottery Rev...
stephscheersandjeers.com







Emerson Creek Pottery...
sirved.com

Emerson Creek Pottery Wedding // Dana + ..
katiekettphotography.com

Emerson Creek Pottery from Be...
icollector.com

Andersons Angels: Emerson Creek Pottery ...
andersonsangels.com

Dragonfly Classic Dinner Set fo...
gregwheelerformayor.com







ECP 01883







Emerson Creek Pottery Co...
thingsthatmakepeoplegoe.w...

Emerson Creek Pottery and Tearoom ...
chelseyjoyphotography.com

Emerson Creek Pottery Pasture
theknot.com

Weddings at Emerson ...
facebook.com

emerson creek – everythingfinance.co
everythingfinance.co







Emerson Creek Pottery and Tearoom ...
tjerosphotography.com

Emerson Creek Pottery, Virginia (signed ...
auctionzip.com

Best Emerson Creek Pottery. B...
varagesale.com

Spring Wedding at Eme...
ipomeafloral.com

Emerson Creek Pottery & Tea ...
discjockey.org







Emerson Creek Pottery. Bedford, VA...
youtube.com

Emerson Creek Pottery #Review ...
momdoesreviews.com

Photos at Emerson Creek ...
foursquare.com

Emerson Creek Pottery and Tearoom ...
paulmichaelsevents.com

Chris Demiduk of Emerson Creek Pott...
voyagechicago.com

ECP 02945

redacted

From: Emerson Creek Pottery <retail@emersoncreekpottery.com>
Sent: Thursday, August 12, 2021 11:57 AM
To: 'Jim Leavitt' <emersoncreekpottery@outlook.com>
Subject: FW: Emerson Creek Pottery

From: Oswego Pottery [mailto:offers@extravidits.com]
Sent: Tuesday, November 06, 2018 1:28 PM
To: Emerson Creek Pottery
Subject: Emerson Creek Pottery

**Thousands of Customers Are Looking For Your Business!**

## Emerson Creek Pottery

**We can send thousands of customers to your**

**website emersoncreekpottery.com**

**Customers near Oswego that are searching online**

**for Pottery**

# 1000 CUSTOMERS

## DELIVERED TO YOUR WEBSITE EACH MONTH

1,000 targeted monthly customers is normally **$49 per month**

## Your invited to take advantage of a

ECP 02946

# 6 MONTHS FREE OFFER

## You MUST Enter Your Discount Code:
## USX6FREE

**View Available Packages!**
Remember To Enter Your Discount Code

OR <u>Go Directly To Your 6 Months Free Offer</u>

1. Confirm your website, industry and the location of the customers you would like visiting your website.
*(Takes just 2 min)*

2. We create your custom marketing profile and start delivering customers to your website within 24 hours.

3. The Google Traffic Report in the members area will confirm every customer that we send to your website.

**Nothing To Edit or Install - No Lock-in Contacts - Start In Just 24 Hours**

We are looking forward to working with you and sending the right customers to your website and business.

Kind Regards,

**Susan** - Customer Service

This informational email has been sent to you as part of your Newsletter. If you would like to stop receiving these emails, please click here to <u>unsubscribe</u>.

Please do not reply to this email, as we are unable to respond from this email address. If you need help or would like to contact us, please visit our contact page. This message was mailed to [ <u>retail@emersoncreekpottery.com</u> ].

ECP 02947

redacted

**From:** Emerson Creek Pottery <retail@emersoncreekpottery.com>
**Sent:** Thursday, August 12, 2021 11:57 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Emerson Creek Pottery

**From:** Oswego Pottery [mailto:offers@extraventss.com]
**Sent:** Wednesday, November 14, 2018 5:29 PM
**To:** Emerson Creek Pottery
**Subject:** Emerson Creek Pottery

### Thousands of Customers Are Looking For Your Business!

## Emerson Creek Pottery

**We can send thousands of customers to your**

**website emersoncreekpottery.com**

**Customers near Oswego that are searching online**

**for Pottery**

# 1000 CUSTOMERS
## DELIVERED TO YOUR WEBSITE EACH MONTH

1,000 targeted monthly customers is normally **$49 per month**

## Your invited to take advantage of a

ECP 02948

# 6 MONTHS FREE OFFER

## You MUST Enter Your Discount Code:
## USX6FREE

**View Available Packages!**
Remember To Enter Your Discount Code

OR **Go Directly To Your 6 Months Free Offer**

1. Confirm your website, industry and the location of the customers you would like visiting your website.
*(Takes just 2 min)*

2. We create your custom marketing profile and start delivering customers to your website within 24 hours.

3. The Google Traffic Report in the members area will confirm every customer that we send to your website.

**Nothing To Edit or Install - No Lock-in Contacts - Start In Just 24 Hours**

We are looking forward to working with you and sending the right customers to your website and business.

Kind Regards,

**Sasha** - Customer Service

This informational email has been sent to you as part of your Newsletter. If you would like to stop receiving these emails, please click here to unsubscribe.

Please do not reply to this email, as we are unable to respond from this email address. If you need help or would like to contact us, please visit our contact page. This message was mailed to [ retail@emersoncreekpottery.com ].

ECP 02949

redacted

From: Emerson Creek Pottery <retail@emersoncreekpottery.com>
Sent: Thursday, August 12, 2021 11:56 AM
To: 'Jim Leavitt' <emersoncreekpottery@outlook.com>
Subject: FW: Emerson Creek Pottery

From: Oswego Pottery [mailto:exclusive@xtravisits.com]
Sent: Monday, October 29, 2018 5:00 AM
To: Emerson Creek Pottery
Subject: Emerson Creek Pottery

**Thousands of Customers Are Looking For Your Business!**

## Emerson Creek Pottery

**We can send thousands of customers to your**

**website emersoncreekpottery.com**

**Customers near Oswego that are searching online**

**for Pottery**

# 1000 CUSTOMERS
### DELIVERED TO YOUR WEBSITE EACH MONTH

1,000 targeted monthly customers is normally **$49 per month**

## Your invitation to take advantage of a

ECP 02950

# 6 MONTHS FREE OFFER

## Your Promo Code: **USX6FREE**

**View Details Click Here!**
Yes. I want more customers

**View Your 6 Months Free Offer**

1. Confirm your website, industry and the location of the customers you would like visiting your website.
*(Takes just 2 min)*

2. We create your custom marketing profile and start delivering customers to your website within 24 hours.

3. The Google Traffic Report in the members area will confirm every customer that we send to your website.

## Nothing To Edit or Install - No Lock-in Contacts - Start In Just 24 Hours

We are looking forward to working with you and sending the right customers to your website and business.

Kind Regards,

**Sarah** - Customer Service

This informational email has been sent to you as part of your Newsletter. If you would like to stop receiving these emails, please click here to unsubscribe.

Please do not reply to this email, as we are unable to respond from this email address. If you need help or would like to contact us, please visit our contact page. This message was mailed to [ retail@emersoncreekpottery.com ].

ECP 02951

redacted

**From:** Emerson Creek Pottery <ecp@emersoncreekpottery.com>
**Sent:** Thursday, August 12, 2021 11:55 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Oswego

**From:** Oswego Business Recognition [mailto:info@award-online.org]
**Sent:** Thursday, January 19, 2017 11:38 AM
**To:** ecp@emersoncreekpottery.com
**Subject:** LAST CHANCE: Emerson Creek Pottery

Emerson Creek Pottery has been selected for the 2016 Best of Oswego Awards for Housewares.

For details and more information please view our website:
2016 Best of Oswego Awards - Housewares

If you are unable to view the link above, please copy and paste the following into your web browser:
http://oswego.award-online.org/syhnx9rd_EMERSON-CREEK-POTTERY

Best Regards,

Oswego Business Recognition

This email was sent to: ecp@emersoncreekpottery.com.
Remove - to be safely and instantly removed.
Report Abuse - to safely report abuse and to stop all future email communications.
If you would like to stop receiving advertisements please write to: Business Recognition, 337 Garden Oaks Blvd, Houston, TX 77018.

ECP 02952

redacted

**From:** Emerson Creek Pottery <retail@emersoncreekpottery.com>
**Sent:** Thursday, August 12, 2021 11:51 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Oswego

**From:** Oswego IL
**Sent:** Monday, October 26, 2020 5:23 PM
**To:** Emerson Creek Pottery IL <retail@emersoncreekpottery.com>
**Subject:** Pottery Emerson Creek Pottery

Yes, You Can Experience a Steady Flow of Interested Website Visitors & Create
a New Source of Valuable Business Every Day For Emerson Creek Pottery.

# 1,000 Website Visitors
## Directed To Your Website Each Month

## Emerson Creek Pottery

We selected Emerson Creek Pottery for this exclusive offer due to our
years of experience providing customers that are searching online for
Pottery.

**ALMOST ALL PACKAGES HAVE BEEN TAKEN
LAST CHANCE OFFER**

# 6 MONTHS FREE

**Your Discount Code: MYUS6FREE**

**View Your Special Offer Details**

OR VIEW PACKAGE DETAILS

- Nothing To Edit or Install -
- See New Website Visitors in Just 24 Hours -
- Local, State, National or International Visitors -
- Guaranteed Visitors & Contacts -
- Live Traffic Report -

We look forward to working with you and showing you valuable results for your website and business.

Kind Regards,

**Jane**- Customer Support Team

This is part of your Newsletter. That is sent to our social media members, newsletter subscribers, and trial members. Please do not reply to this email, as we are unable to respond from this email address. If you would like to contact us, please visit our contact page. This message was mailed to [ retail@emersoncreekpottery.com ]. **unsubscribe**.

Qld, Australia | New Zealand | London, United Kingdom | United States | Canada

ECP 02954

> redacted

**From:** Emerson Creek Pottery <retail@emersoncreekpottery.com>
**Sent:** Thursday, August 12, 2021 11:52 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Oswego

**From:** Mike Ryan
**Sent:** Monday, June 22, 2020 11:18 AM
**To:** emersonform <emersonform@emersoncreekpottery.com>
**Subject:** Emerson Creek Pottery /

Emerson Creek Pottery /
5000 Grove Rd Ste B
Oswego IL 60543

Hi. My name is Mike Ryan. We recently assisted another business, who like Emerson Creek Pottery, they also provide services to the Oswego area communities.

I'm following up on information we sent in the mail to you, and others in the Oswego area, about our unsecured <u>FUNDING</u> programs

Even with the impact of the COVID Virus, we are able to help most "essential" businesses now - with the goal of being in the position to assist all business as life returns to normal in the near future.

Please call me at 615-669-0298 and within a few minutes I can describe our programs. If there is someone else I should talk to, it would be my pleasure to explain what we do in more detail.

As we are a smaller family owned company we make every attempt to be a responsible marketer and put our direct phone number on every piece of marketing we send. If you would like not to receive information sent in the US Mail or followup emails please <u>CLICK HERE</u> or call me right now at 615-669-0298

Thank you for your time!

Mike Ryan
Delta Partners Funding LLC
615-669-0298

*FYI:  We **NEVER** make sales phone calls.*

ECP 02956

redacted

From: Emerson Creek Pottery <retail@emersoncreekpottery.com>
Sent: Thursday, August 12, 2021 11:54 AM
To: 'Jim Leavitt' <emersoncreekpottery@outlook.com>
Subject: FW: Another Oswego

From: Pottery Oswego [mailto:connect@ddrevisits.me]
Sent: Monday, March 11, 2019 12:55 PM
To: Emerson Creek Pottery
Subject: Emerson Creek Pottery Pottery

**This Is What You've Been Waiting For - A Steady Flow Of New Business - Thousands Of Interested Website Visitors!**

## -- Emerson Creek Pottery --

We can send THOUSANDS of interested customers to

your website emersoncreekpottery.com, local (Oswego),

State, National or International customers that are

searching online for Pottery

## GET MORE BUSINESS ONLINE IN 2019
# GET 1,000 CUSTOMERS

ECP 02957

## DELIVERED TO YOUR WEBSITE EACH MONTH

# This is your chance to get

# 6 MONTHS FREE

## Your Discount Code: **USX6FREE**

**View Available Packages!**
Remember To Enter Your Discount Code

OR Go Directly To Your 6 Months Free Offer

1. Subscribe and Confirm Your Details **(Takes 2 Minutes)**

2. We will research your details, create your marketing profile and start sending customers to your website within 24 hours.

3. You will be able to confirm each and every customer in the Google Traffic Report provided in your members area.

**Nothing To Edit or Install - No Lock-in Contacts - Start In Just 24 Hours**

We are looking forward to working with you and showing you just how successful this can be for your website and business..

Kind Regards,

**Sarah** - Customer Support

This informational email has been sent to you as part of your Newsletter. If you would like to stop receiving these emails, please click here to unsubscribe.
Please do not reply to this email, as we are unable to respond from this email address. If you need help or would like to contact us, please visit our contact page. This message was mailed to [ retail@emersoncreekpottery.com ].

ECP 02958

redacted

**From:** Emerson Creek Pottery <ecp@emersoncreekpottery.com>
**Sent:** Thursday, August 12, 2021 11:55 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Oswego


Dona Farmer
Customer Service Manager
Emerson Creek Pottery
540-297-7524
ecp@emersoncreekpottery.com

**From:** Emerson Creek Pottery
**Sent:** Tuesday, February 12, 2019 6:46 AM
**To:** 'Jim Leavitt' <emersoncreekpottery@outlook.com>
**Subject:** FW: Emerson Creek Pottery


Dona Farmer
**Customer Service**

FOR-02082



# LIONS INTERNATIONAL

# FREE
## TO THE PUBLIC

## FOOD · MUSIC · RAFFLES
### LOCAL BUSINESS VENDORS



*People's Choice* BEST IN SHOW Oswego Lions Club 2018

## BEST IN SHOW PRIZES

### CUSTOM TROPHIES!

## FOR MORE INFORMATION
### EMAIL: INFO@LIONSOFOSWEGO.ORG
# WWW.LIONSOFOSWEGO.ORG

# OSWEGO LIONS CLUB



# CAR SHOW

## AUGUST 18, 2019
### ALLIED FIRST BANK
### 3201 ORCHARD RD, OSWEGO

# 12 NOON - 4:00PM
### $15 REGISTRATION PER VEHICLE

### MOTORCYCLES WELCOME!
### ALL VEHICLE MAKE AND MODELS WELCOME!

### PROCEEDS GO TO LOCAL VISION & HEARING SERVICES




# OSWEGO LIONS CLUB CAR SHOW 2019
# Sponsorship Program

The Oswego Lions Club is a volunteer organization that runs local charity programs in the community such as FREE vision & hearing services, youth service programs, feeding the hungry, community cleanup programs ...and so much more!

The Oswego Lions Club is a local chapter of Lions Clubs International, the largest service organization in the world.  We are able to provide free vision and hearing services in our community as well as the numerous other programs that we run with the help of local sponsorships and donations from generous people like you.

## www.lionsofoswego.org
### Be the Difference! Donate to the Lions Club!

### Sponsorships for the Annual Car Show begin at $100.

This donation amount will get your logo printed on the car show t-shirt and allow you to add any promotional items to the registration bags that will be handed out at the show!

-----------------------------------------------------------------------------------------------------

***I would like to be a sponsor for the Oswego Lions Club Car Show.***

Name: _____

Company: _____

Phone: _____

Email: _____

Company Address: _____

Check Amount: _____ Date Rcvd: _____

Email info@lionsofoswego.org for more information.  Online donations can be made at www.lionsofoswego.org