# EXHIBIT H

Google Search



| What does Delta mean in aviation? | ˅ |
|---|---|
| What is Delta full name? | ˅ |

Feedback

https://www.deltafaucet.com

### Delta Faucet | Bathroom and Kitchen Faucets, Showers ...

The **Delta** Faucet brand delivers well-made, stylish faucets, shower heads and other kitchen and bathroom accessories. Browse now to customize your kitchen or ...

📰 **Top stories**

**INSIDER**
Delta takes delivery of its first Airbus A321neo to replace older jets
3 hours ago

**One Mile at a Time**
Delta Takes Delivery of First Airbus A321neo
9 hours ago

**MarketWatch**
Delta Air Lines Inc. stock rises Thursday, outperforms market
44 mins ago

Delta welcomes its 1st Airbus A321neo, launches a new era for do...
1 day ago

→ More news

https://twitter.com/Delta

### Delta (@Delta) · Twitter

| Tag someone who's the perfect travel partner. | Let's discuss. Drop your choice below ✈ | The snack cart is here with food and drinks... what do you ask for? |
|---|---|---|
| Twitter · 1 day ago | Twitter · 2 days ago | Twitter · Mar 17, 2022 |

▶ **Videos**

1:55 — In the Making: First #A321neo to Delta Air Lines
YouTube · Airbus
9 hours ago

3:32 — Delta Air Lines Expected To Order 100 Boeing 737 MAX 10s
YouTube · Simple Flying
1 day ago

3:59 — October 2021 Delta Air Lines Safety Video
YouTube · Delta
Oct 6, 2021

Feedback

→ View all

https://www.facebook.com › ... › Airline Company



### Delta Air Lines - Home | Facebook
**Delta** Air Lines, Atlanta, Georgia. 3282353 likes · 20327 talking about this · 380137 were here. You love to travel. We love taking you there. Our...
Mar 7, 2022

https://www.delta.edu

### Delta College - University Center, Michigan - Delta College
One of the nation's top community colleges. Choose from 100s of associate, certificate, transfer and job training programs. Think big. Think **Delta**.

https://www.cnbc.com › quotes › DAL

### DAL: Delta Air Lines Inc - Stock Price, Quote and News - CNBC
Get **Delta** Air Lines Inc (DAL:NYSE) real-time stock quotes, news, price and financial information from CNBC.

## Related searches

| Delta College | ⌄ |
| Southwest Airlines competitors | ⌄ |
| SkyTeam members | ⌄ |

Feedback

| 🔍 delta **meaning**   | 🔍 delta **geography** |
| 🔍 delta **airlines**  | 🔍 delta **faucet**    |
| 🔍 delta **math**      | 🔍 **delta.com login** |
| 🔍 delta **check-in**  |                        |

1 2 3 4 5 6 7 8 9 10   Next