CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

8/26/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| EMERSON CREEK POTTERY, *Plaintiff*, v. EMERSON CREEK EVENTS, et al. *Defendants*. | Case No. 6:20-cv-54 <br><br> ORDER <br><br> Judge Norman K. Moon |

For the reasons stated in the accompanying memorandum opinion, Court hereby **DENIES** Defendants' renewed motion for judgment as a matter of law, motion for new trial, and motion for amended judgment (Dkt. 145) in full.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this 26th day of August 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE